AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| LUCCIO CELLI<br><br>*Plaintiff(s)*<br>v.<br>MR. RICHARD COLE, MS ANNE BERNARD, NEW YORK CITY DEPARTMENT OF EDUCATION<br><br>*Defendant(s)* | Civil Action No. 15-CV-3679 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* New York City Department of Education
52 Chambers St.
New York, N.Y. 10007

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: The Law Office of Steven A. Morelli
1461 Franklin Ave
Garden City, N.Y. 11530

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| LUCCIO CELLI<br><br>*Plaintiff(s)*<br>v.<br>MR. RICHARD COLE, MS ANNE BERNARD, NEW YORK CITY DEPARTMENT OF EDUCATION<br><br>*Defendant(s)* | Civil Action No. 15-CV-3679 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Mr. Richard Cole
345 Brook Avenue
Bronx, N.Y. 10454

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: The Law Office of Steven A. Morelli
1461 Franklin Ave
Garden City, N.Y. 11530

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date: _____     _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| LUCCIO CELLI<br><br>*Plaintiff(s)*<br>v.<br>MR. RICHARD COLE, MS ANNE BERNARD, NEW YORK CITY DEPARTMENT OF EDUCATION<br><br>*Defendant(s)* | Civil Action No. 15-CV-3679 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Ms. Anne Bernard
3450 East Tremont Ave
Bronx, N.Y. 10465

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: The Law Office of Steven A. Morelli
1461 Franklin Ave
Garden City, N.Y. 11530

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date: _____     _____
*Signature of Clerk or Deputy Clerk*