UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

JOHN FLANAGAN,

                                       **NOTICE OF APPEARANCE**

                      Plaintiff,

                               13-CV-8456 (LAK)(JCF)

          -against-

NEW YORK CITY DEPARTMENT OF EDUCATION,
MINERVA ZANCA, Principal of the Pan American High
School, CHATZY PRESTON, JUAN S. MENDEZ,
Superintendent of Queens High Schools, and JOHN
DOE, and unknown individual who is employed by the
NYC Department of Education,

                      Defendants.

------------------------------------------------------------------- x

          **PLEASE TAKE NOTICE** that I am an Assistant Corporation Counsel in the

office of Zachary W. Carter, Corporation Counsel of the City of New York, assigned to represent

defendants.  Accordingly, I respectfully request that any future correspondence, filings, ECF

notifications or other information relating to this matter be sent to me.

Dated:      New York, New York
            October 23, 2015

                             **ZACHARY W. CARTER**
                             Corporation Counsel of the City of New York
                             Attorney for Defendants
                             100 Church Street, Room 2-318
                             New York, New York 10007
                             (212) 356-0839
                             mnacchio@law.nyc.gov

                         By:                /s/
                             Michael Nacchio
                             Assistant Corporation Counsel

To:     Noah Kinigstein (via ECF)
          Attorney for Plaintiff