UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

LUCCIO CELLI,

                              Plaintiff,

-against-

MR. RICHARD COLE, MS. ANNE BERNARD, NEW
YORK CITY DEPARTMENT OF EDUCATION,

                              Defendants.

------------------------------------------------------------------- x

**NOTICE OF APPEARANCE**

15-CV-3679 (JG)(LB)

        **PLEASE TAKE NOTICE** that I am an Assistant Corporation Counsel in the office of Zachary W. Carter, Corporation Counsel of the City of New York, assigned to represent defendants.  Accordingly, I respectfully request that any future correspondence, filings, ECF notifications or other information relating to this matter be sent to me.

Dated:      New York, New York
               October 28, 2015

                              **ZACHARY W. CARTER**
                              Corporation Counsel of the City of New York
                              Attorney for Defendants
                              100 Church Street, Room 2-318
                              New York, New York 10007
                              (212) 356-0839
                              mnacchio@law.nyc.gov

                             By:            /s/
                                   Michael Nacchio
                                   Assistant Corporation Counsel

To:     Steven Morelli (via ECF)
           Attorney for Plaintiff