**ZACHARY W. CARTER**
*Corporation Counsel*



**T**HE **C**ITY OF **N**EW **Y**ORK
**L**AW **D**EPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**Michael Nacchio**
Labor and Employment Law Division
P: (212) 356-0839
F: (212) 356-2438
mnacchio@law.nyc.gov

January 12, 2017

**BY ECF**

Honorable Brian M. Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: <u>Lucio Celli v. Richard Cole, et al.</u>, 15 Civ. 3679 (BMC) (LB)

Dear Judge Cogan:

   I am the Assistant Corporation Counsel assigned to represent Richard Cole, Anne Bernard, and the Department of Education.[1] Defendants received and reviewed plaintiff's opposition to defendants' motion for sanctions. I write to advise the Court that defendants have concluded that a reply to plaintiff's opposition is unnecessary.

   Thank you for your consideration of this matter.

Respectfully submitted,

*/s/ Michael Nacchio*

Michael Nacchio
Assistant Corporation Counsel

cc:  Mr. Lucio Celli
   (By E-mail and US Mail)

---

[1] Upon information and belief, Grismaldy Laboy-Wilson, Courtenaye Jackson-Chase, Esq., and Ms. Susan Mandel, Esq., have not been served.