FORM 1

# NOTICE OF APPEAL

**********

UNITED STATES DISTRICT COURT
FOR THE
Eastern DISTRICT OF New York

Lucio Celli, Plaintiff
v.
New York City Dept of
Ed et al., Defendant

NOTICE OF APPEAL

15-CV-3679
Docket No.

Notice is hereby given that _Lucio Celli_
(party)

hereby appeals to the United States Court of Appeals for the Second Circuit from the decision
(describe it) Clerk's Judgment at Doc. 53 and Doc. 57
entered in this action on the 24th day of January 2017

_[signature]_
Signature

Lucio Celli
Printed Name

2743 Seymour Ave
Address

Bx, NY 10469

646-734-3899
Telephone No. (with area code)

RECEIVED
JAN 24 2017
PRO SE OFFICE

Date: 1/24/17


FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ JAN 24 2017 ★

BROOKLYN OFFICE

&%RPDUPLICATE

Court Name: Eastern District of New York
Division: 1
Receipt Number: 4653110601
Cashier ID: freddie
Transaction Date: 01/24/2017
Payer Name: Lucio Celli

---

NOTICE OF APPEAL/DOCKETING FEE
 For: Lucio Celli
 Case/Party: D-NYE-1-15-CV-003679-001
 Amount:     $505.00

---

CASH
 Amt Tendered:  $505.00

---

Total Due:      $505.00
Total Tendered: $505.00
Change Amt:     $0.00