# Exhibit A



# United States Court
# For Eastern District of New York

**Jurisdictions:** The United Nations International Court of Justice, Netherlands, Bank for International Settlements Switzerland, United Kingdom High Court, Tokyo District Court Japan, Canadian Federal Court, Hong Kong District Court

Date [                              ]

Docket No. {            }-{          }

## Plaintiff
## FatGangsterGames Inc.

Recursive Sub-Class Plaintiffs

**KRR Trucking Inc., TD Bank Financial Group, Partners, Affiliates, Colleges, "RICO" Doe and Individuals similarly affected.**

## Defendant – Identifier Prime

## Blackstone Group L.P. and Consortium
Recursive Sub- Class Consortium Defendants

**Kasadore Ramkissoon represents Plaintiffs,
with affiliate Law Firms similarly situated, domestic and international.**



FatGangsterGames Inc. 72 Watchogue Road Staten Island, N.Y. 10314 -USA
Ph: 1-718-761-5694 Cell:1-347-466-1344
FGS Financial Group E-mail:Kasadore@FatGangsterGames.com

Kasadore Ramkissoon



Page 1

## Torturous Interference and Breach of Contract by Blackstone Consortium

FatGangsterGames Inc. (FGS Inc.) is a "composite" online furniture retailing, and gaming company that offers commercial theme based "liquid" advertising, marketing templates curried with financial consulting to small and medium sized businesses, corporation is also a registered government contractor that specializes in research grade furniture and general related supplies. FGS Inc. founded in April 2006 with the help of Legal Zoom online incorporation services, and **TD Bank Commerce (FDIC insured)**, commercial services to finance a Martial Arts- Music school in the NYC area. FGS' Inc. primary revenue stream is from online advertising commissions rooted upon a themed targeted internet, and similar marketing platforms. The online casino and gambling industry comprised profit sharing partnerships for FGS Inc., marketing, concept encouraged casino winners to use their proceeds to purchase FGS Inc. consulting services to start home based businesses. Internet based advertisers with an identity niche concentration upon commercial home based e-commerce templates, and related financial services, represented FGS Inc. passive revenue "subroutine" channels.

FatGangsterGames Inc., TD Bank , KRR Trucking Inc, and the anonymous Individual known **"RICO" 105 Doe that owns FGS Inc.**, have been embroiled in

**Case No. C-065866 SBA "RICO" Doe vs AOL LLC** since Sept. 2006-present,

In late 2006 Blackstone Group seeing an opportunity to profit from plaintiff RICO's and FGS Inc. distressed situation, utilized the publicly available leaked data as a tool to obtained improper security clearances for profit, and eventually violated **FGS Inc. ~ Generic Partner~ TD Bank contractual obligations.** Blackstone Consortium interferences culminated in regulatory, political, financial, supply chain and social conflicts that limited FGS Inc. ability implement its business plan and compromised "RICO" Doe's personal safety. Illegal wire taps, manipulating camera based data feeds at RICO's part time work place while **encouraging** the issuance of sub prime predatory loans by local vendors, political and immigration promises curried with similar bribes led to a 50 million mortgage bond default **SLAPP violations.** Blackstone's obligations to bond participants resulted in litigation that creates obstacles for plaintiffs, thus putting social and economic pressure in individuals and corporation. Placing **regulatory constraints** between FGS Inc., and its partners domestic and globally, severely damaged FGS Inc. business model, and the Individual rights of "RICO" Doe, This Case is the Mirror image of the AOL's legal delta a **"parallel recursive litigation pattern"** is formed.

Harrah's Casino 30 billion dollar leveraged transaction made internet gambling illegal by **limiting U.S. banking regulation, Banks could not accept transactions from online casinos.** These laws **unjustly enriched** Blackstone's land based casino position and were later used to **finance commercial real estate projects, and the issuance of mortgage related financial instruments domestically and globally,** thereby limiting FGS Inc. ability to collect passive casino advertising revenue by prohibitive aspects of its banking relationships.

FGS' is seeking 30 billion in damages equivalent to the Harrah's transaction under torturous interference triggered by a profit motive and real estate development motive, Hotel development is common within Blackstone's business model, a recursive mirror image Corporate Privacy violation ruling is sought, the structure of existing laws is obvious evidence.

FGS Inc.
Kasadore Ramkissoon



Page 2

## Torturous Interference and Breach of Contract by Blackstone Consortium

### Case No. C-065866 SBA "RICO 105" Doe vs AOL LLC (2006-Pending) TARP Loops

FatGangsterGames Inc. alleges that the Blackstone Group L.P. and partners torturous interfered with FGS' solid alpha numeric code justified contractual relationships, between online advertisers **TD Bank**, catalyzing breach of contracts that prevented FGS Inc. and partners from collecting 30 billion in multiplied revenue, capital identifier element was deposited into TD Commerce bank account. In 2007 FGS' web based and similar niche oriented advertising outlets engaged in a project centered on FGS Inc. theme **content** based advertising model known as "Liquid Non- Descript Marketing on a User Driven Platform, also called "marketing in everyday life" the transformation of content using a moving vehicle and a physical point of reference and active public "themed" interfaces. **Case Ref: Biliski vs Kappos**

Liquid Marketing generated 30 billion dollars using FGS Inc. marketing concepts, methods, actor and **content**. FGS Inc. creates its own **written and non-descript content** then pays for seed Ads on internet advertising outlets. Blackstone led global consortium, used very high security clearances and torturous unethical political leverage to seize FGS' unique advertising revenue while capital amount was being engineered and deposited via TD Bank, which was already verified and operational. FGS Inc. will justify all corporate, commercial, banking data and conceptual marketing methods utilizing the publicly available algorithmic sorted, statistically graded leaked AOL searches which represent a written description of the business process is clear exact terms. Case Ref Ariad vs Lilly, KSR vs Teleflex Patent obviousness and intention to file, data is publicly available globally. **Digital Millennium Copyright Act (DMCA), EUCD, WIPO** international copyright precedents are being sought.

FGS is seeking to recover the full sum of 30 billion dollars from Blackstone Group and any of its Partners, Affiliates or Political associates that infringed upon FGS' Inc. unique revenue through political delta intimidation, malicious silence, threats and supply chain manipulation.

Legal action relating to the AOL Case evolved into numerous disruptions and breaches of active corporate contracts, involved a public release of "RICO" Doe's confidential data by a senior researcher with pending industry specific patents, over the internet. FGS Inc. retail internet portal **www.fatgangstergames.com** which is owned and operated by **"RICO" Doe** sustained **Privacy Violations that led to intellectual property damages and media partner copyright infringement abstractions (Viacom vs Google 2010)**, because of a data leak, FGS Inc. has been formally indicated on the AOL litigation for 4 fiscal years since 2006. Note **Apple Computers** public share value doubled from 2006-2010 because of **content pirating**, and lack of industry regulation. Blackstone Consortium insider information concerning insurance leverage relating to copy right infringement and content pirating contributed to increase in share value. Note: **FGS Inc. has partnerships with both Google and Viacom. FGS generates its own unique content.**

*Apple Computer is located at 1 Infinite Loop in Cupertino Ca 95014 , implies pirating content "Recursion" based upon insurance torts Ex Lehman Prudential real estate purchase Blackstone 50 million Bond "Recursion"

FGS Inc.

Kasadore Ramkissoon



Page 3

## Torturous Interference and Breach of Contract by Blackstone Consortium

### History of AOL Data Leak, that led to interference with FGS Inc.

FatGangsterGames Inc.' speculates that the AOL LLC senior researcher leaked the composite format of 650,000 linked numeric identifiers, sought to profit from previous personal patent filings related online content laws and user rights legal delta .The lack of "Paid Content" media regulation with the advent of high speed internet, advances in technology, and the ability to monetize patented software to foreign companies seeking political, economic and military advantage is enormous. How Data is handled has a direct affect on the rights of American people and industries. See Researcher patent filings from December 2004-2005 ; domestic patents are geared towards media movie and scene search, band artist search. Foreign patent filings are inclined towards broad search query type formulas. **It is obvious from the disgruntled researcher's similar historical pending patent filings, gross size and method that the composite query was linked and leaked, that AOL LLC did not have the adequate security procedures in place to prevent a data leak from happening.** Main premise is who has access to user queries and how private content can be used commercially by degrading the rights of the individual for political, industrial and malicious social gain, under the disguise of fabricated terrorism investigations. Wal-Mart' hostile interference sought to take advantage of the delta for profit and to limit pending peripheral class action type legal actions to its global and domestic operations. Numerous threats and activities towards "RICO' Doe and surrounding friends resulted. FGS' Inc. is property of "RICO" Doe is liable for legal fees upwards of **975 million dollars**. **Turing Church Lambda Calculus Proof and scaleable pricing structure** , is valued at **2.25 billion** plus multiplied damages by **Patriot Act** violations (individual privacy rights).Wal-Mart industrial terrorism. Blackstone's management made no attempt to be straight forward with FGS Inc, RICO Doe, KRR , or TD Bank, consortium, and simply continued with business. AOL user **"Forum Selection Clause"** conflicts with its **Privacy Policies,** and the Constitutional Rights of the individual, Data was leaked concurrently, Researcher Patent filing were filed concurrently foreign and domestic, Data is not confined to State of Virginia, nor were the damages incurred. **FGS Inc. has a similar user agreement with Google Inc, which owns 5% of AOL LLC**

FGS Inc.
Kasadore Ramkissoon



Page 3A

## Torturous Interference and Breach of Contract AOL History Formula Layout

FGS Inc. and "RICO" Doe are seeking equated legal fees and the recovery of 30 billion + in lost "Liquid" advertising revenue plus the acquisition of **620 billion** in damages related to **Lehman Brothers ( Lehman vs JP Morgan Chase 2010**), capital awards will be returned to creditors in a quantitatively neutral fashion  additional  surplus awards  will be loaned, swapped or merged by FGS Inc. and KRR Inc. to global and domestic indentures , governments and private financial firms, **under the condition of unethical "torturous interference"** by malicious private equity firms, mega banks and various hostile global political groups which triggered a global catastrophe stemming from a breach of security and invasion privacy  2008 TARP- 2010 **Lehman Brothers Holdings Inc, U.S. Bankruptcy Court, Southern District of New York, No. 08-13555, Lehman vs CIBC. SLAPP 2010.**  Private firms have been paying off domestic and global parties using information from warrant less wiretaps to engineer obstacles targeting FGS Inc. and "RICO" DOE.

**Lehman Brothers** has to prove that it had the correct legal directives in place to **return the 600+ billion to it's creditors in a timely manner,** Blackstone Group has to explain why it is constantly trying to cover up the predatory sub prime lending mortgage **50 million** fraud that it encouraged. Both Blackstone founders are former high profile Lehman executives. Citi Group and banking insiders have to explain how a **138 billion short sell "margin call" for owed funds should be paid and is justified within a time frame that does not conflict with standard litigation period.**  Citi Group and Banking insiders are misinformed reckless white collar criminals, the only reason that justifies such a ill conceived trading event is cultural arrogance and down right foolishness. Standard Civil Procedure usually takes time to settle a case similar to **AOL vs "RICO" Doe,** out of court settlements take time to engineer, legal motions take time to prepare and execute. Lehman Brothers actively participated in white collar consortium at the expense of "DOE" and FGS' rights while committing violations of fraud. Since 2009 consortium granted over 140 billion in executive bonuses. **Dodd/ Frank Bill** Blackstone Consortium torturous interference is demonstrated in the recent **Lehman vs CIBC Case.** SLAPP **pertaining to a owed credit card debt on a joint account with a relative Bank of America**

A Merger with either **FGS Inc.** or its subsidiary **KRR Trucking** is the best method to pay back Lehman Creditors and Unsecured Creditors.  FGS ~KRR has **200 outstanding shares** issued in 2003, a merger will initiate a **polymorphic class identifier** share value of about **3.25 billion per a share** will return 600+ billion to Lehman's investors, **when limit is reached identifier become abstract, field becomes a "recursive loop"** cause by the **debt error in the financial system, which is absorbed as a derivative** Ex FDIC neg 100 billion derivative on 1.4 + trillion capital sum.. **FGS ~KRR Inc.** will own a percentage equivalent to the debt that needs to be absorbed  **FDIC** neg 100 billion and  **AIG** distressed error values gave rise to the **TARP** Bailout. Unsecured Lehman Creditors derivative recouped pay back will be within the 10_ 44 cent per dollar projected range if FGS lost 30 billion is recovered. **Blackstone and Treasury must pay FGS Inc. the full sum of 30 billion dollars in Government issued securities through TD Bank or partner bank** before FGS Inc. can proceed. **Case Lehman vs Credit Suisse, investor payback   Lehman vs Barclays ( 1.8 billion Lehman Prudential Real Estate deal 2007)**

FGS Inc.
Kasadore Ramkissoon



Page 3B

## Torturous Interference and Breach of Contract by Blackstone Consortium
## History of AOL Leak to present Lehman Delta

**FGS Inc** will issue equity shares to each of the Middle Eastern countries backed by bond purchases that incurred the Neg **40 billion** currency debt using settlement proceeds from the **Payment Resources International 1.6 trillion** dual litigation **AOL vs DOE** and **FGS vs Blackstone**. All values can be solved using described methodology. **FGS ~KRR** will effectively become **Lehman Brothers** valued at **620 billion**. FGS will use available **TD Bank 30 billion** to implement its business model and acquire **1.1 trillion** and solve the **Neg 40 billion** UN related Currency damages employing debt for equity swaps and bond purchase following a similar patterns, values, ratio analysis and inverse legal delta progressions.

**AOL** litigation has a **Super Capital 100 billion Fund Bill** attached to the political related torts; main issue is that private banks need to agree with each other to implementing monetary lending and secure liquidity formulas. Private equity firms have to prove that firms have adequate managements and majority interest to recapitalize not just private banks but their affiliate commercial lenders, many or perhaps all of who have received government support.

**Blackstone Consortium** is using **Lehman vs. CIBC** to manipulate conditionals that prevents Lehman from paying back its creditors, and allow the Recursive Consortium members to cause further damages and breaches in contracts between **FGS** and its banking relationships **TD Bank and Partners**, Blackstone is trying to recapitalize the **20 billion in distressed debt** on its balance sheets, while unduly extended litigation periods which catalyzes further exclusive liens to FGS Inc. parties globally and domestically. Note the pattern of Racketeering repeats **RICO**

**FGS~ KRR** plan will develop energy and manage macro infrastructure projects in partnership with the Federal Government while implementing labor and industry friendly regional regulatory models (**Dodd Frank Bill**) AOL vs. Doe, that support American and Global Partner based industries within the guidelines of FGS Inc. Tech-module business plan from any damage related capital awards. U.K. Case # **In the matter of Lehman Brothers International Europe,** 7942/08, High Court of Justice, Chancery Division. See RBS ~2007~ UK Election which affected the American Political Elections in 2008-2009, RBS USA Branch.

### History of Warrant less Wiretap In County of Leicester shire 2007 UK

Plaintiff RICO Doe while In the UK accessed his AOL E-mail account **TRINIMOON@AOL.COM** and sent an E-mail to himself at **TRINIMOON@AOL.COM** which represents a personal travel Log similar to a personal Diary using internet storage E-mail mentioned Gordon Brown's political background and Fried Turkey Recipe with Majestic Sauce, mailed **1 week** before the **UK elections**. **AOL** usually routes e-mails through its main hub in Virginia. AOL business model is not exclusive to America. A private political travel Log is not enough to affect the direction of an entire political election in a pack of European Countries that dares to call itself Democratic Republics. Blackstone Group, Citi Group, Lehman Brothers UK ~ USA~ Greece~ Dubai~ Germany factions are bullies and full of tricks that have a discriminatory and hostile tendencies towards others. Data leak searches also revealed political and ideological beliefs of the individual. Note the CIA warned these parties not to engage in such activities very early on, what we are dealing with is a private group of individuals with very high security clearances who occupy a social class that insists they are entitled to maliciously interfere and rob innocent people hence, **FatGangsterGames vs Blackstone Consortium** litigation

FGS Inc.

Kasadore Ramkissoon



Page 4

**Torturous Interference and Breach of Contract by Blackstone Consortium**

FatGangsterGames Inc. purchased a global payment gateway from **Payment Resources International** (PRI) through its internet hosting provider Network Solutions -Monster Commerce Merchant Accounts in 2006 to process online transactions, volume pricing structure was set at $20,000 per month, FGS Inc. paid fees according to the transaction volume, web furniture business was launched in April 2006. Blackstone Group began manipulating the legal delta around pending AOL and CUNY litigation that limited and damaged FGS' revenue channels. Business moved towards **bankruptcy** because of a decline in operational revenue and **"excessive capital"** requirements needed to maintain the business activities. Bank related regulatory hurdles triggered inclusion in PRI litigation during the Bush Administration Era. PRI litigation was settled in late 2009 within The Obama Administration regulatory structure spawned "plain vanilla" credit card transaction policies which has a tort conditional damage value of **1.630 trillion dollars (AOL case value is 3.25 billion)**, delta is compounded by the prohibition of online gambling's relationship with commercial banks interaction with credit debit card industry, hurdles formed in late 2006. See Bill H.R.2267 Barney Franks.

**Interference during the PRI late 2009 settlement period**

Corporate –Commercial FatGangsterGames Inc. Case no. 07CC01202 Benchmark vs Payment Resources International from (2007-2009) Visa MasterCard credit card processor case was tortuously interfered while it was being settled in 2009. FGS Inc. requested that Attorneys make a motion to **intervene** into parallel litigation for discovery purposes.

Commercial Litigation into a Individual Class Action type lawsuit and vice versa, once again Blackstone and Mega Bank Partners interfered attempting to discredit and suppress all litigation while utilizing a pending **CUNY Lawsuit**, in concert with very high security clearances within the UN (see **Foreign and Domestic Corrupt Practices Act, FCPA**) to manipulate insurance rate differentials for compounded profit within Blackstone real estate and global acquisitions portfolio. Malicious insider interference was centered on the **Ground Zero Workers Settlement Fund (GZW)** for political and social leverage profit, namely the acquisition of Lehman Brothers 600+ billion in frozen assets that is related Blackstone's projects. Reason the 2009 Lehman interference defaulted is because of the prohibitive banking regulation ( Harrah's), and the obligations to the mortgage bond indentures and global political conflicts **UK elections ~RBS USA.** Insurance industry abstractions with NYS contracts relating to the Ground Zero Settlement, which included numerous City and State Workers. **RBS ~ USA Executives share board positions within Rockefeller Group early 2007 Blackstone's equity positions.**

International Political conflicts stemmed from Royal Bank of Scotland **U.K. Bribery Act RBS Board, USA and U.K.** , attempted to steal an UK election via a warrant less e-mail wire tap in Leicestershire in 2007 ,and a failure to act in "good faith" collecting and transferring 30 billion to a US based RBS branch, while "DOE" visited the U.K to address a negative social situation created by the Rockefeller Group, WAL -Mart and Blackstone **RICO violations** .FGS Inc., TD Bank, KRR Inc. corporate entities remained in the USA while RICO "Doe" traveled abroad is in clear conflict with Blackstone's Mega Bank Consortium from 2006-present. **In the matter of Lehman Brothers International Europe, [ Wal -Mart tried to steal the 2008 USA elections ]**

**FGS Inc. is seeking between 33.25 billion in strict damages and --- 1.6 trillion in peripheral damages from Blackstone's Consortium, 8.25 billion in damages from RBS UK or 10.25 billion from RBS ~USA,** judgment upon FGS' corporate and commercial contractual Violations is sought, decisions affect similar "potential" recursive damages to FGS 'contracts derived from AOL case 1.630 trillion in credit card regulatory related damages PRI volume is 30 billion.

FGS Inc

Kasadore Ramkissoon



Page 5

### Torturous Interference and Breach of Contract by Blackstone Consortium

**Case No. 04-5250 Husain vs Springer** (1997- 2010 Opt Out). See the amended case notes filed before attorney fee filing motion to Opt **"RICO" Doe** out of the CUNY Case.

The **CUNY** student activity fee that supports a **College Newspaper ( Media outlet )** taken out of context and used as leverage against City and State workers ( Sean Bell case) to acquire City, Government real estate by Blackstone and Lehman Global that snowballed into a **50 billion NYS Budget default**, project is valued at AOL's case Strict Value 3.25 billion dollars, Consortium in partnership with Hilton Hotels, that included Bear Stearns Companies Inc., Lehman Brothers Repo 105 ( Prudential Insurance real estate purchase), local Real Estate Groups, Saudi Arabia 500 billion real estate issue, **50 million** real estate project bond <u>defaulted</u> when Blackstone's <u>industrial "espionage"</u> became discovered around the AOL case and similar litigation. Note: Doe is no longer a Student at CUNY ,and has not been for over 10 years.

The CUNY case affects the rights of all city employees, agencies and creates pension holders abstractions, Student Loan Repayment loopholes **Ground Zero Workers Rights** are also limited because of manipulations by insurance, real estate and financial insiders, specifically DOE not having updated **Medicaid** public health insurance gives corporate America leverage against individual and corporation rights, Lehman Repo 105 insurance rate and bond accounting frauds and defaults, 50 billion NYC budget. Blackstone Group was granted the contract to launch an Asian IPO of AIG distressed assets. The sum of 670 million dollars approved by the Federal Government to recover 100 billion in capital that **The FDIC** absorbed. Value of 670 million is exactly what the 10.000 Ground Zero Settlement Workers Fund decided in early 2009. This is a obvious example of the malice and **Fifth Column** activity by Citi Group and Blackstone Consortium. Citi attempted to use the insurance related rights of Ground Zero Workers and "RICO" Doe, to remove 100 billion ~ 6.8 billion SIV from its balance sheets. <u>**FGS will grant GZW and US Soldiers an undisclosed amount.**</u>

**KRR Trucking Inc.** is owned by an undisclosed partner of FGS. KRR corporate privacy, business description and regulation related to transportation industry, the commercial insurance history and banking relationships of the company were also maliciously compromised. <u>KRR's plan was to either merge with FGS, dissolve the entity or restructure into a similar Internet type company if capital sources became available in 2008 before the 2009 fiscal year.</u> FGS' planned to buy up KRR issuing 200 shares and equipment at specified price and merge other available assets. Merger values depreciated because of damages and <u>uncertain tax positions and tables related to SLAPP violations.</u> Consortium strategically placed lawsuits directly affecting share purchase price and operating revenue , placement of obstacles limiting business options. Case: Bank of America vs Merrill Lynch~<u>merger 2008, if Merrill knew that there was going to be a TARP Bailout, Merrill would have never merged with BofA.</u>

**KRR Trucking** has 200 outstanding shares issued in 2003 at time of incorporation. **FGS'** original bank 2006 was **Commerce Bank** before a 2009 merger with **TD Bank**. FGS Inc. is owned by individual **"RICO" Doe** plaintiff in the **AOL** litigation. <u>TD Bank is FDIC Insured</u>

**Anti-trust related damages RICO Anti SLAPP violations** to both **FGS Inc.** and **KRR Trucking ,TD Bank merger with Commerce Bank,** operational environment, taxes, regulation and partner energy contracts that affect related financial engineering, **inability** to enter the and compete in with rival companies both domestically and globally. FGS specifically was not able to afford the legal services to interact with the partners to gauge political and social risks, while continuing with its patent registrations and implementing corporation's business plans. <u>**Ground Zero Workers and US soldiers will be granted an undisclosed 40 from FGS Inc.**</u>

FGS Inc.
Kasadore Ramkissoon



Page 6

## Torturous Interference and Breach of Contract by Blackstone Consortium
## Pattern of Racketeering Global and Domestic GZW RICO

FGS Inc. limited by activities related to insurance, financial, regulatory and energy contract positions in relation to banking industry plus a high degree of malicious silence around Blackstone' Consortium development of a hotel and residential property on the Front Street Naval Base in Staten Island, New York **in concert with** Lehman's Foreign Projects Repo 105 50 billion , Saudi Arabia 500 billion ~ 10 Year Project was hedged upon liquidity returning to markets and **issuance of toxic predatory financial products.** Note: Navy's Yearly Budget is exactly equal to 138 billion dollars the value that led to the **TARP** Bailout. **GZW and US soldiers will be granted an undisclosed amount from FGS Inc.**

Since 2006 the Treasury has been issuing short term notes to maintain the NYS Budget default. NYS budget abstractions exist because Blackstone International Network attempted to synchronize a 20 billion tranche of FGS' ~ 2007 ad revenue to finance a real estate project, Remaining 10 billion dollar slice positioned in. **Afghanistan Region,  Oil and Steel Contracts. (Frontera Vs State Oil Company of Azerbaijan,** jurisdiction over property), to secure military position and profits by a previous political administration and international affiliates.

**Consortium used the CUNY case as leverage against GZW Rights to <u>intentionally</u>** push the NYS 50 billion dollar Budget into **periodic conditional default** for 10 Years to Finance a 500 billion 10 year project related to the development of an entire city in Saudi Arabia 50 billion x 10 years is the <u>average duration of class action type AOL vs "RICO" Doe litigation.</u> Consortium did not anticipate a **Composite Calculus based Proof** that expedites the case duration, a corporate entity FGS Inc. that forms a recursive litigation pattern (partnerships and similar torts ), and a politically aware "RICO" Doe Plaintiff, who has many friends in Academia that are concerned about his personal safety. International US based humanitarian organizations and non profits that push political, social and economic reform will be eligible for grants and claims to set legal precedents relating to natural disasters and industrial negligence such as the Haiti's earthquake and BP Oil Spill which are compounded by the financial crisis.

Blackstone Consortium members from local real estate and NY City and various State officials and agencies, have a profit interest in pushing plaintiff RICO Doe's argument towards criminal liability to obfuscate and limit Doe's math based  strict liability argument and the general rights all city and state workers. **It is the <u>Plaintiff's exclusive right</u> is not to discuss destructive social liability towards individuals and corporations that have acted in "good faith", and are assisting FGS Inc. and RICO Doe; it is the Plaintiffs duty to structure a composite strict argument and discuss criminal social liability only when <u>relevant to the broad individual rights of the City , State and American Citizens (GZW).</u>** If Blackstone Group and Consortium members have <u>concurrent conflicts</u> with other Equity Firms, Individuals and Corporations that <u>motion </u>works against their Consortium, and exposes malicious silence, torturous intent which reveals their hostile and avaricious intentions. Blackstone attempted **destabilization methods** and **cover ups**, claiming "RICO" Doe is depressed and emotionally distraught; to hide its blatant profit oriented activities towards the **G Z W, "RICO" Doe, and FGS Inc.**

<div align="right">FGS Inc.<br>Kasadore Ramkissoon</div>



Page 7

## Torturous Interference and Breach of Contract by Blackstone Consortium
## Anti Trust related Global Delta Layout and Settlement Formula VECTORS

**1) Sherman Antitrust Act Standard Oil vs USA.** 1911 Exxon Mobil 4 / year Asian Contracts 40 billion 10 years ~ purchase of XTO energy preventing FGS, KRR, green energy contractor from entering the market place 2008. BP Spill, American dependency on foreign energy is politically, economically and socially dangerous. **TARP oil pricing Negative 100 billion**

**2) Greece India** Natural Gas pricing **100 billion abstraction,** Dubai World AERBUS airplane plane purchases, **German Bonds 10 year** ~ Torturous Interference 2007

**3) Lehman vs JP Morgan Chase** ( 6.8 + 8.6) equals 15.4 billion Well Fargo Wachovia vs Citi Group ~ **Saudi Arabia 50 ~ 500 billion** Liquidity Ratios are usually **10:1 ~ 2010** Basel Ratio 14:1, FGS Inc. uses JP Morgan Chase{ **Partner approval is Still pending}**

**4) Chase Bank** has and active investment banking contract with **AOL LLC.** Pre-2006, Chase bought ~RBS ~ Lehman frozen shares ~

**5) Google vs Viacom** Strict value is **1 billion dollars.** FGS Inc. employs **Google's** advertising infrastructure and FGS' Inc. "unique content" that generated 30 billion **DreamWorks SKG and Viacom** provide **peripheral services** that support FGS Inc. External corporations are paid for services rendered, with **separate secondary transactions.**
Blackstone Consortium used CUNY case in a malicious fashion against the individual rights of American Citizens, broad class of city and state workers, to split the value in half **15/ 15 billion this is incorrect,** torturous interference actions are similar to massive case of financial fraud. Formula is {FGS content ~ Google Ad ~ TD Bank} {Partners Payment}

**6) FGS~ TD Bank** account has been verified by Google before the Data Leak , this is justified by the contents of the leaked data. Identifier values 2007 where already deposited, amount simply need to be engineered. Note: **TD Bank $350 check issued by FGS to the US District Court of New York used to file this lawsuit follows an identical transaction pattern.**

**7)** FGS Inc. is seeking Regulatory Precedents relating to **Content and Copyright Infringement** globally and domestically. The Implementation of the Turing Church Style 10 scale pricing structure is the most logical approach. Partners like Viacom should be paid for their content in a methodical and logical manner, internet is a very young industry, such is the purpose of the evolvement of the LAW and the progression of the judicial system.

**8) Citi Group vs Wells Fargo Wachovia SLAPP violations** ~ 20 and 40 billion Tranche synchronization movement and insurance abstractions relating to CUNY case Ground Zero Worker Settlement City Workers using it for profit to obfuscate and unduly extend litigation periods. FGS Inc. ~ Partner ~ TD Bank Contracts, KRR, RICO Doe. Blackstone Consortium continued with its plan after being discovered. 2007-2010.

FGS Inc
Kasadore Ramkissoon



Page 8

### Torturous Interference and Breach of Contract by Blackstone Consortium
#### Merrill Lynch vs. Gartenburg  Compensation Ethics RICO Anti-SLAPP violations.

Federal Government and TARP sanctioned law firms of Hughes Hubbard and Reed and Squire, Sanders and Dempsey failed to contact FGS' at the point of the 2008 Bailout and engineer the residual lost revenue. Bailout was hedged upon the recovery of 10 billion dollars for FGS, but Hughes, Squire and the UN failed to inform FGS Corp. and DOE, that the additional 20 billion had been recovered. Two years has elapsed since the Bailout and parallel AOL litigation logic structure is moving towards a strict liability argument, primarily because the parties involved did not act in good faith and pay the taxable residual 20 billion to FGS Inc. and "DOE" immediately. The Fed approved 33 billion dollars in executive bonuses to recover a debt of 100 billion ( FDIC negative), this accounts for FGS Inc. missing 30 billion and the AOL's case  strict value is 1.25 billion – 3.25 billion Blackstone was granted the Government contract to launch an AIG IPO to recover the 100 billion that Citi Group did not pay. Sincere attempts were made by Middle Eastern Governments to recover 20 billion, value was lost creating Negative 40 billion abstractions within the currency markets because of sharp political, social and energy conflicts made off Citi Group's  torturous refusal to pay it's 100 billion dollar debt and Wal-Mart's Consortium tampering with global and domestic political elections. Anti- SLAPP

Blackstone ~ Lehman real estate dealings with Law Firm of Kirkland and Ellis and Moelis Investment Bank. Kirkland received the contract to represent AOL 2009. Properties include Innkeepers USA Trust, financed by securitized mortgages from Lehman Brothers. Blackstone Group currently has about 20 billion in distressed debt on its balance sheets, it is obvious that Blackstone and Citi Group are using the AIG progression to recapitalize its global balance sheets by imposing unnecessary litigation Anti -SLAPP. Original AOL 2006 law firm was Washington based Wilmer Hale. FGS is willing to do a debt for equity swap with the Fed early in 2011-2017, FGS and Partner KRR are private  corporations will consider buying up AIG Fed issued common shares at a price that will make all FDIC values quantitatively neutral. FGS and KRR will also consider merger options as potential settlement formulas.

#### Citi vs Wells-Wachovia "torturous interference, breach of contract" RICO Laws Anti SLAPP
#### Blackstone Consortium , Enron, Government , Bankruptcy Law

*** Note:10,20,30,40 ~ 50 billion: Blackstone Group (20) managed the ENRON bankruptcy and handled the Mega Claims Settlement Funds, Participants included CITI Group and various Mega banks. Lehman went bankrupt because of 10 year liquidity variables centered on the issuance of mortgage related securities hedged upon insurance differentials surrounding the conditionals of the 500 billion Saudi Development Project, and regional law enforcement abstractions (CUNY lawsuit (50)., The AOL vs "RICO"Doe Litigation specifically affected the encroachment of Federal Agencies on Individual and User Rights associated with internet industry. Lack of paid content regulation relating to Copyright Infringement Torts with FGS Inc. partners also contributed Lehman Brothers decline. In late 2007 Citi Group used inside information from financial insiders, law enforcement insiders , and banking officials who participated in Blackstone's mortgage related investments. Citi Group Reliance Energy, short -selled the oil markets at value exactly equal to ENRON's Bankruptcy  100 billion value, because of specific ENRON bankruptcy conditionals. Citi (6.7) and Lehman (50) activities anchored upon liquidity returning the market and the political and India-Pakistan energy factors natural gas,  Liquidity did not return to the market because plaintiff RICO "Doe" did not settle, and because of FGS Corp's adjoining litigation. It seems that Lehman tried to absorb a "potential" 100 billion in proceeds with global insider investors over the course of two front running election years at the expense of the insurance related abstractions and political leverage surrounding the Ground Zero Workers Settlement Fund.

FGS Inc
Kasadore Ramkissoon



Page 9

## Torturous Interference and Breach of Contract by Blackstone Consortium
### Recursive Damage Formula Abstract Example Functions

**National Registered Agents**, which acts as an official "Server of Process" intermediary between the Federal Government, NY Dept of Finance and FGS Inc. The multi billion dollar financial firms involved did not act in good faith and **violated The Federal Privacy Act of 1974**; financial firms used improper security clearances concurrently at a Federal and State Level to illicitly request confidential information, identifying numbers and corporate data for purpose of profit **(Section 11-102.1) Title 19 Rules NYC section 7-08** which resulted in a domestic and global 30 billion dollar tax loop hole that damaged FGS Inc. Tax Options and General Business Model. KRR Trucking Inc., and FGS Inc are both seeking 10,000, TD Bank ( FDIC Insured)

Plus capital recovery and damages from Blackstone Consortium, and an admission by State Senators the UN and the various related agencies that the <u>Corporate Privacy</u> was violated for profit and political leverage AOL litigation Strict Value is between 1.25 -3.25 billion range. **Damages "Treble" sought from Blackstone:**

$$30 + 30 + 30 + 3.25 \text{ billion } \underline{\textbf{TOTAL} = \textbf{93.25 billion}}$$

### Settlement Formula for Recursive Defendants other than Blackstone are as followed:

**AOL case Strict Value is 3.25 billion** applies to RICO Doe and property FGS Inc.

**Citi Group must pay 975 million to FGS Inc.** because of liable legal fees, and **3.25 billion to RICO Doe in** <u>strict damages multiplied times treble damages</u> RICO anti- SLAPP obstacles

#### Citi Group vs Wells Fargo Wachovia Case "treble" pattern

| FGS Inc. 975 million x  3 | = 2.925 billion | Corporate |
|---|---|---|
| RICO "DOE" 3.25 billion X  3 | = 9.750 billion | Individual |

Identifier Value Pool: 3.25, 6.7, 8.6, 10, 20, 30 , 40, 50 , 60, 69, 100, 138, 180, 400, 500, 619, 787, 1.1T, 1.4 T ,1.8 T

**Citi Group and Defendants** must agree to bond purchases, currency type trades and global and domestic derivative formulas which will comprise an ethical settlement formula. **US Treasury, NYS Department of Finance** and similar Entities domestic and international must agree to establish lending relationships with FGS Inc. KRR Trucking, TD Bank and Partners.  Assist FGS Inc. in "good faith" to implement its **TBA Technology Business Plan.**

If Blackstone and Wall Street firms sought to form a financial partnership with FGS Inc. 2006 –2009, management's most logical course of action is to simply submit a proposal online or purchase a product, and make a formal inquiry. RICO Doe will then consult his attorneys or hire a corporate attorney to handle the private equity firm's specific interests.

**FGS Inc. is a** <u>distinctly separate entity</u> **from the individual RICO "Doe" in the AOL Litigation**, corporation will always to seek the best available opportunities for the advancement of its corporate business model and financial goals. The person RICO "Doe" will ultimately listen to his attorney's experienced advice concerning matters relating to his individual rights and AOL litigation. RICO "Doe's" **Lambda Calculus** argument is valued at **2.275** billion dollars while setting positive legal precedents for individual privacy and consumer rights relating to the internet and technology industry. Acting in "good faith" and offering an advisory to a struggling small business and being straight forward with "Doe" is very easy to accomplish. **Note: Insider trading is not a valid nor legal way to trade markets ,** <u>nothing can replace a good understanding of the Law, Finance, Political Economy and Technical Analysis.</u> **FGS and DOE do not support such activity because it places HIGH RISK ELEMENTS into a business model that is designed around the fundamentals of principles business, specifically the laws of** <u>Statistics</u> **as described in the searches.**

FGS Inc.

Kasadore Ramkissoon



Page 10

### Torturous Interference and Breach of Contract by Blackstone Consortium

**Ethical Settlement Formulas** available upon demand after a Judicial Review.

When an **absolute decision** is delivered that Blackstone Consortium violated FGS Inc., KRR Trucking, TD Bank, and "RICO Doe's" Privacy that resulted in Torturous Interferences with its business activities and capital stream while maliciously damaging global and domestic related Partners, Individuals and Ground Zero Workers Rights. Settlement Formulas approach **Quantitative Neutrality** because of recent favorable decisions and leverage requirements made at the Bank of International Settlements in Basel, Switzerland and precedents regarding interference of UN representatives with the financial industry and "RICO" Doe. The events that gave rise to the RBS ~Lehman incident will be assembled and submitted to U.K. High Court then forwarded to UN Court of Justice, Netherlands and the US Court for the Eastern District of NYC for review.

Blackstone Group is the identifier prime affiliates are as followed:

**Abstract Recursive Sub Class Defendants that will form a Composite Settlement Formula**
CITI Group Inc. and 8 affiliate Mega Banks that led to the 2008 TARP Bailout, Bear Stearns Companies Inc. American Insurance Group, Various Insurance Partners, The Rockefeller Group, [Royal Bank of Scotland **8.25 billion in damages U.K. or 10.25 billion from RBS~ USA**], Exxon Mobil, Pfizer Inc., Various Media Partners, United Nations Organization, U S Department of the Treasury, Apple Computer, [ Wal-Mart.- Industrial Terrorism], Lehman UK, Dubai Aerospace, AOL LLC, NYS Dept of Taxation Finance,  Fannie Mae, Freddie Mac, Madoff related inquiries and similar Consortium members.

**Pray for relief for those affected by the financial crisis and the innocent pension holders, investors, individuals who have suffered at the expense of The Consortium's greed, malice, negligence and unethical torturous interference towards FGS Inc. Hostile politically motivated threats towards the individual known as "RICO" Doe, and fabricated industrial and legal "psychological warfare", spiked with malice towards Ground Zero Workers will not be tolerated.**
**FGS and The American Worker know the direction forward.**

FGS Inc
Kasadore Ramkissoon



Page 11

## FGS Inc.Partner, Affiliate and Law Firm Contact List

### FatGangsterGames Inc. –        Plaintiff
Kasadore Ramkissoon  72 Watchogue Road Staten Island, New York 10314 Fax: 1-718-761-5694
**Cell Ph: 1-347-466-1344 or E-mail kasadore@fatgangstergames.com**

---

### Blackstone Group L.P –        Defendant
**345 Park Avenue New York, NY ~ USA**
Ph: 1-212-583-5000 ~ Fax 1-212-583-5749
### The Blackstone Group International Limited - Defendant
**40 Berkeley Square, London W 1 J -5AL  United Kingdom**
Ph; + 44 ( 0) 20  7451 4000 ~~~Fax +44 ( 0 ) 20 7451 4001

---

### AOL vs "RICO" DOE  Case # [C-065866] SBA Individual Representation
**\*\*\*Berman- DeValerio Law Firm and any of the Federal Sanctioned Law Firms ( Hughes Hubbard )** may intervene at anytime on behalf of affected plaintiffs and corporations after initial filings with approval from **Kasadore Ramkissoon** who represents Anonymous Plaintiff "RICO" Doe , FatGangsterGames Inc. KRR and TD Bank

### Contacts
**Florida:  John Dominguez, Oliver Burt, Kyle DeValerio** ~ Attorney **Ph: 1-561-835-9400**
4280 Professional Center Drive Suite 350 , Palm Beach Gardens , FL, 33410 Fax 1-561-835-0322

---

### Carlyle Group, Advisory, Discovery, Financial Engineering, Partner Contacts
### David Rubenstein Esq. 1-212-813-4900
**New York**
520 Madison Avenue,  New York , NY 10022, United States Ph: 1-212-813-4900
**Washington DC**
1001 Pennsylvania Avenue , NW   Washington, DC 20004-2505
Ph: 1-202-729-5626, Fax: 1-202-347-1818
**London**
Lansdowne House, 57 Berkeley Square London W1J , 6ER United Kingdom
Ph: +44 -20 -7894-1200  Fax: +44-20-7894-1600

---

### TD Bank USA~ FGS Corp. Representation Banking, Merger, FDIC
**Ed Clark  CEO,  Beata Caranci– Deputy Chief Economist Ph: 416-982-2557**
2035 Limestone Rd.
Wilmington , DE
19808 USA
### TD Bank Canada Global Representation  Corporate Contacts
**Ed Clark CEO, Craig Alexander Chief Economist 1-416-982-8064**
Toronto-Dominion Centre,  55 King St. West, Toronto, ON, M5K 1A2
Canada Phone: +1-416-982-8222, Fax: +1-416-982-5671

FGS Inc
Kasadore Ramkissoon



Page 11A

## FGS Primary Partners, Advisory, Friendly Folks

---

### Nomura Holdings Inc.
Financial Engineering, Advisory, Primary Partner
Tel: **(212) 667-9800**
277 Park Avenue, 39th Floor  New York, NY 10017 Tel: (212) 667-9800  Fax:  (646) 587-9528

### NOMURA FUNDS RESEARCH AND TECHNOLOGIES AMERICA, INC
2 World Financial Center, Building B  , New York, NY 10281-1198 Tel: (212) 667-9300  Fax: (212) 667-1058

**Nomura Italia**  S.I.M.p.A   Piazza del Carmine, 4  20121 Milano   Tel: (39 02) 76461  Fax: (39 02) 76317106

**ASIA-PACIFIC** Nomura International (Hong Kong) Limited
30/F, Two International Finance Centre 8 Finance Street Central, Hong Kong
Tel: 852 2536 1111   Fax: 852 2536 1888.
### Nomura Holdings, Inc
1-9-1 Nihonbashi, Chuo-ku, Tokyo 103-8645, Japan
TEL: 81 (0)3-5255-1000

---

### Pacific Investment Management Company ( PIMCO)
Financial Engineering, Advisory, Primary Partner
TEL :**(212)-739-3000**
**New York** PIMCO 1345 Avenue of the Americas    New York, NY 10105-4800   USA
TEL **212-739-3000**   FAX 212-739-3926

**Newport Beach** PIMCO 840 Newport Center Drive, Suite 300 Newport Beach, CA 92660 USA TEL 866-
746-2602 TEL 949-720-6000 FAX 949-720-1376

**London** PIMCO Europe Ltd
(Registered in England and Wales, Company No. 2604517) Registered Office Nations House
103 Wigmore Street    London W1U 1QS  England
Regulated by FSA  TEL 44-20-7872-1300  TEL 44-20-7872-1316* FAX 44-20-7973-0023

**Toronto** PIMCO Canada  120 Adelaide St. W. Suite 1901  Toronto, ON M5H 1T1   Phone: 866 341-3350

---

### Department of Justice Grant
#### Assistant Attorney General Contact
Department of Justice Anti Trust Division,  950 Pennsylvania Avenue, NW  Room 3322
Washington, DC 20530
**FGS Inc.** applied for a **Government Funding Grant** to litigate this case from the **DOJ,**
FGS is waiting approval, because of issues pertaining to personal survival and Corporation's
inability to do business because of damages, litigation must go on.

FGS Inc.
Kasadore Ramkissoon



Page 12

## Case Amendments, Forensic Vectors, Notes, Contacts

| **Pending Tax Structure Cases** | **Credit Score Rating Related Damages Personal** | |
|---|---|---|
| FatGangsterGames Inc vs NYC Department Of Finance **Case# 012620960 S** **Federal Privacy Violations** Attn Faiza Girgis Contact Gov. Paterson Office Carlyle Group Representation Tax Tables, Uncertain Tax positions | To "RICO" Doe. **Verizon Wireless Bills** incurred Taxes Regulations 2006-2010 paid off recently **Bank of America Credit Card Personal Credit Card Fees incurred early in 2007 Late** Fees late clear in November 2010 Doe Still owes $ 2000, Payments are made via same 2006 -2010 TD Bank , Google 30 billon **Broad Band  related Regulation in similar industries, related to Specific of CUNY Media Case , City Insurance, taxes pricing , CUNY . LAW should not be used in such a malicious context** | RICO " DOE" was wrongfully committed of a minor license related offense that became a Crime 12 Years ago while working Through College by an overzealous prosecutor Greg Romagnolo , Judge Brennan its all about  money for the State and The Prosecutors Career has been disbarred twice in the last 12 years , motion will be made to absolve that Crime.... AOL into CUNY Litigation and Vice Versa. For the Past Fourteen Years City State of New York has Passed Draconian measures to Criminalize the General Public for Purpose of Profit of Private Business. Tolls Taxes , Stop and Frisk Searches , Insurance related laws that take away the rights Of General Citizens and City workers Including Law  Enforcement TAX Table Delays Payroll City Workers |
| **Pending Tax Structure Cases** KRR Trucking Inc./YMK Online **vs.** NYC Department of Finance **Case # 012614147 S**   Attn Louis Williams Contact Gov. Paterson Office **Federal Privacy Violations** Carlyle Group Representation | Department of Motor Vehicles Privacy Policy   DPPA. Refer to sections 2722, 2723, and 2724 of **the Driver's Privacy Protection Act** Violation Of **"Permissible Use"** Ticket# AAN5928053 Crossing Double yellow line to pass Garbage truck Ticket#AAP3723370 No Seat Belt License Points affect Insurance Rates and Laws Inadequate Forum to prosecute this case because of Fifth Column Budget Default Wall Street timing deals with inside information. Verizon, Direct TV , FOX Pricing | **FGS Certificate Of Authority issued in 10/25/2006 Expired In September 2010, Resulted in Liens against FGS Inc. and prevented Business Model from Functioning.** **Torturous Interference Interstate Commerce Lien placed on NOV. 5, 2010 By NYS Dept. Finance Taxation** |
| | | |

FGS Inc.
Kasadore Ramkissoon

Page 13

FatGangsterGames Inc. ( FGS Financial Group) 72 Watchogue Road Staten Island, NY 10314,
Ph: **1-347-466-1344** Fax: 1-718-761-5694, E-mail Kasadore@FatGangsterGames.com   Date [                    ]

## Case Amendments, Notes. Contact List

| 1:02-cv-00256-FB-RML Brennan et al v. Ashcroft | 1:96-cv-00374-FB United States v. NYC Board of Education, et al | 1:06-cv-02921-FB-RML Miranda v. New York City Department of Education |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

FGS Inc.
Kasadore Ramkissoon



FatGangsterGames Inc. (FGS Financial Group) 72 Watchogue Road Staten Island, NY 10314,
Ph: 1-347-466-1344 Fax: 1-718-761-5694, E-mail Kasadore@FatGangsterGames.com  October 22, 2010
FGS' Technology (TBA) Division 33.250* Billion Octagon 16 Tranche Risk Assesment
Nanotechnology, Energy and Research Modules will be designed in twenty 10 year blocks (200 years) each
comprised of five 2 year sectors of targeted research plans that will be controlled and integrated by a group of 10.000
scientists, engineers and 100 political thinkers based at USC Marshal. Groups will periodically interact with
Congressional leaders and will slowly implement technological advances to American industries. Project will respect
the traditional American Market structure, and a **sliding scale patent pricing structure** would effectively preserve
vital American based industries. FGS Capital's business model will progress towards regulating and reducing
America's dependency (1) on foreign energy and **"Octagon"** manufacturing (A) while creating social work internships
combined with health care* initiatives to enhance the mental and physical skill base of the American worker.
    Sliding scale pricing will put an end to future destructive patent hording practices by implementing an
integrated financial derivative(2) design backed by technology modules which can be hedged and compounded on US
based renewable energy infrastructure, yielding a less volatile American currency and a stable industrial base.
    Current Technology can be broken into three separate categories and sub categories will be classified on a
scale according to risk. Each division will include temporary internships with high schools and colleges Octagon Grid
labor social value is neuromuscular rooted. Educational protocols are crucial to the survival of NC-Tech and F-Tech
divisions. FGS' will subsidize online initiatives cloaked as Non Descript educational games designed by DreamWorks
7.875*billion, (B) in partnership with Rice University will launch a graphics, animation and software division that
serves micro scale industrial, engineering and academic applications. FORMULA 1 RACING AUDI
    Pre Tech – Previous Technology which include patents that already exist and are being utilized, that can be
acquired thru buyout, licensing or placement of C-Tech or new market ready technology. Equity Position
    C-Tech – Current Technology is market ready and can be implemented with available capital. (Ar. Energy)
    NC-Tech – New Current market ready technology is not being used by any other firm that originates in FGS'
Research modules, NC Tech time horizons given a 10 rating scale. Octagon Industrial Grid 75 sectors USA.
    F-Tech- Future Technology and it's applications to the NC- Tech rings or bands. See partner list
    Yearly naming follows the Chinese calendar. (2 year Cycles) DRAGON Module
Division of Labor and Affiliates is as such: Financing derived from 2007 recovered 20-30 billion TD Bank
    Group of 100 and their sub-divisions at USC are responsible for product to market duties which include
financing, marketing placement, and general managerial duties. USC 100 will be granted 3*billion, each will
specialize in one of the 16 industrial octagon (3) sectors or sub- sectors(C). Project submissions for any small or
midsized project can be proposed to the NYC branch of the Carlyle Group. Large municipal or defense projects must
be submitted and voted upon by the board or directors, modules will always have {reasonable} approval from
Congressional leaders. Nomura Holdings advises on product to market and affiliate venture capital options. Goldman
Sachs and PIMCO manages all trading, commercial banking and government interaction. Carlyle handles larger
global projects (4) that contain variables and markets such as defense, military, energy (D) and cultural considerations.,
US based City and State Universities, Cambridge U.K. , University of West Indies, Tokyo University.
    FGS Financial operating divisions will be managed by sector driven groups which are time sensitive.
Researchers have liberty to decide their CORE objectives but are required to maintain related rings or bands of study
that are potentially marketable within 2, 4, 6 year cycles. CORE objectives should not exceed the life span of the
scientist; it is possible to extend an area concentration pattern beyond the lifespan of the researcher with niche sector
approval. Entire group of 10,000 scientists and engineers affiliated with FGS Capital have an equal vote. The deadline
for all module creation and project financing (E) applicants is 24 months after litigation FGS vs. BLK,
C 06-5866 SBA (AOL vs. "RICO" ~ 3.25 billion) are settled and 1.7- 4.8 trillion acquisitions are complete.
            PENDING PROJECTS, ASSETS, PARTNERS Capital Formula Vectors.
    1. FDIC Neg 100 billion buys up debt, 2. Dodd-Franks Financial Regulation Bill  3. Case 07-15323 Credit Card
        Regulatory Tort Value is equal to 1.630 trillion. 4. Lehman Bros. UK Case Merger potential 600 billion+
    A. Energy Arizona 300 billion ~10 year, B. Viacom Liquid Project C. 75 Octagon USA 1.6 trillion Industrial Sectors
NC –Tech layout,  * Potential Health, Super Capital Bill AOL , (D) RUSAL Oleg Deriskapa Turkey 20 billion dollar
Nuclear Project 4500 megawatts. (E) UN Court Negotiations Netherlands, 2.3 trillion. Partners PIMCO, Nomura,
Jefferies , Cantor Fitzgerald, TD Financial Group, Barclays, Prudential Insurance, Wells Fargo, Bank of America,
Deutsche Bank, Gucci France , Spain, Italy Bolla Wines, Japan, Russia, China, Oman, Venezuela, Abu Dhabi,
Germany, Africa. Three Researcher Tech Conferences will be planned ~ Texas, Europe and UAE will host 2012. FGS
seeks Congressional Approval to do business in banned countries to prevent the spread of destructive ideologies.
            Ultimate Goal is to create, define and quantify T.B.A. "Technology Backed Assets"
                                        FGS Inc. Financial Group
                                        Kasadore Ramkissoon



# LAMBDA CALCULUS FINANCIAL FIELD PROOF APPLICATIONS

### United States Court
### For Eastern District of New York

**Jurisdictions:** The United Nations International Court of Justice, Netherlands, Bank for International Settlements Switzerland, United Kingdom High Court, Tokyo District Court Japan, Canadian Federal Court, Hong Kong District Court.

Date [                    ]

Docket No. {          }-{          }

---

### Plaintiff
### FatGangsterGames Inc.

### Recursive Sub-Class Plaintiffs

### KRR Trucking Inc., TD Bank Financial Group, Partners, Affiliates, Colleges, "RICO" Doe and Individuals similarly affected.

---

### Defendant
### Blackstone Group L.P. and Consortium
#### Recursive Sub- Class Consortium Defendants

**Kasadore Ramkissoon** represents Plaintiffs,
with affiliate Law Firms similarly situated, domestic and international.



FatGangsterGames Inc. 72 Watchogue Road Staten Island, N.Y. 10314 -USA
Ph: 1-718-761-5694 Cell:1-347-466-1344
FGS Financial Group E-mail:Kasadore@FatGangsterGames.com

Kasadore Ramkissoon {

Case 1:15-cv-03679-BMC-LB   Document 62-1   Filed 01/30/17   Page 21 of 96 PageID #: 1206



FatGangsterGames Inc. 72 Watchogue Road , Staten Island, NY, USA, 10314
Ph: 1-718-761-5694 Cell:1-347-466-1344 E-mail:Kasadore@FatGangsterGames.com  Page 1

### Equity Field Proof Lambda Calculus Applications 1997-2011

Pursuant to AOL vs Ramkissoon  Case No. C-065866 SBA 2006-2011 ( Settled)~ Case No. 04-5250-CV Husain vs Springer CUNY 1997-2011 ( Opt –Out Bi –Conditional Satisfaction of Judgment issued by Eastern District Court NYC,).~ State of NY vs. Ramkissoon Case #431793334-2 ( settled 2010- 2011) ~BenchMark  vs Payment Resources International Case no. 07CC01202 ( Settled 2009 ).~ ~Civ. No 04- md- 15862 IN Re Mutual Fund Investment Litigation Alliance, Franklin/ Templeton / Bank Of America Nations Fund and Pilgrim Baxter ( Alliance) Logue vs Calvert ET AL Civ 04-md 00859 ( Pending 2003-2011 )~ Augustine vs FIA Card Services Case No.07-16751 and Frederick vs FIA Card Services No. CV 09-3419-AG-~~Cowit, et al. v Cellco Partnership d/b/a Verizon Wireless No. A0505869 ( Ct. of Common Pleas Hamilton County Ohio) Verizon  global partnership network. FatGangsterGames Inc. vs Blackstone Group and Consortium (2010 DOJ filing Pending)  KRR Trucking ( dba YMK online)Case No. 012614 147S~ (2010-2011 pending)  and similarly situated litigation that affects both individual and corporations.

     The "Equity Field Application" is a proof formula that describes the methodology that spawned from the direct implementation of a Lambda Calculus Turing Church Logic formula. Theoretical identity of proof function originated within the composite programming language of a data leak type litigation **AOL vs Ramkissoon  (TARP field)**. Sample set applications occurred in real time and demonstrated behavior of various financial variables in relation to fixed functionally significant transactional fields, insurance parameters and legal delta arrangements that creates massive pricing movements within the domestic and global financial markets.

     Equity Field Proof will serve as a template for the development of future regulatory, tax and political risk models, which seeks to prevent catastrophic systematic market melt downs and reduce economic, social and political oriented risk thereby protecting the integrity of the monetary system from disruptive special interest industrial groups and destructive executive financial decisions. The outcome of litigation and its polymorphic amendment classes will yield the development of a stable forward moving technological architecture that will smoothly interact with variant capital risk fields created by modern industry and financial markets on a global and domestic platform.

     Lambda Logic Vector developed from the structure of a previous "composite" programming language based legal argument conforming to "similar" concentrations of litigation which use modern day abstract legal logic and theory. Primary tools that allowed abstract legal syntax to be concrete real time financial constructions, include an individual TD Ameritrade brokerage account, a FatGangsterGames Inc. small business international brokerage account (E-Trade) and a KRR Trucking (d.b.a. YMK Online) E-Trade account. Peripheral everyday resources such as a standard FDIC insured bank accounts, corporate bank cards, personal debits cards, available payment gateways, a smart phone, insurance fields and other implements within a sparse budget also served as useful tools to derive Lambda Boolean Logic True / False decision making parameters. Progression of functional computing logic and legal delta components established the vital elements which served as framework for the development of the "Real Time" Lambda Proof Formula application and interaction to financial markets.

                                                                  Kasadore Ramkissoon



Page 2

**Equity Field Proof Lambda Calculus Applications 1997-2011**

Lambda theory developed accidentally while checking E-mail and executing an equity type transaction Citi Group { **Trade Id # 6610******Order # 7016****** Cost $ 9.99} and Trade ID# 6610****** Order# 7011******* Cost $9.99** on a cell phone after a regularly scheduled medical check , while wearing a heart monitor transmitter that is covered under a standard Medicaid plan. Various financial firms and questionable political regimes maintained specific sequenced market positions based upon **irreparable** insider information illicitly obtained about owned small business corporations, personal health insurance status of family members in relation to credit card debts, and banking transactions. Factors such as accounting procedures pertaining to a Standard Tax Calendar Jan 1- Jan 31 Medicare taxes coincide with monthly credit card and bank related variable APR interest rates affect insurance premiums, fixed market share prices, time zone transactional trading and financial firm employee liability. New York State budgeting values interaction with independent contractors sanctioned by NYS, and transient political groups also sought to profit from malicious financial, insurance, interstate, marine fixed parameter engineering and restrictive covenants. Consortium seeks to unduly extend and prolong litigation periods and recovery of capital while continuing to interfere with performance of existing contracts while disabling the rights of citizens and corporations involved.

FGS Inc., KRR Trucking and personal residence occur very close to "well connected" NYC financial district; any piece of personal or corporate privileged information can create price fluxes within the greater global markets and directly affect Wall Street oriented transactions.

Indicated on CUNY litigation is **Barnes and Noble bookstore that has contractual obligations and return policies such as Truth in Lending Act which catalyzed in to 3 year mortgage contractual torts.** Barnes and Noble sanctioned by New York State to operate a retail type appendage that actively processes credit cards on a campus style CUNY College setting. **MasterCard, Barnes and Noble, Barclays partnership yields a global commercial unbounded "outlaw" linked variables which creates price drift because of its dual prevalence within FGS Inc. (e-commerce), and Barnes and Noble payment gateway contractual clauses, all data and free variable proofs are supported solely on the leaked data contents.** Barnes and Noble is publicly traded company that also has other modes of distribution, and employs **vertical and horizontal distribution modes using internet based e-commerce type models and a global network of retail book stores that operates in multiple time zones. Each method of distribution and delivery method has specific types of contractual clauses (Barnes and Noble franchise Greece region)**. CUNY litigation affects the First and Second Amendment Rights of the individuals who were active members in college newspaper. From 1997-2011 many of the students in this case have graduated and went on to work full and part time for various multi billion dollar NYC financial firms, mortgage companies and various City and State Jobs Police, Fire , Transit  in NYC and its surrounding suburbs, also some individuals now reside other states and in foreign countries.

Kasadore Ramkissoon



Page 3

## Equity Field Proof Lambda Calculus Applications 1997-2011

The variance of health insurance contracts, transient occupations and personally owned small businesses create fields that overlap thus affecting financial markets because of the geographic position of the participants. Early in 2011 **The Eastern District of NYC issued a Satisfaction of Judgment** pertaining to the CUNY case which allowed the individual to Opt – Out and prevented insider information about the CUNY case from being used in a malicious pattern against individual rights and the two privately owned corporations FatGangsterGames Inc. and KRR Trucking Inc. interference pattern reveal elements of fraud since the 2003 incorporation of KRR Trucking which is classified as a transportation company and previously had nominal tax liens relating to MTA yearly tax in September 2006 that coincided with the 2006-2011 **AOL vs. Ramkissoon** Case filing. Damages stem from manipulation of data leak strings in concert with private corporate transactional data from a purchase of made in September 2006 at www.fatgangstergames.com. AMEX sale was made by a customer in a different state which constituted the first e-commerce transactional sale made by the newly formed company FGS Inc. using Payment Resources International (PRI) (Illinois time zone underwriter) Transfirst USAEPAY credit card processor (California Time Zone). All Major Cards were processed VISA, DISCOVER, MASTERCARD, AMERICAN EXPRESS. First Monopoly Scrabble Game Table was damaged upon delivery and an insurance return collection was made by FGS's supplier which is based in New Jersey, Boston, and California. **Supplier imports Monopoly Scrabble branded tables directly from China which results in Asia Region transactional fields.** PRI # ********0408273 Home based business uses a standard encrypted wireless airport made by Apple Computer Warrant less Wiretap Apple Corp Content Bootlegging, Stock Price manipulation , using insurance fields to manipulated share price.

AMEX Transaction # 2493**** Auth: 176*** Prides Crossing Game Table

| FGS Payment Gateway MasterCard Loop ( True) | Barnes and Noble Master Card Loop CUNY ( True) |
|---|---|
| KRR YMK  minor tax lien  * Boolean decision making | Insurance, Tradable company, Employee Health Care |

Conflicts between Wall Street firms, credit card contractual obligations, and bank accounts used by FGS Inc. , and a sudden change in government regulation relating to online gambling and international ACH transactions. It was decided to switch payment processors because of suspected activities, which led to being included in the **Bench Mark vs. PRI ( 2009) payment gateway litigation which contained both individuals and corporations.** It suddenly became very dangerous to do business and the specific political details were concealed, banks kept calling and PRI kept calling. After the initial PRI sale a group of private equity firms illicitly gained customer and personal account data pertaining to online gambling history 2005-2006. Barnes and Noble formed a strategic partnership with MasterCard and Barclays Bank Card provider, Delaware based www.barclaycardus.com, see time line from 2006-2011 note partnerships in relation to content bootlegging , ACH transactions , banking law, interstate commerce statute of limitations, e-commerce law and insurance. Apple, Retail, Technology, Lehman and the composite polymorphic class, also note the tax strategies that private equity use during hostile take-overs. Note: **Google Inc. processes credit cards transaction rich (MasterCard)**

Kasadore Ramkissoon

page 4
## Equity Field Proof Lambda Calculus Applications 1997-2011

Blackstone and Partners utilizing the CUNY bi-conditional delta and inside information smuggled through a partnership with an insurance company that covers a part time transportation based work place (note. Employer was unaware of Consortium's top level Insurance torturous manipulations). Consortium of financial firms executed a series of leveraged transactions relating to land based casinos, hotels and waterfront property development, all these items stem from the structure of the CUNY case , data leak type , and items centered around linked personal credit debts. Many domestic transportation based industries use credit card processors and employ off duty law enforcement officers as accident investigators which further created privacy torts and endangered personal well being which encouraged the formation of a racket. State of NY vs. Ramkissoon Case #431793334-2 and 1997 case# 97R5137004, 97R5136984, 97R44332064, 97R43332054, 97R4332044, 97R4332034, 97R4332024 All tickets are Taxi related Judge Brennan whose personal affairs have history of substance abuse , and career ambitious Prosecutor Greg Romagnolo who has been disbarred numerous times since 1997-2011 sought to impose a misdemeanor juvenile offense for a minor livery related violation, such cases above are compiled into a $50 dollar non –criminal offense. It is obvious that From CUNY Time Frame that plaintiff was trying to pay for rising college cost working part time. Corrupt forces in transient political administrations usually target minority less represented industries and student's tuition for RICO profits from time value financial engineering like revolving credit vehicles and real estate development bond purchases and insurance manipulations. Graham vs. Florida 2010 in stark comparison to the frivolous exorbitant fines imposed on lower income citizens and the frequent vertical imposition of criminal law on citizens by special interest groups who profit and cover their RICO activities by limiting the Constitutional Rights of everyday citizens and operation of small businesses.

FGS Inc. business was prevented from accepting escrow payments and vital advertising revenue from online casinos like Gibraltar UK based 32 ( 32redaff30**) Red Online Casino. **Blackstone and Consortium profited from equity position relating to Berman DeValerio's lawyer personal transactions** Harrah's (transport payment processor insurance field) , Hilton Hotels( AOL Lawyer Transaction),( Aerbus Jet plane purchase Dubai Greek Bonds relating to transport insurance AOL lawyer travels on airplanes) American Transit vs. CogsWell ( 2007)~ Helicopteros Nacionales de Colombia v. Hall ( forum selection)

Canadian~American~Australia financial and inter country marine property insurance **jurisdictions,** online casino contractual licensing conflicts interstate commerce Atlantic City Gambling and Las Vegas property development. Sudden jurisdictional change in law created an artificial 500 billion **"field bubble"** or a parallel financial dimension, an artificial ACH liquidity framework built upon insider information on insurance law existing insurance provider information, FGS's payment processor transactional field fixed parameters and regional partner vertical and horizontal obligations. CUNY special interest groups immediately took advantage of the AOL vs. Ramkissoon delta within a month of the case filing because various groups had a previous special interest based upon inside information about personal health insurance status, multiple time zone and interstate corporations' private commercial credit card transactions. The Super Capital Lehman Bubble is artificially constructed on insurance law and the anticipated progression of AOL vs. Ramkissoon and online retail transactions related FatGangsterGames Inc. payment processor hence Lehman Bankruptcy which stemmed from REPO Tactics and insurance fraud.** Damages are being sought for unfair interferences relating to AOL lawyers.**

Kasadore Ramkissoon



Page 5

## Equity Field Proof Lambda Calculus Applications 1997-2011

Legal Delta affects an entire upstart internet industry with low regulatory hurdles and privacy related to individual rights and data mining. A large private bank with partners such as MasterCard, Harrah's Casino or a livery type insurance provider can easily inflate share prices, create  time zone specific **"bounded"** derivative structures within the "field bubble." which is demonstrated by the blatant  Privacy Violation perpetrated against KRR Trucking which resulted in Case **No. 012614147 S**. KRR Proof Formula which consists of insurance and business jurisdiction **unbounded variables** created similar price drifts of **(1.2 trillion)** using Standard E-trade account and FDIC insured bank account legal delta is related transportation status of Corp. and firmly demonstrates a refusal to mitigate damages. Immediately after the filing of the <u>AOL vs.</u> <u>Ramkissoon</u> case various financial groups who have had illicit previous involvement in the CUNY case **seized the opportunity** that maliciously manipulated the delta for profit thus revealing involvement of very specific contractor financial interests in the CUNY Delta since KRR Trucking (YMK Online) date of incorporation 2003 and further unauthorized violations of personal privacy rights as far back as 1997. There also seems to be a lot of discriminatory conflicts between various groups and their international connections, which clearly demonstrates how the sum of 30 billion can easily under go conversion and interferences with the performance without any ethical concern for personal rights or small business property law. Exact evidence of valid contracts is clearly exhibited in the random statistically relevant leaked data leak strings. <u>AOL vs Ramkissoon.</u>

Early in 2007 Blackstone Consortium violated privacy laws that seek to protect citizens under the disguise of a contrived malicious political and social smokescreen. The turning point at which everything went awry, awful, terrible and greed oriented is when a straight forward line of communication was made to the financial firms that were accessible. **FGS Inc. recommended that Blackstone Consortium hire the RAND, a professional consulting firm to assess political, social and economic risk to the private corporation FGS, its Partners and broader adjoining litigation participants.** A request was made to the Blackstone led Consortium to contact the Florida based AOL vs. Ramkissoon law firm of Berman DeValerio. Executives **stonewalled and thwarted** my actions to cover early **tortuous political interferences** related to Lehman Brothers (500 billion) and the existing political administration involvement. **\*\*Note: a 30 billion dollar advertising revenue transaction should take about 90 days to engineer and begins with a nominal pledge.**

Blackstone <u>lower level executives</u> were very co-operative until the private equity firm's Top level executives, affiliate partners and UN officials made political decisions to attempt to mis-appropriate the initial sum of 30 billion through duress and intimidation. <u>**FGS and friends**</u> <u>**expressed a high degree of political fear towards specific details around the facts relating to**</u> <u>**the abrupt removal of an imperialist "terror module" security procedure, and its**</u> <u>**international Para-Social Industrial Signature,**</u> <u>which can be derived by simply following</u> <u>international news and important political economic events.</u>

<div align="right">Kasadore Ramkissoon</div>



Page 6

## Equity Field Proof Lambda Calculus Applications 1997-2011

The American Working Class left leaning ideological beliefs and well educated world view of the college journalists in the CUNY litigation, coupled with employment status within financial firms and the interaction with **Barnes + Noble ~MasterCard ~ Barclays contractual and credit card obligations (rich short interest rate modeling) in multiple time zones create price drift and can be multiplied with inside information and intra-state insurance relationships.** A FIREPAY Automated Clearing House ( ACH ) transaction using a New Jersey based Commerce Bank  which originated in Feb. 2006 Australian Cyprus based Crystal Palace online casino was used as leverage by conflicting parties to commercially limit political opponents relating to the oil and energy industry. Legal limitations imposed by sequenced legal alterations are still present from 2006-2011 thus causing inflated commodity prices.

A brief war occurred in Lebanon synchronized with the AOL Data Leak which corresponded with a motion made in the CUNY case in 2006 and personal online gambling ACH transactions which adversely affected markets and private health insurance premiums. Private interest financial groups possessed illegal information about personal health insurance status and private data relating FGS Inc., KRR Trucking which **culminated in firms losing money on their hedged positions within the bi conditional CUNY transactional fields** .Re Mutual Fund Investment Litigation was originally filed in New Jersey in 2003 the same year that KRR Trucking was incorporated corresponding with the time various individuals within the CUNY lawsuit  held job positions at the spectrum of financial firms Alliance Bernstein, Lehman Bros. Citi Group, mortgage brokers etc.

Avaricious Blackstone executives reasoned that because a "politically aware" individual working just at the poverty level had the help of friends in an academic and media industries, and are concerned the success of a small business, that neither person nor the corporate entity that generated **30 billion in advertising capital revenue** should not be treated on equal terms within the financial industry. Both Blackstone's founders are former Lehman managers and came from a financial epoch that supported discrimination in business and workplace. The **CIA warned** Consortium about its clandestine actions in relation to various conflicting groups and adverse social elements. The CIA also warned about keeping individual RICO Doe unaware while making promises to various specific financial and political interests, CIA warnings were not heeded because of the involvement of groups with high security clearances and arrogant groups who seem to possess a "class oriented" sense of social entitlement.

FGS Inc. its business model, trade secrets and details about litigation is private and personal property. Tools that constituted the proof personal **TD Ameritrade brokerage account ( 4 trillion )** , FatGangsterGames Inc. corporate E-trade brokerage account **(2.4 trillion)** and KRR (dba YMK Online) **(150 billion -1.2 trillion),** FDIC Insured Bank account and cost E-trade Proof was entirely funded with personal money. Drift profits and generated revenue from capital market trades and interaction that constitute the Lambda Calculus Proof is absolutely private property.

Kasadore Ramkissoon



Page 7

## Equity Field Proof Lambda Calculus Applications 1997-2011

Recent experiments that actively affect the legal delta were discovered and assessed by extrapolating how equity purchases affect **conditional transactional loops** or time value transactions between distinct corporate entities in multiple time zones ; relating to banks , credit cards and interacting insurance fields in an ordered input decision making method similar to the functional programming language that modern computers use. Logical vectors were then applied to the fundamental theory of individual law and then commercial law relating to privately owned corporations. **A standard TD Ameritrade personal account was used as a platform to reveal price differentials between December 10, 2010 and February 15, 2011 Lambda legal logic proof generated 3.988 trillion dollars with tangible identifier equity purchase using $140-$787. Looping $3.00 ATM fields generated 1 billion dollars in pricing drifts per 1 cent of temporary transactional loops ($3.00). FDIC 100 billion falls in between that loop and creates a barrier to lending. When a transaction does not occur "beta reduction" takes place, application ratio is reduced to 1 dollar = 1 billion (CUNY value)**

Various individuals within the CUNY litigation have been employed at Alliance Bernstein, Citi, and Lehman Etc. that led to a purchase of one share of Alliance Bernstein Stock on 11/26/10 at a price of $23.2994; share purchase proof symmetry paired up with a Citi Group, Wells Fargo, Royal Bank of Scotland and Visa Inc. purchase, all equity is still owned. When a transaction is done every equity order that is routed into the domestic global market is disrupted by a .01 cent + until the transaction clears the banks and exchanges FDIC, SIPC, FOREX, time zone variables etc.

**FGS Inc. demonstrated a similar proof using a corporate E-trade Account in May 2011 just when Citi** Group **did a reverse stock split which resulted in 2.4 trillion in pricing differential which demonstrated corporate interferences.**

**KRR Trucking (DBA YMK Online) in Oct. 2011 utilized the same Lambda Formula structure. Company has been dormant and without a bank account and specifically has a tax lien that extends into 2008 TARP timeframe (CUNY), when FDIC insurance fields became active within Chase Bank account market volatility began.**

KRR Trucking and adjoining FGS Inc. solution was tailored to meet transportation delta pertaining to corporations. Initial online e-commerce purchase of two items (cameras) agitated transactional FDIC insured fields encompassed **shipping durations** and **sales tax fields were** limited to Barnes and Noble and culminated in a formal application to relevant delta specific stocks and financial instruments in both corporations. Price Drifts at market open after a long weekend occurred in were captured using fixed point equity trades which then multiplied upwards to a sequenced **150 billion ( 1.1) trillion barrier** limit by using **$3.00 ATM Loops** and E-Trade fixed limit orders within YMK/ KRR and FGS. Sovereign political groups and large oil companies were trading **long energy positions** based up KRR/ YMK minor tax issues and using political influence to further cover up the fraudulent positions which represent **Case No. KRR ~ YMK Online 012614147S.** Proof captured over 1.1+ trillion dollars, value of case is 150 billion.

The specific value of the pricing drifts is largely dependant on the fundamentals financial instrument volume size, market cap and bid ~ ask differentials which **have fluxed in ascending and descending exponential chains from .01 cents to $20,000 per a share**, with elements that closely occupy the delta Note: China has completed the financial engineering necessary to collect 4 trillion dollars, FGS Inc. 2.4 trillion Lambda Proof can easily be implemented with agreement from Citi Group, KRR/ YMK proof generated over 1.2 trillion ( 150 billion is strict value.)

Kasadore Ramkissoon



Page 8

## Equity Field Proof Lambda Calculus Applications 1997-2011

The Mechanics of the Lambda Proof is as followed:

Transaction utilizing FGS Visa, ( 48 billion x 10 = 488 billion market cap field loop), debit card stretches an overlapping temporary liquidity field Barnes and Noble retail purchase+ Citi ATM fee loop $3.00 + Stock trade at limit within range generates movements within available fields. **When a "fixed" trade is placed, overlapping financial insurance "unbounded recursive loops" anchors $3.00 value which then exponential disrupts the markets by creating time value exact "drift copies" and locks slice of unbounded capital field within the range of distressed barrier range of 1.1- 1.6 trillion, thus exposing existing fraudulent leveraged positions hedged on inside fixed parameter information and irreparable privacy damages to FGS Inc ( e-commerce ) , KRR/ YMK Online business models and individual rights (insurance) .**

Generic Card Transaction + Generic Bank ATM  or "unbounded loop" + Generic Fixed Trade+ Market Cap Value multiplied by a conditional leverage value of 10 + Generic Financial Insurance +  Time Zone Liquidity Fields + Generic International Law ( REPO MARKETS) + Generic Interstate Commerce + local and personal insurance variations and property law+ region specific political conflict  = Price differentials centered around insurance law in multiple time zones and derivative profits in international markets based on specific values.

A global network of conspirators and political officials from unstable regimes based at the UN attempted to purchase airplanes, hotels and eventually lost 20 billion from the original 30 billion Google ~ FGS Ad project . Under guidance of Lehman Stakeholders (500 billion) and private interests;UN court then settled adjoining Google litigation and Lehman malicious Repo 105 tactics which was being used as fabricated leverage, in a vain attempt to recover the lost 20 billion and to mitigate damages, **which finally led to the failure of Lehman Bros.** Consortium member consistently interfered with FGS Inc~ Google ~ TD Bank contractual obligations while offering deceptive fraudulent partnerships which resulted in unilateral conversion torts, material alterations and progressed into mutual contractual breaches .

In 2007 plaintiff RICO Doe was forced to leave the country to address a negative social situation in the United Kingdom contrived by Wal- Mart and Wall Street affiliates which eventually led to a EURO, Greek, and Dubai Lehman default. Lehman and consortium illicitly used insurance fields, personal and corporate tax related debts to facilitate the securitization of its REPO Tactics. Barnes and Noble has contractual obligations in the UK. **Citi Group 1 trillion and 40 billion( leverage 400 billion) a composite total of 1.4 trillion of fraud backed by interfering financial institutions ( CUNY~ Verizon), and long Asian energy contracts which created the imbalanced transactional field matrix that TD Ameritrade equity trades and FGS Visa multi time zone transactional "field bubble" moves through.** Events in Europe relating to Pakistan and India relations led to an abstract political economic 600 billion dollar capital field floating around the world economy Cowit, et al. v Cellco Partnership d/b/a Verizon Wireless Global (Verizon Claim# TQAG****), illicit wire tap in county of Leicestershire was over a secure U.K. Virgin Atlantic internet provider network which is a U.K. competitor of Verizon. Perpetrators must use the long term oil and trading positions to compensate for political economic risk resulting in higher energy, commodity and "unbounded" currency trading ranges which have detrimental effects on American and Global financial infrastructure.

Kasadore Ramkissoon



Page 9

## Equity Field Proof Lambda Calculus Applications 1997-2011

Evidence of political and social tampering and legal "delta specific" attempts of illicit capital conversion can be derived by the historical financial back round of the parties involved and how these groups interact with previous attempts by FGS Inc. KRR Trucking and individual to recover lost capital sums. **Participants within the CUNY litigation are also in other types of cases including the Ground Zero Workers Settlement Fund Group.** Malicious intent is demonstrated how Consortium members manipulate asset quality values that push the delta towards a premature alpha, basically the political , ideological and potential development of legal directives spawn toxic limitations to the GZW ~ US soldier settlement fund thereby succeeding in specific imperialist interest that have a tendency to destabilize the American financial , technological and social political model which exposes the everyday American citizen to various fields of industrial and social terrorism. Outsourcing of core industries, high financial leverage, psychological warfare modules designed to deaden the awareness of the US Soldiers destabilize law enforcement and dupe the general public. Limitations imposed upon education because of costs and testing move the culture toward neuro-muscular pathology and fascist tendencies rather industrial self reliance which results in a culture that is based upon unstable **intangible paper capital which is rooted in politically risky sovereign interests. FGS Technology Backed Asset ( TBA ) business model is fully supportive of a well balance and stable American Industrial base which yields parameter base asset quality equivalency preventing unstable social, economic and political situations ( Greece Euro Zone). FGS' business plan mitigates international political risk by encouraging risk sharing and alternative "majority interest" settlement formulas that allows the effortless recapitalization of banks in private markets.**

### FatGangsterGames Inc vs Blackstone Consortium

FatGangsterGames Inc. applied the Lambda Calculus to an E-trade~ JP Morgan Chase corporate brokerage which gives access to markets on a global scale and successfully created 2.4+ trillion in pricing drifts just as Citi Group did a reverse split on 05/11/2011 which constitutes a direct proof within the **FatGangsterGames Inc vs Blackstone Consortium** polymorphic set. Financial engineering should take about 6 months if done through Citi Group. Both FGS Inc. and KRR / YMK Online utilized the Lambda Logic Proof on **Case No. 012614147S** between Friday Oct. 7 , 2011 just before NYSE market close which overlapped with Oct. 11 NYSE market open. Application of formula generated 1.2 trillion in equity price movements. In accordance to formula, 1 billion dollars in price drifts was generated per .01 cent of a standard ATM fee within both KRR and FGS E-trade account, all values are backed by purchased equity.

Logic formula previously had success in 16 separate trading incidences in a personal account in 2010-2011peroid, and has been absolutely demonstrated under umbrella of corporation which was financed and verified by the same TD Bank account that generated 30 billion in 2007. The same TD Bank account still uses Google's advertising platform and contract for day to day transaction from 2006-2011~present.

Kasadore Ramkissoon



Page 10

## Equity Field Proof Lambda Calculus Applications 1997-2011

Consortium actively violated privacy related to household members with information obtained through political and corporate connections. Medicaid - Medicare interlocking privacy violations. Father is a retired Laborer that has formerly worked for a construction company that engineered Lehman Buildings between 1997- 2008 and uses Aetna insurance.

TD bank related corporate account privacy violation and final Turing Lambda equity proof market trades resulted in an unplanned double **"Lambda Tuple"**, two simultaneous trades 1.8 trillion ( Linked Debt Field") on a Friday Before incident of **TD Fraud** occurred in TD FatGangsterGames Inc. small business checking account which simultaneously happened the weekend that Individual exited the CUNY case, TD Bank Fraud value of **$442.90 (corporate purchase))** and **2,300 (individual linked debt)** was within the range of the price of the 2006 AMEX Game Table Purchase 494.33 and **BofA Joint credit card debt and interlocking variable credit card fields** compounded by privacy violations relating to health insurance. Bi-conditional CUNY Satisfaction of Judgment firmly provides a tarpaulin blanket like cover relating to both private Corporations FGS, KRR, Individual and household participants. Financial firms would not be able to trade in different time zones without inside illicit information about household members, health insurance, employment status and corporate interferences .Fraud was believed to be perpetrated by hostile forces in the European Union and American counterparts that have private interests.

**Trading Capital Limit is around 4 trillion and usually returns to that function after about a week of no transactions. Limit in FGS corporate trading account E-trade is About 2.4 trillion related to interlocking debts and irreparable health insurance and corporate privacy violations. KRR / YMK case value is 150 billion- 1.1 trillion.**
Barnes and Noble BKS and TARP Financial values originate and are Linked "Knotted to BCS with MasterCard Partnership~ FDIC Insurance~ Medical insurance related to public traded company being indicated on CUNY Litigation. **There exists an adjoining "recursive" mirror image subclass of 5001 "OMEGA" values that involves mainly amendments relating to laws concerning corporation and proportionally allows room for individual rights related to privacy , health insurance etc. Bi – conditional arrangements is similar in structure to Benchmark vs. PRI litigation ( 4000 plaintiffs),** which involved both individual people ( different health insurance fields ), and corporations that purchased an internet payment gateway through FGS' web host Network Solutions / Monster Commerce and is arranged in an inverse related pattern to the CUNY litigation. Lehman Bros. was <u>dependant on</u> FatGangsterGames Inc. Payment Resources International ~ TransFirst contract to process credit cards, when FGS cancelled its contract with PRI under suspicion of fraudulent interferences, Blackstone's casino and real estate equity positions and Lehman 500 billion positions were clearly revealed and eventually collapsed. To make matters even worse Blackstone consortium interfered with FGS distinctly separate and solid contractual relationship with Google in an illicit attempt to covert 30 billion in advertising revenue which led to Lehman REPO failure symmetry **(Citi Group vs Wells Fargo) TARP, Verizon Global Delta Cowit, et al. v Cellco Partnership d/b/a Verizon 40 value.** TD Ameritrade "Lambda" Verizon stock purchase price artificially drifts out of range when a monthly bill is processed.

Kasadore Ramkissoon



Page 11

## Equity Field Proof Lambda Calculus Applications 1997-2011

**Price differences in financial markets stem from malicious use of credit history relating to the historical legal delta:** Examples are as followed

**Joint existing $2300 Credit Card Debt** with Father and debtee Bank of America consist of an **interlocking triple "Lambda n~ Tuple"\*\* tort** individual, mom and pop ( AETNA) identities link all three individual insurance fields together creating **"ordered nested sequence"** tort pattern <u>resulting in paying higher APR Rates</u>( CUNY MasterCard rates) .<u>( Augustine vs FIA Card Services Frederick vs FIA Card Services).</u> Mom and pop existing debt also include a home equity type loan debt for **$10,900 and $70,000** which is being used to pay off sibling's student loans and car loan. Linked debts history coupled with illicit inside info about individual health insurance status led to <u>**irreparable abuse of process and breach of contract**</u> manipulations by banks <u>Beal vs. Bank of America, 10cv -05427 ~~RE Mutual Fund Investment Litigation Bank of American Nations Funds ~~</u> illicit derivative formation Egyptian Natural Gas Mubarak Political regime whose affiliates hold positions at BofA in the UK., resulted in synthetic <u>higher gross rates</u> that directly adversely affected capital market asset quality, financial markets and related variable values such as credit card interest monthly rates, mortgage derivatives and health insurance premiums. Value is roughly **2.4 trillion dollars** as described by FatGangsterGames Inc Lambda Calculus Proof using **E-TRADE** which allows purchase of equity on American Exchanges and Foreign exchanges. **(Lehman vs. Bank of America 75 Banks)**

<u>Morrison vs. National Australia Bank LTD 2010 ~~</u> Lehman Foreign repurchase agreements relating to US Securities Law~~ Lambda Proof E-Trade trading platform includes multiple territories US, Canada, UK, Germany, France, Japan, Hong Kong.

Remedy being sought for all linked participants is <u>cancellation</u> all interlocking debt relating to Mom and Pop connected torts. Total is approximately **$83,200**, amount should be <u>**immediately applied to all free variable interlocking debts**</u> to prevent further <u>**unjust enrichment**</u> ( Citi Group Reverse Split 2011 2.4 trillion TARP Symmetry ), and to mitigate **deteriorating irreparable privacy related damages which stems from CUNY litigation and interferences.** Until linked credit card debt is paid general public and interlocking Mom and Pop participants <u>must pay higher gross rates because of the fluctuating unbounded 1.1 trillion + of distressed debt within the American financial system which originated within a torturous interference and breach of contract between FGS and Partners  by Blackstone Consortium.</u>

**\*\*<u>Lambda n~ Tuple</u>"** is defined as an ordered pair, in this case a linked credit card with a co- signer resulting in 2 and 3 linked variable insurance fields Medicaid and Standard Retiree AETNA insurance 2.4 trillion field can be " beta reduced" to bi-conditional arrangement and inclusion in **CUNY** Case from which the field tort originates.

Kasadore Ramkissoon



Page 12

### Equity Field Proof Lambda Calculus Applications 1997-2011

FatGangsterGames Inc. and KRR Trucking has incurred tax liens from 2007-2011 present, both corporations are attempting to pay its debts and acquire an underwriter to facilitate a payment gateway similar to historical PRI , which will enable online retail transactions and simply continue with business and settle litigation in an ethical manner; however there are some tax related items that represent part of the Lambda Proof transactional function. Each month FGS Inc. uses the State of New York online Tax and business payment gateway to pay an identifier sum of $ 1.01 on its corporate taxes and $1.01 identifier value on its sales use taxes. When this is done a **1 trillion dollar looping liquidity field forms which interacts with a Prime APR rates and commercial sales type transactions** which reveals the torturous interference and blatant hostility on part of the international financial firms involved, Proof formula has become a living breathing financial entity and extends within the tax lien 2008-2011 range of the TARP Bailout. **Blackstone Group has an active working relationship with the defendant law firm in the Re Mutual Fund Alliance / Franklin/ Templeton /Bank of America Nations Fund and Pilgrim Baxter (Alliance) Logue vs. Calvert litigation.**

In conclusion the recursive function and similar inverse torts originated from the CUNY lawsuit and the logic used to prove the recursive function stemmed from the AOL case. A Bi - conditional Satisfaction of Judgment has been issued in the CUNY case in the Eastern District of New York which enables ethical reference in past, present and future litigations relating to individual and corporations. Similar inverse torts are exhibited in CUNY case "Individual and Corporation, Barnes and Noble and Benchmark vs. PRI litigation which affected both Corporations and Individuals. All values contain overlapping health insurance fields which is representative of standard accounting procedure. Financial Fraud is rooted in interferences with insurance companies by groups with high security clearances. Some of the individuals and entities involved hold positions in the UN and the Council of Foreign Relations and have previous professional working relationships with Wall Street firms.

From 2006 -2011 present FGS has **adapted** its original business model in order to **mitigate, prevent and ethically reduce damages** to FGS Inc. KRR Trucking, Individuals, State and Federal Government and International associates and defendant, this fact is exhibited in the following **quantitatively neutral options.** Blackstone and Consortium has done nothing to protect its own investors, instead Blackstone continues with its Hilton Hotel transaction to the detriment of plaintiffs and FGS. **Entire proposed injunctive Blackstone settlement amount is a neutral $110,001 and 3.25 billion which will be returned after Lambda Proof Revenue is collected.** Individual identity elemental value of **$1.01 per polymorphic defendant class ($5050)** also exists, which is ethical in comparison to the extraordinary sum on **$5,000,000 million** that a Blackstone founder paid for a lavish personal party in 2007. Five million dollars from 2006- 2011 is enough to put the individual RICO Doe through Film and Law School and provide a reasonable capital sum to ease personal relationships and establish peace of mind.

**Unfortunately personal educational and employment opportunities have been severely limited to learning law while working nights that led to a composite of **5.95 – 7.60 trillion**, which is the leveraged amount that financial firms planned to make at the expense of my personal safety using insider information in a cruel and unusual manner.

Kasadore Ramkissoon

••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••



Page 13

## Equity Field Proof Lambda Calculus Applications 1997-2011

Blackstone Consortium has interfered with prospective economic advantage of FGS and created abnormally dangerous activities in relationship to Lehman Bros. 500 billion affiliate contracts by manipulating factors along a legal delta such as local real estate development projects relating to Hilton Hotel on the Staten Island Water front, equity position is a negotiable instrument... Case #431793334-2 ( 2011) People of State of NY vs Ramkissoon , 1997-2011~Plaintiff operating a livery cab allowed customer to sit in front seat under contractual obligation between customer and driver police officer then intervened and issued criminal court ticket for passenger in front seat which is a member of the class " The People of the State of NY". CUNY Satisfaction of Judgment between 1997-2011, the contractual obligations of Barnes and Noble CUNY book store (Sales Tax, Employee Health Care, Publicly Traded Stock global presence, Content and Copyright Distribution pricing contracts) . Insurance Companies and private contractors that engage in acts of political and social destabilization using transient political and financial tactics in attempt to monetize the criminal law system thus stripping police officers, public citizens and small businesses of their rights~~ Staten Island Ferry Contracts and Municipal- Bond purchases in relation to Wells Fargo building property line, Manhattan side of S. I. Ferry Citi Group vs.Wells Fargo Insurance, Water Front development of SI Navy Port that rents to NYC Courts, Purchase of 100 million dollar property using UN funds that rents to Citi Group Farmer Insurance Exchange vs. Bell, Employee compensation ~~ Jurisdiction: CogsWell vs American Transit Insurance 2007, Atlantic City ~ MasterCard/ Barclays vs Lehman casinos are a transaction rich environment CUNY.

Political "parallel conduct" rackets usually illicitly target small to mid size business owners' tickets and fees are always outside of the payment range of the payee. Note the Price of the NY City Verrazzano Bridge in comparison to the minimum wage or the unethical cluster of over $2500 dollars in tickets issued in 1997 to RICO Doe who at the time was paying his way through college. The manner in which the Court treated a non-criminal offense as a juvenile misdemeanor. Offense includes driving with wipers on but no head light, picking up a homebound passenger, no trip sheet and numerous other frivolous offenses that represents a slice of everyday life which demonstrates how political forces and special interest groups blatantly victimizes the working class citizens which includes how State and Federally contracted insurance companies limit the rights of Ground Zero Workers. In the 2008 TARP bailout executives received compensation of 30 billion dollars , the Ground Zero Workers and Similar US Military funds receive less than 1 billion Bell Atlantic vs. Twombly CUNY private contractor partnership  Cowit, et al. v Cellco Partnership d/b/a Verizon Wireless 2011. NYS Tax disruption

Did the Federal Government have plausible cause and provide necessary services to grant 30 billion in executive bonuses to recover 100 billion dollars when the Ground Zero Workers Settlement Fund is within the 675 million dollar range?  Neither FGS Inc. nor the individual has recovered lost capital, and the requested monetary grant of 10 million dollars to begin litigation from the Department of Justice September 2010 filing of FatGangsterGames Inc. vs. Blackstone Consortium has not been approved. Blackstone Group received the 500 million dollar contract related to the TARP Bailout which is further reveals torturous interference. Note. 6.5 trillion+ Generated in Lambda Proof is collectible regardless of the outcome of litigation all transactions are backed by tangible fixed points which yield multi billion time value transactional "Lambda" copy pricing drifts and differentials within financial tools such as equities, bonds, currencies etc.

<div align="right">Kasadore Ramkissoon</div>



Page 14

## Settlement Formula Options, Identifier Values, Derivative Formation

| | | | | |
|---|---|---|---|---|
| FGS has 600 billion Lehman position covered it is too late to return entire capital sum to investors Political risk; Partial return may be **remotely possible** 60-30 billion but there has Stakeholder co-operation | FGS Partner up with 75 banks that Lehman Sued Utilize CUNY Satisfaction of Judgment and write of 60 billion RICO value on 75 bank **inflated balance sheets** Savings of 6.8 billion Commission | FGS uses 6.8 billion 75 bank write off to purchase 100 billion FDIC distressed value removing value from Fed Gov't balance sheet. Derivative formation on capital value. | 100 billion derivative formula absorbed the auctioned off AIG shares in Asian Markets via E-trade brokerage account. | TD individual 4 trillion account title investment in business FGS Inc. Loaned out to Gov't and various parties interest 1.4 – 2% 100 billion derivative formula formations. |
| FGS Inc. **2.4 trillion in drift values** 4 trillion Lambda Proof TD Ameritrade **4 trillion + 2.4 trillion - 600 billion KRR / YMK Online Proof value is 1.2 trillion + (150 billion) Total 5.95 -7.60 trillion** | FGS starting identifier value of 1.3- 1.5 trillion at variable interest rate between a resting rate of 1.4 % - green energy Industrial Grid disruption rate rate of 11.4 % - 40 %+ for 30- 40 years = 5.8 trillion | **5.95** trillion~30 year collection plan is based on development of American Industrial Grid and regional banking law and derivatives, and favorable tax laws | Contingency Development Plan "what if", where to go and what to Do 1) Sustainable Energy Financing and F-tech Infrastructure Delivery method | Contingency If not #1 then apply #2.Recycling Hubs State wide #3 Co Generation Municipal Projects #4 Demand Flow Restructuring of Salvageable Corps And foreign equivalents global mid-size production |
| Contingency 5) Regional bank derivatives for Mid size Businesses armed with transformative function** 6) Small business Upstarts 7) FGS Loans Gov't Capital 8) Foreign Project lending | **FGS Starting Capital Value should be about 1.5 trillion that loops every 10 year cycle In accordance to Business plan** Initial capital sum addresses Fact that portion of 5.9 trillion will be implemented globally via Monte Carlo Method | Material Science and General Technology financing balance sheets managed through university partnerships and are separate from Pre tech and C-Tech planning TBA planning **Personal Damages to RICO Doe= 5 million x 5001= 25 billion** | Blackstone is **required to purchase a 6.8 billion bond** as collateral for two years cost about 100 million Lost 30 billion will be forgiven and written off on taxes **This will conflict with Blackstone Hilton Hotel** intentions and reveals tortuous interferences. | Blackstone must pay a token pledge of **3.25 billion**, assist FGS in Financial engineering and aid FGS in the Development of a Global Real Estate Portfolio and a Gold Standard Stock Exchange on Staten Island. |

**Note: KRR / YMK Online** E-trade brokerage account is linked and verified to the original FatGangsterGames Inc. commercial TD Bank account that generated 30 billion dollars. Lambda Proof Application Profits from **KRR/ YMK Case No. 012614147S~** of 150 billion + can easily be loaned to FGS Inc. then the Federal Government. Basically, the fundamental architecture to create and **remove the barrier value of 100 billion** off the FDIC balance sheets is already complete. Proposed settlement pattern will effectively remove the obstacles necessary to recapitalize private banks by **positioning and promoting low risk sharing arrangements between participating majority interest financial institutions.** Banks must trust each other to lend, 100 billion barrier is no longed a barrier limit to lending. Notice the Symmetry of the "Where's the Money" bounded and locked manipulations (Dodd/Frank). Between 2006 - 2011 the average yearly consumer expenditure on online gambling is between 114- 155 billion dollars. The average expenditure of American land based casinos is between 60 – 78 billion a year, **Citi Group vs Wells Fargo 60 value.** Consortium previously owned casinos in Atlantic City and have specific interests in the development of the S. I. Waterfront. Property development in Las Vegas and a historical incidence of **14.8 – 40 billion in fraud** is also expressed within Lehman's unsecured creditors. How much did the Supreme Court Justices pay for a gallon of gas at the pump? Price field ranges are fraudulently inflated.

Kasadore Ramkissoon

# United States Court Eastern District of New York

Docket Case #[                    ] Date {                    }

---

FatGangsterGames Inc., owner Kasadore Ramkissoon
Plaintiff,

------------------------Against------------------------

1. Blackstone Group L.P. and Polymorphic Consortium
Defendants,

---

**Plaintiff** FatGangsterGames Inc., Kasadore Ramkissoon resides at 72 Watchogue Road
Staten Island, NY, USA 10314, **Ph: 1-347-466-1344**~~~ Fax: 1-718-761-5694,
E-MAIL- KASADORE@FATGANGSTERGAMES.COM

---

2. **Defendant**, Blackstone Group L.P. resides at 345 Park Avenue, New York, NY~
10154 USA Ph-1-212-583-5000~Fax 1-212-583-5749
CEO Tony James, Founder Stephen Schwartzman

---

**Defendant** Citi Group Inc. resides at 399 Park Ave. New York, NY 10043 Phone 1-
800-285-3000 CEO Vikram Pandit ,Prince Alwaleed Talal  (Saudi Arabia) ( UAE)

---

   **The Jurisdiction of the Court is invoked pursuant to:** AOL vs. Ramkissoon  (TARP Bailout)
Case No. C-065866 SBA 2006-2011 ( Settled)~ Case No. 04-5250-CV Husain vs Springer CUNY 1997-2011 ( Opt –
Out Bi –Conditional Satisfaction of Judgment issued by Eastern District Court NYC.).~ State of NY vs. Ramkissoon
Case #431793334-2 ( settled 2010- 2011) ~BenchMark  vs. Payment Resources International Case no. 07CC01202
( Settled 2009 ).~ ~Civ. No 04- md- 15862 In Re Mutual Fund Investment Litigation Alliance, Franklin/
Templeton / Bank Of America Nations Fund and Pilgrim Baxter ( Alliance)~~~ Logue vs. Calvert ET AL Civ
04-md 00859 ( Pending 2003-2011 )~  Augustine vs. FIA Card Services Case No.07-16751 and Frederick vs. FIA
Card Services No. CV 09-3419-AG~~~Cowit, et al. v Cellco Partnership d/b/a Verizon Wireless No. A0505869 (
Ct. of Common Pleas Hamilton County Ohio) Verizon Global partnership network.~~ **FatGangsterGames Inc.
vs. Blackstone Group and Consortium** (2010 DOJ filing Pending)  KRR/YMK Online Inc.  Case No. 012614
147S~ (2010-2011 pending), and similarly situated litigation that affects both individual and corporations.

---

**Statement of Claim**
Torturous interference with business and personal activities. **After the case initial filings a
group of law firms will intervene and act on behalf of the corporation and various entities.**
See Attached Written description for precise details.

---

**Remedy**
Recovery of partial or full amount of lost capital and advertising revenue. Ethical
Financial Engineering and full collection of capital values generated from Lambda
Calculus Equity Proof Application to Global and Domestic Markets between
October 2010- October 2011, FatGangsterGames Inc. KRR/ YMK and **Individual
Damages to "RICO" Doe multiplied by factor value of 5001.**



FatGangsterGames Inc.
Kasadore Ramkissoon



FatGangsterGames Inc. ( FGS Financial Group) 72 Watchogue Road Staten Island, NY 10314,
Ph: **1-347-466-1344** Fax: 1-718-761-5694, E-mail Kasadore@FatGangsterGames.com  Date [                    ]

## FGS Inc.Partner, Affiliate and Law firm Contact List

### FatGangsterGames Inc. –      Plaintiff
Kasadore Ramkissoon  72 Watchogue Road Staten Island, New York 10314 Fax: 1-718-761-5694
**Cell Ph: 1-347-466-1344 or E-mail kasadore@fatgangstergames.com**

---

### Blackstone Group L.P -      Defendant
**345 Park Avenue New York, NY ~ USA**
Ph: 1-212-583-5000 ~ Fax 1-212-583-5749

### The Blackstone Group International Limited - Defendant
**40 Berkeley Square, London W 1 J -5AL  United Kingdom**
Ph; + 44 ( 0) 20  7451 4000 ~~Fax +44 ( 0 ) 20 7451 4001

---

### AOL vs "RICO" DOE  Case # [C-065866] SBA Individual Representation
**Berman- DeValerio Law Firm** may intervene freely at anytime on behalf of "RICO DOE" after
initial filings with approval from **Kasadore Ramkissoon** who represents Plaintiff "RICO" Doe ,
FatGangsterGames Inc. KRR and TD Bank
### Contacts
**Florida:  John Dominguez, Oliver Burt, Kyle DeValerio ~ Attorney Ph: 1-561-835-9400**
3507 Kyoto Gardens Drive Suite 200 Palm Beach Gardens , Florida 33410 ~Fax 561-835-0322

---

### Carlyle Group Consultations, Discovery, Financial Engineering
### David Rubenstein Esq. 1-212-813-4900
**New York**
520 Madison Avenue,  New York , NY 10022, United States Ph: 1-212-813-4900
**Washington DC**
1001 Pennsylvania Avenue , NW  Washington, DC 20004-2505
Ph: 1-202-729-5626, Fax: 1-202-347-1818
**London**
Lansdowne House, 57 Berkeley Square London W1J , 6ER United Kingdom
Ph: +44 -20 -7894-1200  Fax: +44-20-7894-1600

---

### TD Bank USA~ FGS Corp. Representation pertaining to Banking and Merger Issues
**Beata Caranci** – Deputy Chief Economist Ph: **416-982-2557**
2035 Limestone Rd.
Wilmington , DE
19808 USA
### TD Bank Canada Global Representation  Corporate Contacts
**Ed Clark** CEO, **Craig Alexander** Chief Economist **1-416-982-8064**
Toronto-Dominion Centre,  55 King St. West, Toronto, ON, M5K 1A2
Canada Phone: +1-416-982-8222, Fax: +1-416-982-5671

FGS Inc
Kasadore Ramkissoon



FatGangsterGames Inc. (FGS Financial Group) 72 Watchogue Road Staten Island, NY 10314,
Ph: 1-347-466-1344 Fax: 1-718-761-5694, E-mail Kasadore@FatGangsterGames.com   Oct. 22, 2011

### FGS' Technology (TBA) Division Lambda Proof Collection and Contingency Plan 2011

Nanotechnology, Energy and Research Modules will be designed in twenty 10 year blocks (200 years) each comprised of five 2 year sectors of targeted research plans that will be controlled and integrated by a group of 10,000 scientists, engineers and 100 political thinkers based at USC Marshal. Groups will periodically interact with Congressional leaders and will slowly implement technological advances to American industries. Project will respect the traditional American Market structure, and a **sliding scale patent pricing structure** would effectively preserve vital American based industries. FGS Capital's business model will progress towards regulating and reducing America's dependency (1) on foreign energy and **"Octagon"** manufacturing (A) while creating social work internships combined with health care* initiatives to enhance the mental and physical skill base of the American worker.

Sliding scale pricing will put an end to future destructive patent hording practices by implementing an integrated financial derivative(2) design backed by technology modules which can be hedged and compounded on US based renewable energy infrastructure, yielding a less volatile American currency and a stable industrial base.

Current Technology can be broken into three separate categories and sub categories will be classified on a scale according to risk. Each division will include temporary internships with high schools and colleges Octagon Grid labor social value is neuromuscular rooted. Educational protocols are crucial to the survival of NC-Tech and F-Tech divisions. FGS' will subsidize online initiatives cloaked as Non Descript educational games designed by DreamWorks (6.8 billion), (B) in partnership with Rice University will launch a graphics, animation and software division that serves micro scale industrial, engineering and academic applications.

**Pre Tech** – Previous Technology which include patents that already exist and are being utilized, that can be acquired thru buyout, licensing or placement of C-Tech or new market ready technology. Equity Position Contingency Plan Options

**C-Tech** – Current Technology is market ready and can be implemented with available capital.

**NC-Tech** – New Current market ready technology is not being used by any other firm that originates in FGS' Research modules, NC Tech time horizons given a Octagon Industrial Grid 75 sectors USA.

**F-Tech**- Future Technology and it's applications to the NC- Tech rings or bands.

Yearly naming follows the Chinese calendar. (2 year Cycles) **DRAGON Module**

Division of Labor and Affiliates is as such: Financing derived 2010-2011 Lambda Application 5.95 trillion over 30 years

Group of 100 and their sub-divisions at USC are responsible for product to market duties which include financing, marketing placement, and general managerial duties. USC 100 will each specialize in one of the 16 industrial octagon (3) sectors or sub- sectors(C). Project submissions for any small or midsized project can be proposed to the NYC branch of the Carlyle Group. Large municipal or defense projects must be submitted and voted upon by the board or directors, modules will always have reasonable approval from Congressional leaders. **Nomura Holdings** advises on product to market and affiliate venture capital options. **Goldman Sachs and PIMCO** manages all trading, commercial banking and government interaction. Carlyle handles larger global projects (4) that contain variables and markets such as defense, military, energy (D) and cultural considerations., US based City and State Universities, Cambridge U.K. , University of West Indies, Tokyo University.

FGS Financial operating divisions will be managed by sector driven groups which are time sensitive.

Researchers have liberty to decide their CORE objectives but are required to maintain related rings or bands of study that are potentially marketable within 2, 4, 6 year cycles. CORE objectives should not exceed the life span of the scientist; it is possible to extend an area concentration pattern beyond the lifespan of the researcher with niche sector approval. Entire group of 10,000 scientists and engineers affiliated with FGS Capital have an equal vote. The deadline for all module creation and project financing (E) applicants is 24 months after litigation **FatGangsterGames Inc vs Blackstone Consortium and polymorphic classes**

**Lambda Calculus Application** generated TD Ameritrade 4T , FGS Inc 2.4 T and YMK 150 B  in price drifts. Capital is collectible regardless of outcome of the litigation all trading fees have been paid.

### PENDING PROJECTS, ASSETS, Capital Formula s

1) Contingency Plan 30 year 1.5 trillion Loop 75 Octagon Grid, 2) Civ. No 04-md-15862 In Re Mutual Fund Investment Litigation Alliance, Franklin/ Templeton/Bank of America Nations Fund and Pilgrim Baxter (Alliance) Logue vs. Calvert ET Al. Civ04 md 00859 (pending) derivative {~688 Billion – 4 trillion} collection A. Energy 300 billion ~10 year USA, B. Viacom Liquid 50 jobs in 50 states in 50 weeks and 50 dancing ladies ad project content pricing (D) RUSAL Turkey 20 billion Nuclear 4500 megawatts. (D) FGS Lambda 2.4 trillion Citi Group collection. 3. Case 07-15323 Credit card processor polymorphic class 5000 omega values(C) application sectors.. ~Augustine Vs FIA Card Services Case no.07-16751 and Frederick vs. FIA card Services No. CV 09-3419AG { 500 billion } CUNY Husain vs Springer Case no 04-5250-CV **Satisfaction of Judgment** issued Jan. 2011 bi-conditional individual and corporate. 4) KRR /YMK Online Case No. 012614147s {150 billion Dodd/ Frank 1.2 trillion}.Lehman vs. Bank of America +75 bank tax write off FGS (60 b = 6.8 b purchase FDIC 100 billion debt.) **Total 2011 value is 5.95- 7.60 trillion** (E) Three Researcher Tech Conferences will be planned ~ Texas, Europe and UAE will host in near Stable future.

**Ultimate Goal is to create, define and quantify T.B.A. "Technology Backed Assets"**

FGS Inc. Financial Group

Kasadore Ramkissoon

ORIGINAL

# United States Court Eastern District of New York

Docket Case #[                    ] Date 11/30/2011

~~FatGangsterGames Inc.~~, owner Kasadore Ramkissoon *is the owner* **K/R**
Plaintiff,  *of Fatgangstergames Inc.*

------------------------Against------------------

1. Blackstone Group L.P. and Polymorphic Consortium
Defendants,

**CV11 - 5862**

**AMON, CH.J.**

**CARTER, M.J.**

Plaintiff FatGangsterGames Inc., Kasadore Ramkissoon resides at 72 Watchogue Road,
Staten Island, NY, USA 10314, **Ph: 1-347-466-1344**~~~ Fax: 1-718-761-5694,
**E-MAIL- KASADORE@FATGANGSTERGAMES.COM**

2. Defendant, Blackstone Group L.P. resides at 345 Park Avenue, New York, NY~
10154 USA Ph-1-212-583-5000~Fax 1-212-583-5749
CEO Tony James, Founder Stephen Schwartzman

Defendant Citi Group Inc. resides at 399 Park Ave. New York, NY  10043 Phone 1-
800-285-3000 CEO Vikram Pandit ,Prince Alwaleed Talal  (Saudi Arabia) ( UAE)

The Jurisdiction of the Court is invoked pursuant to: AOL vs. Ramkissoon  (TARP Bailout)
Case No. C-065866 SBA 2006-2011 ( Settled)~ Case No. 04-5250-CV Husain vs Springer CUNY 1997-2011 ( Opt –
Out Bi –Conditional Satisfaction of Judgment issued by Eastern District Court NYC.),~ State of NY vs. Ramkissoon
Case #431793334-2 ( settled 2010- 2011) ~BenchMark  vs. Payment Resources International Case no. 07CC01202
( Settled 2009 ).~ ~Civ. No 04- md- 15862 IN Re Mutual Fund Investment Litigation Alliance, Franklin/
Templeton / Bank Of America Nations Fund and Pilgrim Baxter ( Alliance)~~~ Logue vs. Calvert ET Al. Civ
04-md 00859 ( Pending 2003-2011 )~ Augustine vs. FIA Card Services Case No.07-16751 and Frederick vs. FIA
Card Services No. CV 09-3419-AG~~~Cowit, et al. v Cellco Partnership d/b/a Verizon Wireless No. A0505869 (
Ct. of Common Pleas Hamilton County Ohio) Verizon Global partnership network.~~ FatGangsterGames Inc.
vs. Blackstone Group and Consortium (2010 DOJ filing Pending)  KRR/YMK Online Inc.  Case No. 012614
147S~ (2010-2011 pending), and similarly situated litigation that affects both individual and corporations.

Statement of Claim
Torturous interference with business and personal activities. After the case initial filings a
group of law firms will intervene and act on behalf of the corporation and various entities.
See Attached Written description for precise details.

Remedy
Recovery of partial or full amount of lost capital and advertising revenue. Ethical
Financial Engineering and full collection of capital values generated from Lambda
Calculus Equity Proof Application to Global and Domestic Markets between
October 2010- October 2011, FatGangsterGames Inc. KRR/ YMK and Individual
Damages to "RICO" Doe multiplied by factor value of 5001.

**FAT GANGSTER GAMES**

FatGangsterGames Inc.
Kasadore Ramkissoon

*Kasadore Ramkissoon*

RECEIVED
NOV 30 2011
PRO SE OFFICE

# Exhibit B

UNITED STATED FEDERAL COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------------------------------x

ELLENA HARDEY MIDDLETON AKA
ELLENA HARDY MIDDLETON

# CV-10 6057

Plaintiff,

**COMPLAINT**
**Jury Trial:  No**

-Against-

____CV_____ ( )

PEOPLE OF THE UNITED STATES, SUPREME
COURT CLERKS, JOHN DOE & JANE DOES,
MTA LONG ISLAND BUS AUTHORITY,
DEPARTMENT OF SOCIAL SERVICES, FREEPORT
LIBRARY & NASSAU LIBRARY SYSTEM, HEMPSTEAD
VILLAGE & HEMPSTEAD POLICE DEPT. , DANIELLE
VERVISDA, ESQ., CATHY ANASTAPOULOS, ESQ. &
MENTAL HYGIENE LEGAL SERVICES, NASSAU
COUNTY MEDICAL CENTER & JOHN DOE BARRIS, MD
AKA ROBERT BARRIS, MD, MERCY MEDICAL CENTER
& KHALID CHAUNDRY, MD, N.Y.S. DEPARTMENT OF
MOTOR VEHICLE

**F I L E D**
IN CLERK'S OFFICE
U.S DISTRICT COURT E.D.N.Y

★   DEC 3 0 2010   ★

12-30-2010 mk

LONG ISLAND OFFICE

Defendant(s).

----------------------------------------------------------------x

**BIANCO, J.**

**BOYLE, M.**

I.   **Parties in this complaint:**

    A.   **Plaintiff:**

        Ellena Hardey Middleton aka Ellena Hardy Middleton
        123 W. Columbia Street, Apt. 208,
        Nassau County, Hempstead, NY  11550
        (516) 833-5528; Cell: (516) 279-0037

    B.   **Defendant(s):**

        Civil Case Index No.: 02-017381 – Nassau County
        MTA Long Island Bus Authority
        MTA Legal  Department
        700 Commercial Avenue
        Nassau County, Garden City, NY  11530
        (516) 542-0100



C.       Civil Case Index No.: 01017980 – Nassau Cunty
Department of Social Serices
County Attorney
1 West Street
Nassau County, Mineola, NY  11501
(516) 571-3056

D.       Civil Case Index No.: 7358/07-08 – Nassau County
Freeport Library & Nassau Library System
C/O William Croutier, Jr., Esq.
Hammill, O'Brien, Croutier, Dempsey & Pender, P.C.
6851 Jericho Tpke., Ste. 250
Nassau County, Syosset, NY  11791
(516) 746-0707

E.       Civil Case Index No.: 026248/09 – Nassau County
*(the following defendants all  under this Index No.)*
Hempstead Village & Hempstead Police Department
C/O Debra Urbano-DiSalvo, Esq.
99 Nichols Court
Nassau County, Hempstead, NY  11550
(516) 489-3400

F.       Danielle Vervisda, Esq.
C/O Allan E. Silver, Esq.
Abrams, Fensterman, Fensterman, Eisman, Greenberg,
Formata, Einiger, LLP
1111 Marcus Avenue
Nassau County, Lake Success, NY  11042-1034
(516) 328-2300

G.       Cathy Anastapoulos, Esq. & Mental Hygiene Legal Services
Nassau County Medical Center
1975 Hempstead Tpke, 2nd Floor, Bldg. B
Nassau County, East Meadow, NY  11554
(516) 542-_____

H.       Nassau County Medical Center & John Doe Barris, M.D.
aka Robert Barris, M.D.
C/O Farley, Glockner & Halpern, PC
200 Old Country Road
Nassau County, Mineola, NY  11501
(516) 746-0232

SHORT FORM ORDER

# SUPREME COURT - STATE OF NEW YORK

PRESENT:  HON. R. BRUCE COZZENS, JR.
                                        Justice.

TRIAL/IAS PART 6
NASSAU COUNTY

In the Matter of the application of

ELLENA JEAN HARDY MIDDLETON,

                        Plaintiff/Petitioner(s),

For permission to Proceed as a Poor Person
in Proceeding/Action Pursuant to Article 11 of
the Civil Practice Law and Rules

INDEX#00525/2010

For Leave to Change her Name to

AXELIA JA'NEECE ELLENA HARDEY BOWMAN

The following papers read on this motion:

Petition..........................................................................................1

The petitioner's application to proceed as a poor person pursuant to CPLR 1101 is denied.

The petitioner, who seeks a name change, has an alternative remedy to statutory means for a name change. Therefore, the petitioner has failed to establish the name change petition is the only means by which to effectuate a name change (see *Matter of Ellerby*, 99 Misc.2d 691, 416 NYS2d 968).

Dated:      **JAN 2 9 2010**

_____
                                                        J.S.C.

I.     Mercy Medical Center & Khalid Chaundry, M.D.
       C/O Santiangelo & Slattery, M.D.
       1800 Northern Blvd.
       Nassau County, Roslyn, NY  11575
       (516) 775-2236

J.     New York State Department of Motor Vehicles
       400 Zeckendorf Blvd
       Nassau County, Garden City, NY  11530
       (718) 477-4820

K.    The People in the United States of America
       All 52 States in the United States
       United States Government of America
       (202)_____

L.   ELLENA HARDEY MIDDLETON
      NAME CHANGE ORDER
      INDEX NO.: 10-021416

      PREVIOUS DENIED INDEX NO.:
      10-000525  JAN. 29, 2010
      SEE ATTACHED

**II.  Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction.  Only two types of cases can be heard
in federal court: cases involving a federal question and cases involving diversity of
citizenship of the parties.  Under 28 U.S. C. § 1331, a case involving the United
States Constitution or federal laws or treaties is a federal question case.  Under 28
U.S. C. § 1332, a case in which a citizen of one state sues a citizen of another state
and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.  **What is the basis for federal court jurisdiction?:**

Diversity of Citizenship.

B.  N/A

C.  Plaintiff(s) state(s) of citizenship:  United States
Defendant(s) states of citizenship:  I will acknowledge the United States

**III.  Statement of Claim:**

A.  Where did the events giving rise to your claim(s) occur?

Nassau County.

B.  What date and approximate time did the events giving rise to your claim(s)
Occur?

Various dates and time period see the following list.

| | |
|---|---|
| MTA Long Island Bus Authority | April, 2002 |
| Dept of Social Services | May, 2001 |
| Freeport Library & Nassau Library System | Feb. 2007-08 |
| Hempstead Village & Hempstead Police | 2009-2010 |
| (all these defendants engaged at the same | |
| dates and time period) | |

C.  Facts:

For the civil lawsuits I sued the defendant's Department of Social Services and
MTA L.I. Bus Authority, the original complaint was stolen from the clerk's file
and a copy of one with changed information included in file.  I tried to retain my
file from the last attorney who had my personal injury suit from MTA and they
refuse to give me the file, so I am going by memory of data and dates pertaining
to these two defendant's.  The original complaint took place because Department
Social Service in 2001 had me falsely arrested for no reason stating I stole money

4

from the agency and this never occurred. I filed a complaint against this agency because of the fraud and they way they treated me and my grandchildren which was under my care and refuse to assist me under the Title 78 emergency act regarding the care of grandparents responsible for care of their family members or grandchildren, I had guardianship papers from Family Court. I had purchased a house in Pennsylvania at the time and was moving their to start fresh and because of the false arrest and forced to become homeless I lost my house and all monies pertaining to this house because I did not/could not the bank for the closing to let them know that I could not be present or change the date for a new time period because of this I lost everything, because I was held in jail for 1 month. I had to immediately contact my daughters to take their children back so that Dept Social Services could not take them and put them in foster care.

MTA Long Island Bus Authority was conspirators with the above defendants then and now in regard to hindering me and refusing to allow me to get all settlements that I was awarded. As I stated before they stole the original complaint, then as I proceeded to process more legal documents in the Supreme Court in Mineola, they stole and took those papers also, and somehow had the judge to dismiss my case. I continue to fight these negative forces and redid my papers again and won and still the clerks retaliated by giving my papers to defendant's who had no reason to have them or to retain them at any cost, and I never receive my papers in 2009. I have been putting in my papers faithfully and correctly in 2004, 2005, 2006, and then again 2009, each time I have been stalemated by these defendants and others in the court to keep me from receiving the documents back in the correct period of time. They have consistently cover-up or refuse to acknowledge the decision of my civil cases and to send me the correct documentation in regards to these lawsuits and this is still going on now.

In 2007 I fractured my right foot by a trip and fall at the Freeport Library rear entrance. I personally started the complaint suit and then retain lawyers later after I could not get around because of the cast on my foot. The lawyers that I retained all of them was very dishonorable and dishonest and I released them and took over my own case. They would not help me get disability, lost wages or any kind of monetary assistance, and with this my bills piled up, I could not take my self or my guardian like I wanted to. I was receiving treatment for my feet until the library cancel the insurance and stated I had to pay up front and if I win my civil suit be reimbursed, this was crazy since my insurance had lapsed and I had no other means at that time. **(See Exhibit "A")** I know I won this lawsuit as well and they covered it up and sent me fraudulent papers stating I lost, and up to date still fighting to expose these criminal acts on how they were using the court system to commit their illegal acts.

In 2009 I filed a complaint against all the defendant's Hempstead Village & Hempstead Police Department and all the other defendant's that were involved in this matter are all joiners that engaged in the conspiracy to violate my rights and other unethical controlling nature to violates individuals freedom. From the point

5

of the police department forcing me against my will four times into the mental ward for the apparent reason to the point of all the individuals conspiring together to force me to retain against my will in the mental ward and then forced to take medication that I did not need. The Mental Hygiene Legal Services lawyers were suppose to prevent such illegal methods of force and to protect patients rights, but this was not the case with the attorneys Danielle Vervisda, Esq. & Cathy Anastapoulos, Esq. they instead went along with this force intimidation method and outright stated if you did not go along you will lose and be forced to take the medication any way. Hempstead police was suppose to take me to the police station as they stated to book me on what charges I do not know, but it never occurred each time I was forced into the mental ward. When I refuse to take to medication voluntarily they the staff held me down and gave me forced injections. I made complaints constantly to the N.Y.S. Mental Health Board and the Department of Justice Mental Health regarding the abnormal practices that was hospital was engaged as well as its doctors and staff. I found out also individuals that came into the hospital for some unknown reason was using my name at the hospital and was getting medical and insurance under my name as well. I won these suits as well and they are still covering up, stalemating me and denying me access to the appropriate papers for settlement, they have lied and falsify information constantly in the courts in the behalf to illegally put in the system with false charges. The Clerks where my complaints are filed are door openers for all these defendant's to do their criminal acts and they assist them with these tactics and this why my papers are consistently denied are misplaced and my information given to sources which they should not retain or have any acknowledgment to my business in the courts without my permission. **(See Exhibit "B")**

These new defendant's N.Y.S. Department of Motor Vehicle and People of the United States of America are joiners in that they to utilize my personal information and committed heresy, criminal, thievery, fraud, deception and all and any kind of acts utilizing my information against my will and without my permission in any account. Department of Motor Vehicle have so many vehicles listed under my name I don't even try to account the number, I do know they are using my initials on these vehicles and that my licenses have been affected by these all defendant's driving these vehicles and they refuse to pay their fines and tickets. **(See Exhibit "C")** This has cost me serious problems in if I ever can get my license back or straighten out, I had so many suspensions on my license it would take for ever to get them off as well as summons and warrants. The people of the United States has cost me more hardship and pain then I can and could ever imagine. They have stolen committed fraud, lied and did so much dirt using my information it is unimaginable. They have stolen all and every kind of governmental money, people businesses, homes, savings fraud in the government contracts all using my information and implicating as if I was involve. They have listed me as selling drugs, prostitution and on drugs and the list goes on, all these defendants have cause me serious harm, defamation of my character and pain and suffering for their own greed and self natured selves. I wish to stop these illegal

6

acts against me and my life and wish to be paid for all that I had to endure at the hands of these evil beings and their own selfish meaning on why they destroyed my life.

**IV.**     **Injuries:**

To explain my injuries is something to really put forth in mere words for the injuries are not ones that you can see that one carries on the outside, but the injuries that was done to me and my life has been done over a period of time mentally, physically and psychologically.  So, I how can I explain my emotional level internal as well as external?  I can only state that it is something that one will never, ever get over or forget and will always feel the psychological effects in which the doctors at these hospital would love to get a hold of to use against me, that it will take a lot of time and patience with one's self to get over, for me my injuries at the hands of all these defendant's will never be over or ever heal.

They have taken my family from me, they have destroyed what my family structure was and meant to me, they have stolen my identity and used it against my will and constitutional rights and violated me in every possible way of demeaning manner to desecrate my statute and my life.  I have suffered serious injuries emotionally, mentally and psychologically from all these defendants and that also includes pain and suffering in which I had to endure from being forced and held against my will and made to do something against my will as if I had no rights to state or say **"NO"!!**  I had to endure financial loss, living from place to place because my house stolen from me and the one I lost, I refused financial assistance from certain government agencies because others were stealing and made it clear I was not entitled or would get unless I succumb to their evilness, manipulation or control.  So, to explain my injuries would be very hard to do but, I can be blessed by the courts system to give me the justice that I surely should have been had by awarding me the judgment that I seek in this complaint. Money can never take away the pain and suffering or what one had to endure, but it can replace some of the poverty and lack to give one the right to a decent life.  I am asking the Court for an **EXPEDITED DECISION** in this matter

**V.**     **Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

I am asking and seeking the Court to grant plaintiff full and total compensation in which plaintiff seek in this action as well to ask the court for the injunction against all defendants from hindering plaintiff from putting any court papers in the court or plaintiffs court papers disappearing from the court.  As stated in all previous statements these defendants have committed serious criminal acts

against plaintiff and has broken all of her civil, constitutional rights in all areas and utilize such information that was that was stolen from plaintiff and had no right to use such information for their criminal activity to be awarded the sum and monetary compensation with interest and fees thereof from all the previous filed civil complaint cases  in the amount of $700,000,000.00.

**WHEREFORE,** I respectfully request that the Court grant the within relief as well as

such and further relief that maybe just and proper.

**I declare under penalty of perjury that the foregoing is true and correct.**


Signed 24ᵗʰ day of December , 2010

Signature of plaintiff

**Mailing Address:**                    **123 West Columbia Street**
                                        **Apt. 208**
                                        **Hempstead, New York 11550**


**Telephone Number**                    **(516) 833-5528 (contact number)**
                                        **(516) 279-0037 (cell number)**


**Note:**  All plaintiffs named in the above caption of the complaint must date and sign the complaint.  Prisoners must also provide their inmate numbers, present place of confinement, and address.

8

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NASSAU
----------------------------------------------------------X
ELLENA HARDY MIDDLETON,

Plaintiff(s),

-against-

FREEPORT MEMORIAL LIBRARY and NASSAU
LIBRARY SYSTEM,

Defendant(s),
----------------------------------------------------------X

**SUMMONS**
Index # 7358/08
Date Purchased: 4/22/08

Plaintiff(s) designate(s)
**NASSAU**

County as the place of trial

The basis of the venue
Location of Accident

To the above named Defendant(s)

       You are hereby summoned to answer the complaint in this action and to serve
a copy of your answer, or, if the complaint is not served with this summons, to serve a notice
of appearance, on the Plaintiff's Attorney(s) within   30   days after the service of this
summons, exclusive of the day of service (or within 30 days after the service is complete if this
summons its not personally delivered to you within the State of New York); and in case of your
failure to appear or answer, judgment will be taken against you by default for the relief
demanded in the complaint.

Dated: April 21, 2008

LLOYD F. GOLDSTEIN, ESQ.
Attorney for Plaintiff(s)
30 Vesey Street, 2nd Floor
New York, New York 10007
(212) 871-0821

Defendant's address:

FREEPORT MEMORIAL LIBRARY
144 West Merrick Road
Freeport, NY 11520

NASSAU LIBRARY SYSTEM
900 Jerusalem Avenue
Uniondale, NY 11553

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NASSAU
-------------------------------------------------------------X
ELLENA HARDY MIDDLETON,

                                         Plaintiff,                          **VERIFIED**
       -against-                                            **COMPLAINT**

FREEPORT MEMORIAL LIBRARY and NASSAU
LIBRARY SYSTEM,

                                       Defendants.
-------------------------------------------------------------X

       The plaintiff, above named, complaining of the defendant by her

attorney, LLOYD F. GOLDSTEIN, ESQ., as and for her Verified Complaint,

respectfully alleges as follows:

       1.     That at all times hereinafter mentioned, the plaintiff, ELLENA

HARDY MIDDLETON, resided and continues to reside at 260 Clinton Street,

Hempstead, New York.

       2.     That at all times hereinafter mentioned, the defendant,

FREEPORT MEMORIAL LIBRARY ("FREEPORT"), was and still is a

municipal corporation duly organized and existing under and by virtues of the

laws of the State of New York.

       3.     That at all times hereinafter mentioned, the defendant,

"FREEPORT", was and still is a domestic corporation duly organized and

existing under and by virtue of the laws of the State of New York.

       4.     That at all times hereinafter mentioned, the defendant, NASSAU

LIBRARY SYSTEM ("NASSAU"), was and still is a municipal corporation duly

organized and existing under and by virtue of the laws of the State of New York.

     5.     That at all times hereinafter mentioned, the defendant, "NASSAU", was and still is a domestic corporation duly organized and existing under and by virtue of the laws of the State of New York.

     6.     That on or about the 11th day of May, 2007, the plaintiff caused a Notice of Claim and Intention to Sue to be served upon the municipal defendant(s), and that said notice was served within ninety (90) days of the date of the occurrence herein.

     7.     That more than thirty (30) days have elapsed since the presentation of said claim and that said claim remains unadjusted and the defendant(s) has wholly refused, failed and/or neglected to make any adjustments of same.

     8.     That an oral examination hearing was requested and held of the plaintiff on April 18, 2008.

     9.     That this action is being commenced within one (1) year and ninety (90) days of the date of the occurrence herein.

     10.     That at all times hereinafter mentioned, the defendant, "FREEPORT", owned property/premises known as Freeport Memorial Library located at 144 West Merrick Road, Freeport, New York.

     11.     That at all times hereinafter mentioned, the defendant,

"FREEPORT", owned property/premises known as Freeport Memorial Library located at 144 West Merrick Road, Freeport, New York, more specifically the rear entrance of said property/premises.

12. That at all times hereinafter mentioned, the defendant, "NASSAU", owned property/premises known as Freeport Memorial Library located at 144 West Merrick Road, Freeport, New York.

13. That at all times hereinafter mentioned, the defendant, "NASSAU" owned property/premises known as Freeport Memorial Library located at 144 West Merrick Road, Freeport, New York; more specifically the rear entrance of said property/premises.

14. That at all times hereinafter mentioned, the defendant, "FREEPORT" leased property/premises known as Freeport Memorial Library located at 144 West Merrick Road, Freeport, New York.

15. That at all times hereinafter mentioned, the defendant, "FREEPORT", leased property/premises known as Freeport Memorial Library located at 144 West Merrick Road, Freeport, New York, including the rear entrance of said property/premises.

16. That at all times hereinafter mentioned, the defendant, "NASSAU", leased property/premises known as Freeport Memorial Library located at 144 West Merrick Road, Freeport, New York.

17. That at all times hereinafter mentioned, the defendant,

"NASSAU", leased property/premises known as Freeport Memorial Library located at 144 Merrick Road, Freeport, New York, including the rear entrance of said property/premises.

18.    That at all times hereinafter mentioned, the defendant, "FREEPORT", by its agents, servants and/or employees, operated the aforesaid property/premises.

19.    That at all times hereinafter mentioned, the defendant, "FREEPORT", by its agents, servants and/or employees, operated the aforesaid property/premises, most specifically the rear entrance area of said property/premises.

20.    That at all times hereinafter mentioned, the defendant, "NASSAU", by its agents, servants and/or employees, operated the aforesaid property/premises.

21.    That at all times hereinafter mentioned, the defendant, "NASSAU", by its agents, servants and/or employees, operated the aforesaid property/premises; most specifically the rear entrance area of said property/premises.

22.    That at all times hereinafter mentioned, the defendant, "FREEPORT", by its agents, servants and/or employees, controlled the aforesaid property/premises.

23.    That at all times hereinafter mentioned, the defendant,

"FREEPORT", by its agents, servants and/or employees, controlled the

aforesaid property/premises; most specifically the rear entrance area of said

property/premises.

24. That at all times hereinafter mentioned, the defendant,

"NASSAU", by its agents, servants and/or employees, controlled the

aforesaid property/premises.

25. That at all times hereinafter mentioned, the defendant,

"NASSAU", by its agents, servants and/or employees, controlled the

aforesaid property/premises; most specifically the rear entrance area of said

property/premises.

26. That at all times hereinafter mentioned, the defendant,

"FREEPORT" by its agents, servants and/or employees, managed and

maintained the aforesaid property/premises..

27. That at all times hereinafter mentioned, the defendant,

"FREEPORT", by its agents, servants and/or employees, managed and

maintained the aforesaid property/premises; most specifically the rear

entrance area of said property/premises.

28. That at all times hereinafter mentioned, the defendant,

"NASSAU", by its agents, servants and/or employees, managed and

maintained the aforesaid property/premises.

29. That at all times hereinafter mentioned, the defendant,

"NASSAU", by its agents, servants and/or employees, managed and maintained the aforesaid property/premises; most specifically the rear entrance area of said property/premises.

30.     That at all times hereinafter mentioned, the defendant, "FREEPORT" by its agents, servants and/or employees, supervised the aforesaid property/premises.

31.     That at all times hereinafter mentioned, the defendant, "FREEPORT", by its agents, servants and/or employees, supervised the aforesaid property/premises; most specifically the rear entrance area of said property/premises.

32.     That at all times hereinafter mentioned, the defendant, "NASSAU", by its agents, servants and/or employees, supervised the aforesaid property/premises.

33.     That at all times hereinafter mentioned, the defendant, "NASSAU", by its agents, servants and/or employees, supervised the aforesaid property/premises; most specifically the rear entrance area of said property/premises.

34.     That at all times hereinafter mentioned, the defendant, "FREEPORT, by its agents, servants and employees, inspected and repaired the aforesaid property/premises.

35.     That at all times hereinafter mentioned, the defendant,

"FREEPORT", by its agents, servants and/or employees, inspected and repaired the aforesaid property/premises; most specifically the rear entrance area of said property/premises

36. That at all times hereinafter mentioned, the defendant, "NASSAU", by its agents, servants and/or employees, inspected and repaired the aforesaid property/premises.

37. That at all times hereinafter mentioned, the defendant, "NASSAU", by its agents, servants and/or employees, inspected and repaired the aforesaid property/premises; most specifically the rear entrance area of said property premises.

38. That on or about the 13rd day February, 2007, the plaintiff, ELLENA HARDY MIDDLETON, while lawfully walking at/near the rear entrance of the aforesaid property/premises, was caused to trip and fall on a dangerous, defective and/or hidden condition existing at/near the rear entrance area of the aforesaid property/premises.

39. That said occurrence was due solely and wholly to the negligence, carelessness and recklessness of the defendant(s), their agents, servants and/or employees, in ownership, operation, control, management, maintenance, repair, inspection and/or supervision of the aforesaid property/premises, and without any fault or lack of care on the part of the plaintiff contributing thereto.

40. That the rear entrance area of the property/premises involved herein constituted a public and private nuisance, and a trap and dangerous condition for the unaware, and most particularly for the plaintiff herein.

41. That as a result thereof, the plaintiff, ELLENA HARDY MIDDLETON, was caused to sustain serious and permanent injuries, a severe shock to her nervous system and certain internal injuries and has been caused to suffer severe physical and mental anguish as a result thereof. Upon information and belief the aforesaid injuries are of a permanent and lasting nature; plaintiff was caused to undergo medical care and attention and has otherwise been damaged in a sum greater than the jurisdictional limits of all lower courts.

WHEREFORE, plaintiff, ELLENA HARDY MIDDLETON, demands judgement against the defendant(s) in a sum greater than the jurisdictional limits of all lower Courts, together with costs and disbursements of this action.

Dated: New York, New York
      April  21, 2008

LLOYD F. GOLDSTEIN, ESQ.
Attorney for Plaintiff
30 Vesey Street, 2nd Floor
New York, New York, 10007
(212) 871-0821

STATE OF NEW YORK

COUNTY OF NEW YORK

The undersigned, an attorney admitted to practice in the Courts of the

State of New York, hereby affirms the following as true under the penalties of

perjury:

That this affiant is the attorney of record for the named plaintiff in the

within action and that this Affiant has read the foregoing SUMMONS AND

VERIFIED COMPLAINT and knows the contents thereof, that the same is

true to affiant's knowledge, except as to the matters therein stated to be

alleged on information and belief, and that those matters affiant believes to

be true.  Affiant further says that the reason this Affirmation is made by affiant

and not the plaintiff(s) herein is due to the fact that the plaintiff(s) reside

outside the County where this office is located.

The grounds of affiant's belief as to all matters not stated upon

affiant's knowledge are as follows:

information in file, conversation with clients and investigation.

Dated: New York, New York
        April 21, 2008

LLOYD F. GOLDSTEIN, ESQ.

PAGE 11    Case 2:10-cv-06057-JFB-ETB    Document 1-2    Filed 12/30/10    Page 20 of 50 PageID #: 21    DAVE OPATOW    05/23/2008 15:33 3793829

=== NOTICE OF ENTRY ===

PLEASE take notice that the within is a (*certified*) true copy of a duly entered in the office of the clerk of the within named court on

Dated,

Yours, etc.

**LLOYD F. GOLDSTEIN, ESQ.**

*Attorney for*

*Office and Post Office Address*
30 VESEY ST
NEW YORK, N.Y. 10007

To

Attorney(s) for

=== NOTICE OF SETTLEMENT ===

PLEASE take notice that an order of which the within is a true copy will be presented for settlement to the Hon.

one of the judges of the within named Court, at

Dated,                        M.

Yours, etc.

**LLOYD F. GOLDSTEIN, ESQ.**

*Attorney for*

*Office and Post Office Address*
30 VESEY ST
NEW YORK, N.Y. 10007

To

Attorney(s) for

---

Index No.                        Year

<u>SUPREME COURT : NASSAU COUNTY</u>

ELLENA HARDY MIDDLETON,

                        Plaintiff,

                -against-

FREEPORT MEMORIAL LIBRARY and
NASSAU LIBRARY SYSTEM,

                Defendants.

---

SUMMON AND VERIFIED COMPLAINT

Signature (Rule 130-1.1-a)

Print name beneath

---

**LLOYD F. GOLDSTEIN, ESQ.**

*Attorney for*   Plaintiff

*Office and Post Office Address, Telephone*
30 VESEY ST
NEW YORK, N.Y. 10007
(212) 871-0821

---

To

Attorney(s) for

Service of a copy of the within is hereby admitted.
Dated,

..........................................

Attorney(s) for

1500 - Blumberg Excelsior Inc. NYC 10013

"Exhibit A"

# "EXHIBITS"

**A.**   **VERIFIED BILL OF PARTICULARS**
**B.**   **GUARDIANSHIP PAPERS; 2006/07 TAXES; COPY POLICE REPORT**
**C.**   **DR. KIM BERLIN; ISLAND SOUTH PHYSICAL MEDICINE & REHAB**
**D.**   **NASSAU COUNTY MEDICAL CENTER REPORT**
**E.**   **WINTHROP UNIVERSITY HOSPITAL REPORT**

15-5792
JUL 22 2009

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NASSAU
------------------------------------------------------------------X
ELLENA HARDY MIDDLETON,                                    Index No.:
                                                           07-08-7358
                                    Plaintiff,

                    -against-                               **VERIFIED BILL**
                                                           **PARTICULARS**


FREEPORT MEMORIAL LIBRARY and
NASSAU LIBRARY SYSTEM
------------------------------------------------------------------X

P L A I N T I F F :

        **PLEASE TAKE NOTICE** that the above plaintiff, under forma pauperis, self representation pro

se in this case hereby, is answering the following demand for Verified Bill of Particulars as requested,

setting forth the following:

        1.      The date and time of day of the alleged occurrences:

        The date of alleged occurrence happened on February 13, 2007.
        Approximate time of day is around 2-3 p.m. in the afternoon which was still light outside.

        2.      With respect to the location where alleged occurrence took place, state:

        a.      the address of the premises:  100 West Merrick Road,
                Freeport, New York 11520.
        b.      the location where the occurrence took place nearly as
                may be stated, as permitted identification and location:
                100 West Merrick Road, Freeport, New York 11520 , at
                the rear entrance to the library.
        c.      location of the claim:  Ground floor or first floor entrance.
        d.      the location thereof and identification/distance where incident occurred.
                Ground floor where forth fixed objects was a few 1-2 feet from entrance into
                library.
        e.      location within premises of involved equipment, describe in detail for ready
                idientification:
                Equipment involved was embedded lights into cement level of main floor
                entrance into library, with pole lights
                surrounding same about 2-3 feet in diameter from ground.
        f.      Not applicable.

PH. Exh____A____for Id.
Deft. 9 |17|09   P.S.

5.    NOT APPLICABLE.

6.    NOT APPLICABLE.

7.    If strict liability is claimed against the answering defendant, state:

a.    the nature and basis of same;
       Yes.  I claimed that defendant was negligence in all cause
       of action.
b.    the manner in which the answering defendant is strictly
       liable.
       Because defendant and acknowledge that said defective object and its location
       presented a serious endangerment and did not rectify or correct same.

8.    NOT APPLICABLE.

9.    NOT APPLICABLE.

10.   If res ipsa loquitor is claimed against the answering defendant, state the nature
       and basis of same.

I claim that rebuttable presumptionor inference that defendant was negligent, which
arises upon proof that instrumentality causing injury was in defendant's exclusive
control, and that the accident/injury was one which ordinarily does not happen in
absence of negligence, evidence whereby negligence of alleged wrongdoer may be
inferred from mere fact that accident/injury, circumstances attending it lead reasonably
to belief that in absence of negligence it would not have occurred and that thing which
caused injury is shown to have been under management and control of alleged
wrongdoer.  Hillen v. Hooker Const. Co., Tex.Civ.App., 484 S.W.2d 113, 115.  Under
this doctrine, when a thing which causes injury, without fault of injured person, is shown
to be under exclusive control of defendant.

I also bring charges under CLS Penal § 215.40 & 215.40(2) *Tampering with physical
evidence* which is explain as "physical evidence" any article, object, document, record
or other thing of physical substance which is or is about to be produced or used as
evidence in an official proceeding.  Believing that certain physical evidence is about to
be produced or used in an official proceeding or a prospective official proceeding, and
intending to prevent such production or use, he suppresses it by any act of
concealment, alteration or destruction, or by employing force, intimidation or deception
against any person.  People v. Botshon (1987, 4th Dept) 135 App Div 2d 1107, 523
NYS2d 293, and (1988) 73 NY2d 732, 535 NYS2d 592 532 NE2d 98.  People v. Sandy
(1997, 1st Dept) 236 App Div 2d 104, 666 NYS2d 565 app den (1998) 91 NY2d 977, 672
NYS2d 856, 695 NE2d 725.

3

11.    If it is claimed that the answering defendant violated any law, ordinance, regulation, rule or statute, specify the title, chapter and section of law, ordinance, regulation, rule or statute which it is alleged that the answering defendant violated:

Yes it is alleged that defendant did obstruct justice and did violate the law when they tampered with the evidence and conspiracy to conceal the evidence of the personal injury and statute of law.  .Defendant in their cover-up kept plaintiff from getting the necessary medical treatment and therapy as needed for injury. So plaintiff had to endure pain and suffering for months until injury slowly healed, and now has the prospect of arthritis setting in permanently and continued swelling and pain.  I base my findings of this deception under CPLR § 10(b) (15 USCS § 78j (b) 10b-5 (17 CFR § 240.10b-5).

12.    Set forth each and every injury and/or condition alleged sustained by each

plaintiff of  the said occurrences indicating:

a.    its nature, extent, location and duration;
      injury sustained by slip and fall, from embedded object at defendants location in Freeport, rear entrance and duration of injury was for 5 months.
b.    complete description of any injury and/or condition claimed to be residual or permanent; and
c.    the name and address of each physician, dentist, other medical practitioner treating or examination of plaintiff; the date of each visit; and, whether treatment has ceased or is continuing.  (SEE ATTACHED EXHIBITS)

Fracture of the right metatarsal with torn ligaments, which continued for 5 months, cast and crutches for assistance.
Winthrop Hospital Emergency room 2/13/07
Island South Physical Medicine & Rehabilitation, P.C.
2570 Merrick Rd., Bellmore, NY  11710
Dr. Kim J. Berlin, 830 Atlantic Ave, Baldwin Harbor NY 11510
Swanger-Pesiri Radiology-MRI Examinations

Injury of right foot continues, since plaintiff did not get proper therapy treatment as required and needed, had no insurance and in some occurrences was kept from seeing the appropriate doctors.  Injury of plaintiffs' foot continues to swell and numbness at times of toes and pain persists up plaintiffs' leg, so it must be kept elevated.

13.   Give the length of time and specific dates it is claimed that plaintiff was confined

By reasons of the alleged injuries

a.   to bed:  every day with brief moments with assistance from family
members to go to other parts of the house

b.   length of stay was 5 months in the house since my daughter had steps going
up to her apartment which was difficult for me to go up and down, and was
assisted as needed to car/cab when I had to go to the doctor

c.   NOT APPLICABLE.

14.   State with respect to plaintiff:

a.   plaintiff place and date of birth and social security number. If plaintiff is a married
woman, state maiden name;

Born in Columbia, S.C.  Date of Birth:          .          .  Social Security
Number:          .          Was Married under Ellena Middleton.  Now Divorced
and maiden name is; Ellena A. Hardy.

b.   plaintiff's occupation at the time of the occurrence with a description of plaintiff's
duties;
Was employed at Barrons Pharmaceutical, Columbia S.C. and my duties were
that Specimen Processor Operator, and my duties were processing specimens,
labeling specimens and it consists of a lot of walking and processing of
specimens to be sent out for lab work , I worked nights.

c.   Barrons Pharmaceutical, Columbia S.C. 29203

d.   Weekly earnings were: $550.00 week, I was on leave temporarily to take of
business in New York.  Because I was not able to return as expected to my
position, I was asked to resigned.

e.   NOT APPLICABLE.

f.   NOT APPLICABLE.

g.   NOT APPLICABLE.

15.   Set forth the total amounts claimed to have been spent or incurred by or on

behalf of the plaintiff (bills to be presented):

a.   hospital, clinic or other medical institution expenses;

b.   x-rays;

c.   physicians' services;

d.   nurses' services;

e.   medical supplies;

f.   loss of earnings and basis of computation thereof;

g.   amount and nature (describing in detail) of any other special damages claimed.

5

I cannot give account of how much is owed to any of the above entities, but will give you medical release form to retain such information.  Since I could not pay on my own, because I had no financial assistance coming in any longer and my medical insurance was terminated because I could not pay my premium.  I never receive any disability or financial aid from your defendants, I had to utilize the claim number given me by defendant insurance company.  The injury kept me from having in financial assistance to take care of myself and guardian at the time who was 16 years of age, and I was not able and never receive any assistance from defendant for any financial support.

16.     Pursuant to Rule 3118 of the Civil Practice Law & Rules, a demand is hereby

made that you furnish the undersigned with a verified statement setting forth the post

office address and residence of plaintiff indicating the street and number as well as the

city and state.

The plaintiff Ellena Hardy Middleton hereby furnish the request and such information as

requested by this Verified statement.  The P.O. box of plaintiff is P.O. Box 2176, 260 Cli

nton Street, Hempstead, N.Y.  11551.


**PLEASE TAKE FURTHER NOTICE** that plaintiff is in response to all actions and do have the

knowledge of all events that occurred and so is state.

    **PLEASE TAKE FURTHER NOTICE** So noted.

    **PLEASE TAKE FURTHER NOTICE** that the plaintiff henceforth, is answering the

following Demand of Bill Particulars, with the requested Verified Bill of Particulars, within the

time period required and will answer any motions and Orders leading up to the event there

should be a trial.

6

Dated:  Hempstead, New York
       July 16, 2009

Yours, etc.

ELLENA HARDY MIDDLETON,
PRO SE, PLAINTIFF
P.O. Box 2176
Hempstead, New York  11550
(516) 538-1618
Claim No. 1021587

TO:    MICHAEL J. PENDER, ESQ.
       HAMMILL, O'BRIEN, CROUTIER
       DEMPSEY, & PENDER, P.C.
       Attorneys for Defendant
       FREEPORT MEMORIAL LIBRARY
       6851 Jericho Turnpike, Suite 250
       Syosset, New York  11791
       (516) 746-0707
       Your File No. : 15-1/2-5792N

7

At a Term of the Family Court of the
State of New York, held in the
County of Nassau at 1200 Old Country
Road, Westbury, New York, on the ___
day of July, 1993.

P R E S E N T :

HONORABLE JEROME MEDOWAR,
                                Judge

FAMILY COURT OF THE STATE OF NEW YORK
COUNTY OF NASSAU
----------------------------------------X
In the Matter of a Proceeding for
Custody under Article 6 of the
Family Court Act.

ELLENA MIDDLETON,                              **FINAL ORDER OF
                                                 CUSTODY**

                    Petitioner,

            -against-
                                        Index No.:  V-171-93
JEWEL HARDY and
REGINAL MAYS,

                    Respondents.

----------------------------------------X

        The  above  named  petitioner,  ELLENA  MIDDLETON,  having

moved this court by Order to Show Cause, dated January 26, 1993 for

an Order of Custody of the infant child, KAISEAN MAYS, born

                    and

        The matter having come on to be heard on June 29, 1993,

and the petitioner having been present without an attorney, and the

respondent, Jewel Hardy having been present with counsel, and the

respondent, Reginal Mays having failed to appear in this action,

and the Law Guardian, Courtney C. Voses, Esq., having appeared for

the child, and good cause having been shown, it is hereby

ORDERED, that on consent of the parties, that joint legal and physical custody of the infant child, KAISEAN, is granted to the petitioner, ELLENA MIDDLETON and to the respondent, Jewel Hardy, and it is further

ORDERED, that the legal rights of the respondent, Reginal Mays are preserved without prejudice.

E N T E R E D,

FAMILY COURT-NASSAU COUNTY

ENTERED 8/31/93

CLERK JJ

*County clerk ✓*
*Resps atty ✓*

HONORABLE JEROME EDGWAR

FAMILY COURT OF THE
STATE OF NEW YORK ss:
COUNTY OF NASSAU
I, Rosalie Fitzgerald Clerk of the Family Court of the
State of New York, Nassau County, do hereby certify, that I have compared
the foregoing document with the original thereof filed in this Court and
that the same is a true and complete copy of such original.
IN WITNESS WHEREOF, I have hereunto set my hand as an affixed
the seal of said Court this date.

11·12·09

*Rosalie Fitzgerald*
Clerk

5-11-07 AP

DR. KIM BERLIN

5-11-07

This _____ y/o female presents with c/o of painful Right foot
after fall outside Freeport Library on 3/13/07. Pt states she
injured her (R) knee and (R) foot. Previously treated for knee for which
has resolved but still has foot pain — feels top of foot correct, at
Ace wrap has failed to relieve pain. Pt reports only was
Ace wrap — no shoes. Pt reports numbness in digit 3,4,5 variable mu 1,2 digits

OM/PT: 7/3 P/2   TU: (R) foot warm to touch   CFT: 1 Frep/on (R)

(+) edema in (R) foot in mid foot region extending distally to
toes notes mild pitting
(+) hyperpigmentation in forefoot

(+) Pain on palpation of (R) forefoot @ base of 1st met along
shaft and dorsum of foot + plantar aspect of foot
notes pain on range of digits 1-5
active range of digits 1+2
Steri in digit 3,4,5 (R) foot

Rays: AP, lat, MO (R) foot: (+) accessory bone (R) medial cuboid
notes well corticated borders

A/P) Sprain (R) foot
R/O RSD

#1   Apply unna boot to (R) foot
Signal she

#2   Rx: Custom — Orthotics to (R) foot

#3   Recal this with Medicaid — Gives info
Re: Dr. Levy — Medicaid
Plus next available appt

Plus with Medicare Mongrify.

Case 1:15-cv-03679-BMC-LB   Document 62-1   Filed 01/30/17   Page 70 of 96 PageID #: 1315

Nassau Health Care Corporation
2201 Hempstead Turnpike, East Meadow, New York, 11554
**Patient Results Report - Sorted by Order Type**

X-Ray results - Performed from 01-Feb-2008 to 27-Jan-2010

| | | | |
|---|---|---|---|
| **HARDEY, ELLENA** | | 1  F | **DOB:** |
| 260 CLINTON STREET / APT 104 / HEMPSTEAD / New York / 11550 | | | |
| 307969H / 4761780X0912230926 | **CLS** | **Ortho-Fracture Clinic** | ( ) |

**Diagnostic Imaging**

27-Feb-2008 00:54       Foot 3 Views Right                        1 or more Final Results
                                                                                                                                 Received
Exam Report                           ᵐᵢ                                                        Final        Updated

Nassau Health Care Corporation
NASSAU UNIVERSITY MEDICAL CENTER
2201 Hempstead Turnpike East Meadow, NY 11554
(516) 572-6635
Department of Radiology
Final

---

Patient:HARDEY,ELLENA              / F    MRN:307969H
Loc:ER MED                      DOB:(
Dr:SCALISI, JOSEPH              Date of Exam:02/27/2008
Order #:  CR12423-08 FOOT 3 VIEWS RIGHT
The undersigned attending reviewed and agreed with the interpretation.
============================================================

RIGHT FOOT:  AP, lateral, oblique

There is no evidence of acute fracture or dislocation noted.  There
is an old fracture deformity of the right fifth proximal phalanx.

IMPRESSION: No acute fracture or dislocation.
Healed 5th proximal phalanx fracture.

Dictated on: 02/27/2008 00:58:48
Reviewed by: TSAI, LOUIS
Dictated by: DRAVES, KATHRYN

**17-Dec-2009 16:37       Knee 3 Views Right**                        1 or more Final Results
                                                                                                                                 Received
Exam Report                                                                                  Final        Updated

Nassau Health Care Corporation
NASSAU UNIVERSITY MEDICAL CENTER
2201 Hempstead Turnpike East Meadow, NY 11554
(516) 572-6635
Department of Radiology
Final

---

Patient:HARDEY,ELLENA            54Y F    MRN:307969H
Loc:ER ADU                      DOB:
Dr:SCALISI, JOSEPH              Date of Exam:12/17/2009
Order #:  CR77794-09 KNEE 3 VIEWS RIGHT
The undersigned attending reviewed and agreed with the interpretation.

---

| | | |
|---|---|---|
| **Printed by: Davis, Sherryl (Med Rec Clerk)** | | **Printed from: cor/micro/lit2** |
| 27-Jan-10 14:11 | **End of Report** | **Page 1 of 2** |

Case 1:15-cv-03679-BMC-LB   Document 62-1   Filed 01/30/17   Page 71 of 96 PageID #: 1316
Case 2:10-cv-06057-JFB-ETB   Document 35-1   Filed 11/30/11   Page 32 of 50 PageID #: 34

Nassaut Health Care Corporar
2201 Hempstead Turnpike, East Meadow, New York, 11554

**Patient Results Report - Sorted by Order Type**

X-Ray results - Performed from 01-Feb-2008 to 27-Jan-2010

| | | | | | |
|---|---|---|---|---|---|
| **HARDEY, ELLENA** | | | | **1  F** | **DOB:** |
| **260 CLINTON STREET / APT 104 / HEMPSTEAD / New York / 11550** | | | | | |
| **307969H / 4761780X0912230926** | **CLS** | **Ortho-Fracture Clinic** | | | **(  )** |
| **17-Dec-2009 16:37     Knee 3 Views Right** | | | *(cont.)* | **1 or more Final Results** | |
| | | | | **Received** | |

====================================================================

RIGHT KNEE:  AP, lateral, oblique

CLINICAL INFORMATION: "pain in knee for one year"

COMPARISON: None available

FINDINGS:

There is no evidence of acute fracture or dislocation.  There is
minimal medial joint space narrowing, with tibial spine  spurring.
Ossific density inferior to the patella may represent tendon
calcification, however clinical correlation is suggested to rule out
point tenderness.

IMPRESSION:
Lateral view is suboptimal.
Ossific density inferior to the patella may represent tendon
calcification, however clinical correlation is suggested to rule out
point tenderness.
No definite acute fracture or dislocation.
Minimal degenerative changes of the knee, as above.


Dictated on: 12/17/2009 17:06:54
Reviewed by: LEUNG, KEVIN
Dictated by: ROSEN, JOEL

**Nassau Health Care Corporation**

2201 Hempstead Turnpike, East Meadow, New York, 11554

**Patient Results Report - Sorted by Order Type**

Temporarily Selected results - Performed since 13-Jul-2006

**MIDDLETON, ELLENA**                                                    1 F        DOB:

HOMELESS / HOMELESS / New York / 11554

307969H / 3887975X0703191122          **DSC**      **ER-ER Surgical**          Spadaro, Mark ( 07238 )

Diagnostic Imaging

27-Feb-2008 00:54      **Foot 3 Views Right**                              **1 or more Final Results**
                                                                          **Received**

Exam Report                          in                                   Final      Updated

Nassau Health Care Corporation
NASSAU UNIVERSITY MEDICAL CENTER
2201 Hempstead Turnpike East Meadow, NY 11554
(516) 572-6635
Department of Radiology
Final

---

Patient:HARDEY,ELLENA        Y F   MRN:307969H
Loc:ER MED              DOB:
Dr:SCALISI, JOSEPH           Date of Exam:02/27/2008
Order #:  CR12423-08 FOOT 3 VIEWS RIGHT
The undersigned attending reviewed and agreed with the interpretation.
================================================================

RIGHT FOOT:  AP, lateral, oblique

There is a transverse fracture at the base of the fifth metatarsal.  The visualized structures otherwise appear unremarkable.

Dr. Bagdonas was made aware of these findings.


MC/tm


TLM                                      **MARK H CHOI, MD**

**JOHN H KRUMENACKER JR., MD**

KRUMENACKER JR., MD                  **Approved by:  JOHN H**

# RECEIPT

Nizarali Visram, MD
2570 Merrick Rd.
Bellmore, NY  11710

Phone: (516) 221-6800

Lic. No.: 221220

NPI No.: 1548312051

| | |
|---|---|
| **Date:** | 07/15/2009 |
| **Account No:** | 01071 |

**RECEIPT FOR:**     ELLENA MIDDELTON (All)

**DIAGNOSIS:**

1.  924.11 Knee contusion
2.  845.00 Ankle sprain/strain
3.  824.8 Ankle fracture

| DATE | SERVICES PERFORMED | CHARGES | PAYMENTS | ADJ. |
|---|---|---|---|---|
| 02/19/2007 | | | | |
| 03/08/2007 | | | | |

**Doctor's Signature:** _____



2345 - No answer

**NASSAU UNIVERSITY MEDICAL CENTER**
**EMERGENCY DEPARTMENT**
**TRIAGE ASSESSMENT SHEET**

MR 307969 H   SER  4168622
HARDEY, ELLENA
NERAEC                    F
        PR    B   SLF
   EST  307969
9-30-55               Addressograph

ED ☑   CALL BACK ☐   FOLLOW-UP ☐   SUT REM ☐

ED ARRIVAL TIME **0010** DATE **2/27/08** TRIAGE TIME **0010** MODE OF ARRIVAL:  AMBULATORY ☑ / WHEELCHAIR ☐ / AMBULANCE ☐ / HELICOPTER ☐ / OTHER ☐   Accompanied by _____

NAME **HARDEY   ELLENA** AGE **52** SEX F ☑ M ☐

VITAL SIGNS: T **98.8** P **80** R **18** BP **149/85** PaO2 ___ WEIGHT: ___

ALLERGIES: PT. DENIES ☐ / YES: _____   LATEX: YES ☐ NO ☑   ALLERGY BAND ☐

Triage Note: Complaining of increasing pain / swelling right foot

PREHOSPITAL CARE:  NONE ☐  OTHER: _____

PAIN: PT. DENIES ☐ YES ☑ LOCATION **right foot** DURATION **Chronic** PAIN SCALE: 1-10 **8/10**

SHARP ☐ DULL ☐ ACHE ☐ PRESSURE ☐ CRAMPY ☐ CONSTANT ☐ INTERMITTENT ☐ RADIATES TO _____
                                                              RELIEVED BY _____

PRIOR MEDICAL HISTORY: PT DENIES ☐ CARDIAC ☐ DIABETES ☐ CVA ☐ HYPERTENSION ☐ ASTHMA ☐ SEIZURES ☐ TB ☐

VISUALLY IMPAIRED/BLIND ☐ HEARING DEFICIT/DEAF ☐ SUBSTANCE ABUSE ☐ OTHER ☑ **Fx Right foot 2007**

PRESENT MEDICATIONS: (Prescription/OTC/Homeopathic) **Vit**

GYNECOLOGY:  PREGNANT: PT DENIES ☑ YES ☐ LMP **2/15/08** _____ VAGINAL BLEEDING ☐

DOES PATIENT HAVE AN ADVANCE DIRECTIVE? (Adult) YES(+) ☐ NO(-) ☑

TETANUS UTD: YES ☐ NO ☐ N/A ☑

PEDIATRICS: Immunization Complete:  YES ☐ NO ☐  Head Circumference YES ☐ _____ NO ☐ N/A ☐
            Screen for Abuse Indicated:  YES ☐ NO ☐ N/A ☐

SCREEN FOR DOMESTIC VIOLENCE / ELDER ABUSE AND ELDER NEGLECT: YES ☑ NO ☐ N/A ☐       adult

MENTAL STATUS:      Awake, alert, oriented x3 ☑      Awake, oriented _____
                    Responds to verbal stimuli ☐ Responds to painful stimuli ☐ Unresponsive ☐

BEHAVIOR:           Cooperative ☑ Calm ☐ Withdrawn ☐ Anxious ☐ Irritable ☐ Hostile ☐ Combative ☐ Other _____

NUTRITION:          WDWN ☑ Obese ☐ Cachectic ☐ Denies issues ☐

SPEECH:             Normal ☑ Slurred ☐ Aphasic ☐                                   travel

SKIN:               Dry ☑ Hot ☐ Moist ☐ Cool ☐ Pale ☐  MUCOUS MEMBRANES: Dry ☑ Moist ☐

BARRIERS TO LEARNING:  None ☑ Unstable ☐ Language ☐ Emotional ☐ Cognitive ☐ Sight/Hearing/Speech ☐

TRIAGED TO: Registration ☐ Medicine ☑ EAU ☐ Surgery ☐ Pediatrics ☐ Psychiatry ☐ Delivery Room ☐ Gyn ☐
            Escorted to area ☐ Oral Surgery ☐ Eye Center ☐

ISOLATION REQUIRED: NO ☑ YES ☐  MD NOTIFIED ☐

TRIAGE CATEGORY   EMERGENT ☐ URGENT ☐ NON-URGENT ☑

H-216   BARCODE MU0505
NUMC 1323
ZNYNU61562196 (61562196)

Signature/Title: _____

## NASSAU UNIVERSITY MEDICAL CENTER
2201 HEMPSTEAD TPKE., EAST MEADOW, N.Y. 11554
EMERGENCY DEPARTMENT NURSING ASSESSMENT AND PROGRESS NOTE
ER    CALL BACK    FOLLOW-UP    CAST CHECK    SUT REM

ADDRESSOGRAPH
MR# 307-969#
HARdey, Ellena

| Date | Time | How Pt Arrived | | | |
|------|------|----------------|--|--|--|
| Name | | | Age | Sex | Accompanied by |
| Allergies | | | Current Medications | | |

Patient's Complaint

**VITAL SIGNS**
T
P
R
BP

**Appearance**
Cyenotic
Flushed
Pale
Ashen

Rash
Diaphoretic
No Distress

**Mental Status**
Alert
Restless
Stuporous

Confused
Unresponsive

**History**
Cardiac
Diabetes
Hypertensive
Asthmatic

Seizure
Pregnant
Blind
Deaf

**Triaged To**
Registration
Del. Room

Medicine
Gyn

Surgery
Pediatrics

Psychiatry
EAU

**Triage Category**
Emergent        Urgent        Non-urgent

Signature/Title:

### NURSING PROGRESS NOTE

| Time | Medication Record Medication-Dosage Route | Signature | Time | Vital Signs Temp | Pulse | Resp | B.P. | O₂ Sat. |
|------|-------------------------------------------|-----------|------|------|-------|------|------|-----|
| 0030 | motrin 400ng pio N | agree | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| Intravenous Fluid Record | | | | | | Other Fluids | | |
|--------------------------|--|--|--|--|--|--------------|--|--|
| Initial | Time | Solution/Amount | Site | Amt. Absorbed | Amt. Remain. | P.O. Fluid | Output | Peak Flow/Time |
| | | | | | | | | |

Other Tests or Procedures
@ Foot - X Ray

Nursing Observations, Treatments, Pt. Responses.
0130 - Pt seen and evaluates by MD. Pt rc to home
p @ foot x ray. Dzc teaching given by MD agr

### Admission/Transfer Assessment
Identification Band    Yes ☐    No ☐    If not, reason _____    Allergy Band    Yes ☐    No ☐
Patient Admitted/Transferred to _____ At _____
Via Stretcher ☐    Ambulatory ☐    Other ☐    Accompanied By _____
IF TO OR, CONSENT ON CHART    Yes ☐    No ☐
Dentures:    With Patient ☐    To Family ☐    None ☐
Valuables:    With Patient ☐    To Family ☐    To Safe ☐    None ☐
Clothing:    With Patient ☐    To Family ☐    To Clothing Room ☐    None ☐
Medications:    With Patient ☐    To Family ☐    To Pharmacy ☐    None ☐
Signature/Title: _____

0086-1 H-312 4/91
BARCODE ED1815
ZHYNU6100258 (11/1/04) 1.1

Nassau University Medical Center
2201 Hempstead Turnpike
East Meadow, New York 11554-1854

**DEPARTMENT OF EMERGENCY MEDICINE**
**DISCHARGE REFERRAL AND INSTRUCTION SHEET**

MARIEY, FILENO
SALON DANTOS STREET
ELMHURST

MARIOY, FILIPINA

**L/W PAIN/SWELLING TO RT FOOT**

**Follow-up:**

1. It has been determined that you require follow-up care.
   You are not being given the following appointment.
   Physician Group (open): _____

   Such care may be obtained in Physician Group (closed)
   Estimation Appt. Desk    Pediatric Center    COPC
   572-2062                 572-2055            572-6273

   - Please arrive 15 minutes earlier to register.
   - Please call if you are unable to keep your appointment(s).

2. Managed Care patients should return to their Managed Care program to follow up in _____ days.

3. Return to Emergency Dept. on _____, Reason _____

4. Follow-up with private medical doctor in _____ days.

5. Call Emergency Dept. for lab result/test __ in __ days.
   Area 1-Pediatrics    Area 3-Surgery    Area 5-Gynecology
   572-6455             572-8820          572-8834
   Area 2-Medicine
   572-8407

6. PLEASE NOTE. X-rays taken in the course of emergency treatment are later reviewed and confirmed by the X-ray department. If you have had x-rays taken, you may be contacted after discharge with the final x-ray report. Additional treatment may be required.

Time _____

**Continuacion de Cuidado:**

Ha sido determinado que usted requiere continuacion de cuidado.
Se le ha dado la siguiente cita.
Grupo Medico (abierto) _____    Fecha _____    Hora _____

Dicho cuidado puede ser obtenido en el Grupo Medico (cerrado)
Para hacer su cita, por favor llame:
Hora Estimada                Centro Pediatrico    COPC      Omnihealth
Area Principal de Citas      572-2055             572-6273  572-5350
572-2062

1. Por favor llegue quince minutos antes para registrarse.
   Por favor, llame al 572-8352 si no puede venir a su cita.

2. Pacientes que reciben Managed Care deben regresar a su programa de Managed Care para continuar el tratamiento dentro de _____ dias.

3. Volver al Departamento de Emergencia el _____.
   Razon _____

4. Visita a un medico privado dentro de _____ dias.

5. Llame al Departamento de Emergencia para obtener los resultados de las pruebas de laboratorio _____ dentro de _____ dias.
   Area 1-Pediatria    Area 3-Cirugia    Area 5-Ginecologia
   572-6455            572-8407          572-8834

6. POR FAVOR DE NOTAR. Radiografias que sean tomadas en el curso de su tratamiento en la sala de emergencia seran revisadas y confirmadas por el departamento de Radiologia. Si han tomado una radiografia, puede ser notificado despues que se le de de alta para darle un reporte final. Posiblemente otros tratamientos adicionales seran necesarios.

**Diagnosis (Diagnostico):** Right Foot Pain Rx Fracture

**Treatment (Tratamiento):**
You are being given the following instruction sheet:
(Used recibira la siguiente hoja de instruccion)

- Asthma
- Allergic Reaction
- Urinary Tract Infec.
- Sore Throat
- URI/Bronchitis
- Rib/Chest Injury
- Thastasord A/C
- Immunizations
- Cradipes
- Vomiting & Diarrhea
- Venereal Disease
- Seizures
- Rash
- Viral Syndrome
- Head Trauma
- Child with Fever
- Back Pain
- Drug/Alcohol Referral
- Hypertension
- Cast Care
- Sprains
- Eye Care
- Wound Care
- Burn Care
- Nosebleed
- Child with Vomiting/Diarrhea
- Headache
- Diabetes

**Special Instructions (Instrucciones):** _____

I have read and understand these instructions
(Yo he leido y entiendo estas instrucciones)
Patient Signature (Firma de Paciente) _____

M.D. Name (Nombre de M.D.) _____

MEDICAL RECORDS

# Island South Physical Medicine & Rehabilitation, P.C.

2570 Merrick Road
Bellmore, New York 11710

(516) 221-9640 • (516) 221-6810 Fax

**RE:** Ellena Middleton
**D/EX:** February 19, 2007

## INITIAL EVALUATION

**Date of Incident:**   February 13, 2007

HISTORY OF INCIDENT:
Ms. Middleton is a      year old female who states that while in her usual good health, she entered a library and found her right foot caught with the lamp pole. The patient tripped, falling down and twisting her right ankle. She developed right ankle and right knee pain. Since the pain was not severe, she went home to recuperate. The next day, the right ankle was swollen and painful; she was seen at Winthrop Hospital on February 14, 2007. X-rays were performed, and the patient states they found a chip fracture with torn ligaments. She was given an ankle support and recommended to use crutches. She was given Vicodin for her pains. Now since the pain is getting worse, she presents today for physical medicine and rehabilitation of her injuries.

CHIEF COMPLAINTS:
1. Right ankle pain with numbness of the toes.
2. Right knee pain, which is aggravated with walking and weight-bearing.

PAST MEDICAL HISTORY:
Unremarkable.

PAST SURGICAL HISTORY:
Unremarkable.

CURRENT MEDICATIONS:
Vicodin and Advil.

ALLERGIES:
No known allergies.

CURRENT WORK STATUS:
The patient is a medical legal consultant who owns her own business, and she resides in South Carolina. She is here on personal business.

PREVIOUS INJURY/MOTOR VEHICLE ACCIDENT:
Motor vehicle accident in 2002 with left ankle fracture with no residual pains.

Ellena Middleton                                    2-19-07
Page 2
--------------------------------------------------------------------------------

<u>PHYSICAL EXAM:</u>
The patient is a well-nourished and well-developed 53 year old female who ambulates with two crutches with non-weight bearing of the right lower extremity.

**Right Ankle:** examination reveals deep tenderness over the whole ankle with maximum tenderness over the lateral ankle at the anterior talofibular ligament; there was diffuse swelling all around the ankle, including the foot; the dorsal tibialis pulse was feeble, whereas on the on left it was strong and easily palpable; the patient was able to wiggle the first 3 toes, but could not wiggle the last 2 toes; the foot was warm to touch and the toes were cold to touch; the patient informs me that the foot was exposed in the cold weather; active range of motion was restricted and painful; there was diffuse tenderness of the distal calf muscle.

**Right Knee:** exam revealed active range of motion nearly complete with end range pain positive with flexion; crepitus was positive; McMurray's Test was painful; there was deep tenderness of the medial and lateral joint lines.

<u>NEUROLOGIC EXAMINATION:</u>
**Sensory:** sensory was intact to light touch and pinprick, except for diminished sensation over the dorsal aspect of the right foot.
**Motor:** motor power was 5/5, except for right ankle plantar flexion, eversion and inversion were 2/5; right quadriceps 4/5.
**Reflexes:** deep tendon reflexes were 2+, except for right ankle which was unobtainable.

<u>ASSESSMENT:</u>
1. Post-traumatic right ankle, possibility of fracture and internal derangement.
2. Post traumatic right knee sprain and strain.
3. Ankle fracture

<u>RECOMMENDATIONS:</u>
1. The patient is recommended to the Emergency Room for further evaluation for increasing right ankle pain to rule out vascular or neurological compromise.
2. She is referred to an orthopedic surgeon for further evaluation of the right ankle, and for clearance of physical therapy for the right ankle.
3. The patient was recommended to commence physical therapy for the right knee.
4. She was recommended to have an x-rays of the right knee and right ankle.
5. The patient was recommended to continue Vicodin and Advil for her pains.
6. The patient will be re-evaluated in 3-4 weeks time.

Ellena Middleton                                    2-19-07
Page 3
-----------------------------------------------------------------------------------------

I, Nizarali Visram, M.D., being a physician duly licensed to practice in the State of New York, under the penalties of perjury, pursuant to CPLR 2106, do hereby affirm the contents of the foregoing.

Nizarali Visram, MD, FAAPMR
Fellowship Interventional Pain Management/Anesthesia

**DR. Kim Berlin**
**830 A Atlantic Ave**
**Baldwin NY 11510**

5-11-07 AP

5-11-07

This ___ y/o female presents with c/o painful Right foot after fall ___ outside ___ ___ Living on 3/13/07. Pt states she injured her (R) knee and (R) foot. Previously treated for knee for which was ___ but still has foot pain. — feels ___ of foot coming ___ Ace ___ has failed to relieve pain. Pt reports only ___ Ace ___ — no shoes. Pt reports numbness in digit 3, 4, 5 ___ able to ___ 1, 2 digits

OP/PT: 2/3  P/2   TL: (R) foot warm to touch    CFT: 1 ___ (R)

(+) edema in (R) foot in mid foot region extending distally to toes ___ mild pitting
(+) ___ in ___

(+) ___ ___ of (R) forefoot @ base of ___ met ___ shaft ___ dorsum of foot + plantar aspect of foot
___ pain in ___ of digit 1-5
active ___ of digit 1+2
___ in digit 3, 4, 5 (R) foot

X-rays: ___ (R) foot: (+) accessory bone (R) ___ ___ with well corticated border.

A/P) Spr (R) foot
     R/O RSD

#1  Apply unna boot to (R) foot
    Signal she

#2  Rx: Custom — ___ NSA ___ (R) foot

#3  Read ___ ___ ___ ___ — ___ into
    ___ Dr. ___ — ___
    ___ ___ ___ ___

    ___ ___ ___ ___ ___



# WINTHROP
## University Hospital
*CARE WITHOUT COMPROMISE*
Imaging Services
259 First Street Mineola, NY 11501

Diagnostic  516-663-2374
Ultrasound  516-663-2301
Cat Scan  516-663-2377
Pet Scan  516-663-2300
Special Procedures  516-663-2452

MRI  516-663-2062
Nuclear Medicine  516-663-2778
Mammography  516-663-2400
File Room  516-663-2866

---

RE: MIDDLETON, ELLENA
DOB:              Sex: F
Exam Performed: 02/14/2007      7:04:00PM

Visit #:   000004543899
Patient Status:          E
Patient Location:     EMF

MRN:  80029017
Patient Type: O
Accession: 12907978

History: INVERSION INJURY  FT CHAIR
Comments:

Requesting:   Elberger, Scott, MD
Attending:    Brody, Gerald, MD
              Dept Of Ambulatory Care
              Winthrop-University Hospital
              Mineola, NY 11501

---

Exam: FOOT RIGHT                                                    T 73630R

Right foot x-ray:

HISTORY: Inversion injury.

COMPARISON: There are no studies available.

FINDINGS: AP and lateral views of the right foot demonstrate : evidence of fracture .. subluxation. There is minimal soft tissue swelling along the lateral calcaneus and base of the fifth metatarsal. Incidental note is made of an os vesalium which is within the peroneus longus tendon.

IMPRESSION: .    fracture.

End of diagnostic report for accession:        12907978

THANK YOU FOR THE COURTESY OF THIS REFERRAL.
Electronically Signed By: DICKSON, ASANTE, M.D. RADIOLOGY RESIDENT    02/14/2007 9:38 PM
Electronically Signed By: ORTIZ, ORLANDO, M.D.    02/14/2007 9:38 PM

---

# WINTHROP
### University Hospital
Mineola, L.I., New York 11501

**EMERGENCY DEPARTMENT**
**Medical Record**
Page 1

BED #
PT

| Time Reg | 05:54P |
| Time Seen | 1830 |

MRN  80029017    4543899
MIDDLETON, ELLENA                F
BRUDY GERALD
02/14/07                         ED2343

**PATIENT COMPLAINT:**

HISTORY  Location Quality Severity Duration Timing Context Modifying Factors Assoc Symptoms

Pt states she inverted her ankle yesterday and now has
severe pain unable to ambulate
No other sx

History from Patient Family EMS Note PMD Other

PMH   none                                  ☑ see triage sheet  REVIEWED

SH   ETOH          TOBACCO-          ILLICIT SUBSTANCES          LMP

FAMILY HX                                    ALLERGIES

MEDICATIONS

| ☐ Unable to obtain due to patient condition | | ☐ All other systems reviewed and negative or NC | |
|---|---|---|---|
| NL/NC SYSTEM | NL/NC SYSTEM | NL/NC SYSTEM | NL/NC SYSTEM | ABNORMALS |
| ☐ Eye | ☐ GU | ☐ Endocrine | ☐ Integumentary |
| ☐ ENT | ☐ Musculoskeletal | ☐ GI | ☐ Constitutional |
| ☐ CV | ☐ Allergy/ Immunology | ☐ Skin | |
| ☐ Respiratory | ☐ Neuro | ☐ Psych | |

**PHYSICAL EXAM**    Circle - normal   Slash - abnormal(write findings in blank space)
Level 1-3  2-4 ORGAN/ AREAS    Level 4  5-7 ORGAN/ AREAS    Level 5  8+ ORGAN/ AREAS

T    P    BP    RESP    POx    on

**TREATMENT DOCUMENTATION**

| | WNL | |
|---|---|---|
| GEN. | ☐ WD  WN  NAD | |
| HEAD | ☐ NC    AT | |
| NECK | ☐ SUPPLE  NO LN  NO JVD | |
| EYES | ☐ EOMI  PERL    CONJ. NOT INJECTED | |

**FINDINGS**

R ankle foot
with STS noted.
No def

ENT   NO DISCHARGE    ANICTERIC
☐ TM'S CLEAR    NO ERYTHEMA
NO EXUDATE

RSP   ☐ BS BILATERALLY    CTA  NT

CV   ☐ REG. RATE    REG. RHYTHM
NO MURMUR    NO GALLOP  NO RUB

ABD   ☐ ND    NT    SOFT
NO GUARDING    NO REBOUND
BS 2(+)    NO HSM   NO MASSES

RECT   ☐ STOOL BROWN
GUIAIC    CONTROL (+)

BACK   ☐ NT  NO DEFORMITY    NO CVAT

SKIN   ☐ NO CYANOSIS  WARM   DRY
NO RASHES    NO LESIONS

EXT   ☐ NO EDEMA    FROM  ATRAUMATIC

NEUR   ☐ AWAKE  ALERT    ORIENTED X
NL SPEECH    CN INTACT
NO FOCAL MOTOR    GAIT NL
NO FOCAL SENSORY DEFICITS

GYN   ☐ see consult
GU   ☐ NT    NO MASSES

CBC   859.7
diff   826.0
F  927
F  849.8

EKG  99283-25
93156

**IMAGING**   24570-
R foot - avulsion  PT

☐ I personally reviewed XRAYS

EKG-

☐ I personally reviewed EKG        ☐ old ekg reviewed
**LABS-**                                ☐ OLD LABS REVIEWED
WBC_____ HH_____ PLAT_____
SEG____ ST____ L____ M____ E____ B____
PT____ INR____ PTT____
GLU____ NA____ K____ CL____ CO2____
BUN____ CR____ CA____ AMY____ LIP____
SGOT____ SGPT____ ALK PHOS____ BILI____
TROP____ CPK____ CPKMB____ HCG____
UA-pH____ SP.gr____ PROT____ GLU____ KET____
BILE____ BLOOD____ LE____ NIT____
CELLS____ CAST____ BACT____

☐ EXAM LIMITED BY  urgency of condition  pt. uncooperative  pt. refuses

White    - Medical Records
Canary  - Physician Follow-Up
Pink     - Department Copy

FORM # 74045 (02/00 Rev 0204,07/05)      PA /MD Initials



WINTHROP University Hospital
Mineola, L.I., New York 11501

EMERGENCY DEPARTMENT
Medical Record
Page 2

MRN 80029017 4543899
MIDDLETON ,ELLENA
F
BRODY GERALD
02/14/07 ED2343

Pt Address 57 BENNINGTON AVE FREEPORT 11520 280 NY
Pt Phone# 516-665-9341 Contact MIDDLETON ,JEWEL Contact Phone# OTHER 516-665-9341
PMD BRODY GERALD Isolation Indicator

Progress notes- Time ________ Re-evaluated ________ Unchanged ________ Improved ________

| Time | BP | Resp | Pulse |
|---|---|---|---|
| | | | |
| | | | |

Condition worsened ________ see note

I personally performed ________ minutes of critical care not including time spent on billable procedures

REVIEWED NOTES FROM NURSING HOME EMS OLD CHART RN NOTES FAX OTHER ________

## PROCEDURES

ABG- 1) Ph ____ PCO2 ____ PO2 ____ HCO3 ____ O2SAT ____ ON ____
1) Ph ____ PCO2 ____ PO2 ____ HCO3 ____ O2SAT ____ ON ____
PEFR 1) ____ L/MIN-TIME ____ 2) ____ L/MIN-TIME ____
PULSE OX 1) ____ ON ____ TIME ____ 2) ____ ON ____ TIME ____

- ☐ NGT
- ☐ ENDOTRACHEAL INTUBATION
- ☐ CENTRAL VENOUS ACCESS
- ☐ PACEMAKER
- ☐ THROMBOLYTICS
- ☐ CARDIOVERSION/ DEFIBRILLATION
- ☐ LUMBAR PUNCTURE
- ☐ FOLEY CATHETER
- ☐ LACERATION REPAIR
- ☐ I + D
- ☐ OTHER
- ☐ PROCEDURE DONE BY ATTENDING PHYSICIAN
- ☐ ATTENDING PRESENT AND SUPERVISED PROCEDURE

DESCRIBE PROCEDURE
Jones dressing Crutch

☐ Tetanus Up To Date ☐ TT/ Td/ TIG GIVEN

## SUPERVISION-

I PERSONALLY SAW/ WAS PRESENT AND EVALUATED THE PATIENT. I AGREE/ DISAGREE WITH THE FINDINGS + THEN PLAN OF CARE IN THE RESIDENT'S/ PA'S/ NP'S NOTE

Signature ________

I WAS PERSONALLY PRESENT DURING THE PERFORMANCE OF THE FOLLOWING PROCEDURE(s) BY THE RESIDENT/ PA/ NP, HAVE REVIEWED THE NOTES AND AGREE WITH THE TREATMENT ________

## CONSULTATIONS AND INSTRUCTIONS-

CONSULT ________ TIME ________ CONSULT ________ TIME ________
I DISCUSSED CASE WITH DR. ________ TIME ________ WILL SEE PT IN OFFICE/ E.D./ HOSPITAL ________
I DISCUSSED RADIOLOGY/ EKG/ LAB RESULTS WITH ________
I DISCUSSED CARE WITH FAMILY (PATIENT) OTHER ________ DNR STATUS DISCUSSED PT MADE DNR
PATIENT SIGNED OUT/ CARE TRANSFERRED TO ________ AT ________
AT DISCHARGE Vicot [illegible]

NO EMERGENCY MEDICAL CONDITION FOUND/ EMERGENCY MEDICAL CONDITION STABILIZED | HALLWAY ELIGIBLE ☐ Yes ☐ No

## FINAL DIAGNOSES

Avulsion fx (R) foot

## DISPOSITION-

TO DR. ________
Time of disposition 1910

ADMIT- CCU MICU (NSU) CATH-admit CATH-transfer SICU STEP DOWN PICU
MT PA/NP ACPP- enrolled Tele TCV ORTHO PEDS GYN/OBS
ASU ENDO SPEC PROC EP-Admit EP-Transfer SURGERY ENT URO Neurosurg

(DISCHARGE) DEATH LWBS AMA TRANSFER to another facility

CONDITION ON DISCHARGE (IMPROVED) UNCHANGED ADMITTED BILLING LEVEL: 3

## SIGNATURES

Student/ PA/ NP/ Resident ________ Attending Physician [signature]

Fast Track ☐ Peds ☐

White - Medical Records
Canary - Physician follow-up
Pink - Department copy

Scott Elberger, MD
Lic# 134689 DEA# AE8182292

FORM # 74045 (02/00 Rev 01/05, 07/05)

Winthrop University Hospital
259 First Street
Mineola, NY 11501
516-663-2211

Patient Name: ELLENA MIDDLETON          AGE:     yr          DOB:
Reg Date/Time: 2/14/07  17:54           SEX:  F              ED #: 211835
Account #:  000004543899                Priority:  None
MRN:  80029017

---

## Discharge Instructions

## Signature Sheet

**Signature Sheet For:** ELLENA MIDDLETON          **Discharge Date:** 2/14/07  18:56

**Condition on Discharge:** *Improved

**Discharge Instructions Given:**

> Sprains or Strains
> Splint
> Crutch Instructions
> Ankle Rehabilitation Exercises
> Ankle Sprain
> Acetaminophen (Oral)
> Narcotic

Do you have an advanced directive or health care proxy?   Y   N      (circle one)

Do you feel safe at home?   Y   N      (circle one)

My signature below indicates that I have received and understand the oral instructions
regarding my medical problem.  I acknowledge receipt of this written instruction sheet.  I will
arrange for follow-up care as indicated.

This signed original will be kept in my medical record.

**Patient or Person Responsible:**

\* Please Verify Name on Top of Sheet Before Signing \*

**Phone number or e-mail where**
**we can contact you if needed:** _____

**Relationship:** _____

**Physician/RN:** _____

---

Thank you for using the Emergency Department.

Printed:  2/14/2007 18:57

Scott Elberger, MD134009-1
DEA # AE8182292
Winthrop University Hospital
259 First Street
Mineola, NY 11501
Phone:516-663-2211

---

**NAME:** MIDDLETON, ELLENA

**ADDRESS:** 57 BENNINGTON AVE  FREEPORT,
NY 11520

**AGE:**    yr              **DATE:** 2/14/2007

**Rx**

Vicodin 5 mg PO
Take 1 tab by mouth every 4 to 6 hours as
needed for pain
Dispense: # 1  (one)
Refills: 0

---

THIS PRESCRIPTION WILL BE FILLED GENERICALLY
UNLESS PRESCRIBER WRITES 'd a w' IN THE BOX

Dispense As Written

DR Kim Berlin
830 A Atlantic Ave
Baldwin NY 11510

5-# 07 AP

5-11-07

This __ y/o female presents with c/o of painful Right foot
after fall outside Freeport Library on 3/13/07. Pt states she
injured her (R) knee and (R) foot. Previously treated for knee fx which
has resolved but still has foot pain.— feels top of foot coming off
Ace wrap has failed to relieve pain. Pt reports only in
Ace wrap — no shoes. Pt reports numbness in digit 3,4,5 and noticeable to numb 1,2 days

O/PT: 7/3 P/2   TU: (R) foot warm to touch   CFT: 1 few s (R)

(+) edema in (R) foot in mid foot region extending distally to
toes notes mild pitting
(+) nympregmatic in forefoot

(+) for c/o pain/pain of (R) forefoot @ base of (R) met also
shaft only dorsum of foot + plantar aspect of foot
note for c/o pain of digit 1-5
active pain of digit 1+2
Sharp in digit 3,4,5 (R) RA

x-rays: vl, lat, MO (R) foot: (R) accessory bone (R) negative acute
note well coincidental bone.

A/P: Spur (R) foot
R/o RSD

#1   Apply unna boot to (R) foot
Spiral she

#2   Rx: Crutches — Non weight (R) foot

#3   Recast then with Neurologist — Gave note
for Dr. Levy — Neurologist
then to be extensible appt

Then note Mc arthur disgraphy

(KB)

# WINTHROP
## University Hospital
259 First Street, Mineola, New York 11501

*80029017*

## AUTHORIZATION FOR DISCLOSURE OF HEALTH INFORMATION 45489

**CONFIDENTIAL**

*Keep Handy She wants the Rec by Mon. toll her to call K.S.*

health records of: *OLD ADDRESS*
*Idleton*   Date of birth: _____

*Aul*   Telephone: _____

*20*   Medical Record Number: _____

*ng Rerm 2/13/07*

*There was a cover up of actual results.*

☐ discharge summary
☐ progress notes
☐ laboratory tests

other (please specify) *Please make actual results not fraudulent Cover up of actual diagnosis injury.*

I understand that this will include information relating to (check if applicable)
☐ acquired immunodeficiency syndrome (AIDS) or human immunodeficiency virus (HIV) infection.
☐ behavioral health services/psychiatric care.
☐ treatment for alcohol and/or drug abuse.          Initials _____

(4) At the request of the patient, this information _____
is to be released to: _____
_____

for the purpose of _____

(5) I understand this authorization may be revoked in writing at any time, except to the extent that action has been taken in reliance on this authorization. Unless otherwise revoked, this authorization will expire 6 months from the date signed. I also understand I may refuse to sign this form and that my health care and payment will not be affected.          Initials _____

(6) The facility, its employees, officers, and physicians are hereby released from any legal responsibility or liability for disclosure of the above information to the extent indicated and authorized herein.

(7) I may request a copy of this form after signing

Signed: _____          Initials *EHM*  *0/16/09*
(patient)                    (this form has been          (date)
                             completed before signing)

_____
(legal representative)    (relationship to patient)    (date)
                          description of authority

_____
(signature of witness)    (relationship to patient)    (date)

*This is for Federal...*

Note: Release of all confidential information is governed by State and Federal and HIPAA Regulations.

*...information if possible...*

# PROHIBITION ON REDISCLOSURE
## OF
# PROTECTED HEALTH INFORMATION

# TO ACCOMPANY RELEASE OF MEDICAL RECORDS

☒ The attached information is being sent to you with the authorization of the patient or the patient's representative. Regulations governing the confidentiality of patient records prohibits you from making any future disclosure of this information without the specific written consent of the person to whom it pertains.

☐ This information has been disclosed to you from records protected by federal confidentiality rules (42CFR Part 2). The Federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient.

☐ This information has been disclosed to you from confidential records which are protected by State law. State law prohibits you from making any further disclosure of this information without the specific written consent of the person to whom it pertains, or as otherwise permitted by law. Any unauthorized further disclosure in violation of State law may result in a fine or jail sentence or both. A general authorization for the release of medical or other information is NOT sufficient authorization for further disclosure.

Based upon guidelines provided by the American Health Information Management Association, the records should be destroyed after the stated need has been fulfilled.

We thank you for your cooperation in maintaining the patient's right to privacy. Each medical record has been carefully reviewed to assure that proper disclosure goes only to the authorized Requestor.

F:MI Redisclosure
10/04

On July 22, 2014, Mr. Adam Ross, Esq., General Counsel of the UFT, informed Lucio that the illegal rubric and the behavior of withholding evaluation reports was in violation of collective bargaining agreement between the UFT and the DOE. The contractual violation by Bernard and Cole is Article 21(a). (Exhibit )

On December 8, 2014[1], Saul Zalkin, UFT Rep. in the UFT Grievance Dept., informed Lucio of the "Appeals and Review" manual. (audio recorded). The said manual explained teacher's/appellant's procedural due process. Lucio sent the Jackson-Chase a copy of the audio recording. In addition, Zalkin informed Lucio that UFT would not process the grievances related to contractual violations by Bernard and Cole. Zalkin's statements were audio recorded and sent to Jackson-Chase on March 8, 2015 and the UFT a short time thereafter.

In response towards Mr. Zalkin's statements about "Appeals Manual," Lucio sent the following email, on December 8, 2014, to the UFT:

"According to Mr. Zalkin, I should have received official documents that are related to the U rating. He told me to ask and I told him that I FOIL'ed those documents too --not honored.

Where are (sic) those documents? Lastly, this was (sic) given to me.[2]" (**Exhibit** )

No one from the UFT provided Lucio with any information of this procedural due process rights that are required "Cleveland Board of Education v. Loudermill." The email was sent to the following email addresses: Howard Schoor hschoor@uft.org; Michael Mulgrew mmulgrew@uft.org; Karen Magee kmagee@nysutmail.org; Randi rweingarten@aft.org; Albania Sepulveda asepulveda@uft.org; Jeffrey Povalitis Jpovalitis@uft.org


As a response to Lucio's Loudermill rights inquiry, Mr. Charles Peeples[3] wrote, "This is a matter that you need to address with your collective bargaining unit (UFT). I am not responsible for the governing of any appeals process." The letter from Charles Peeples is dated April 1, 2015. In the letter, Lucio evoked his right to call witness(es), and to see the evidence because he needed to prepare for the appeal hearing date on May 4, 2015—most importantly, these are the basic rights required by "Cleveland Board of Education v. Loudermill" and these said rights were not provided to me on May 4, 2015. On December 8, 2014, Saul Zalkin, UFT Rep. in the UFT Grievance Dept., informed Lucio of the "Appeals and Review" manual. (**audio recorded**). This manual explained the appellant's procedural due process rights. Lucio was deprived, in a fraudulent manner, all of his Loudermill rights.

---

[1] Zalkin's statement is based on what Mr. Adam Ross, Esq., General Counsel of the UFT, informed Lucio to file a grievance based on the contractual violations by Cole and Bernard.

[2] The sentence should read "Lastly, this was **[not]** given to me."

[3] Charles Peeples is the Director of Human Resources and the Appeals Process manual is published by Human Resources/

On April 16, 2015, Lucio met with Susan Sedlmeyer, UFT Advocate, where she explained to Lucio what would happen at his Loudermill hearing. According to Sedlmeyer, the UFT agreed with the DOE to impeded appellants from presenting evidence at their appeal—which is totally against "**Cleveland Board of Education v. Loudermill.**" In terms to

On May 27, 2015, Adam Ross, Esq., General Counsel of the UFT, sent Lucio an email Adam Ross asked the audio recording between Lucio and Susan Sedlmeyer, who was Lucio's advocate for the appeal hearing or also known as a Loudermill hearing. (**Exhibit** )

On July 8, 2015, Betsy Combier and Lucio spoke about Edward Farrell's appeal being ground zero. Betsy confirmed to Lucio that Farrell's appeal was the first case that she became aware of where the UFT and the DOE deprived members/employees of all their procedural due process rights. (**Exhibit** )

On August 12, 2015, Albania Sepulveda, of the UFT, wrote and acknowledged that the Office of Appeals and Review did not provide the UFT with a complete observation report  for April 23, 2014 and asked Lucio, if he had a complete observation report. Lucio was not provided original reports for April 23, 2014 or May 28, 2014 for his Loudermill hearing on May 4, 2015.

On September 3, 2015, Albania Sepulveda, of the UFT, sent Lucio a "Notice of Claim" that UFT legal wrote for him to submit to the DOE. The following was written by Sepulveda:

"Attached please find the notice of claim. It is important that you review, sign and serve the notice of on the New York City Department of Education by September 8th. Notices of claim may be served at the NYC Law Department's offices, which are located at 100 Church Street."

Attached is the notice of claim written by the UFT legal (**Exhibit** _)

 On October 15, 2015, Mary Atkinson, of the UFT, informed Lucio that the DOE would give him another appeal hearing, which was done by email. (**Exhibit**__). However, there was a stipulation off that Lucio needed to drop the PERB case. Because the UFT did not mention in the stipulation about signed observation reports or the fact that DOE would apply arbitrated decisions to the observation reports written by Cole; Lucio emailed Atkinson that he would only agree to the stipulation, if the DOE would give Lucio the observation reports that contained his signature.


On December 22, 2015, Mr. Todd Drantch, Esq., attorney for New York City Department of Education, submitted DOE's response for an improper practice charge filed by Lucio. In the response, Drantch cited ALJ Blassman already rendered a decision, but the decision was not rendered until June 27, 2016. DOE Legal did not received the decision until July 7, 2016 at 9:36 am. Drantch, therefore, lied in a legal document submitted to PERB and ALJ Blassman ignored the obvious lie by Drantch on January 11, 2016 because she had personal knowledge if she rendered a decision. On January 11, 2016, Blassman informed Lucio that she did not render a decision and allowed Drantch to submit a fraudulent

document. When I placed a FOIL request for the document cited by Drantch in the response he submitted to PERB on December 22, 2015, DOE Legal sent me the document from July 7, 2016—which is to cover up Drantch and Jackson-Chase's misconduct.

On December 23, 2015, Catherine Battle, Esq., attorney for NYSUT, submitted UFT's response for an improper practice charge filed by Lucio. In the response, Battle cited documents given to Lucio on May 4, 2015.

# Exhibit C

**From:** Catherine Battle <cbattle@nysutmail.org>
**To:** enzo0mad <enzo0mad@aol.com>
**Subject:** Arbitration Decisions
**Date:** Mon, Mar 30, 2015 4:32 pm
**Attachments:** AAA Decision.pdf (504K), UI Summer Per Session 2004 Riegel.pdf (2346K)

---

Dear Mr. Celli,
Per your request, I am sending the arbitration decision issued by Arthur Riegel that you requested, as well as a decision issued in 2010 that cited Mr. Riegel's decision.
Cathy Battle


Catherine V. Battle, Esq.
Senior Counsel
New York State United Teachers
Office of General Counsel
52 Broadway, 9th Floor
New York, NY 10004
(T)212-533-6300
(F)212-995-2347

# Exhibit D

**From:** Mary Atkinson <MAtkinson@uft.org>
**To:** Lucio <enzo0mad@aol.com>
**Subject:** Article 2—Chancellor's Representatives
**Date:** Wed, Mar 4, 2015 11:26 am

Hi Lucio,

Thank you for the email describing the events that took place regarding your grievance conference with Susan Mandel. After you and I spoke at the Bronx office last week, I spoke with Ellen Gallin Procida, the Director of the UFT Grievance Department, to see how discuss how best to proceed on your issues. She asked me to let you know that the Union has filed a union-initiated grievance against the anti-union behavior of Chancellor's representatives and that I should share with them your specific instance so that they have it as well.

As far as an individual grievance, since this is something that happened in the summer, it would be untimely for you to individually file at this point since you would have only 30 school days. However, we can certainly include it among the examples the Union is collecting (mostly from the representatives who argue the cases at Step 2) in order to prepare for the union-initiated grievance. Would you like me to share this example with them on your behalf?

Also, do you know the status of the actual grievance that Susan Mandel denied at Step 1? Did it proceed to a Step 2 conference? If you want me to look into it, let me know and I will be happy to do so.

Thanks for the kind words.

In Solidarity,

Mary Atkinson
****************************************************************************
The views, opinions, and judgments expressed in this message are solely those of the author. The message contents have not been reviewed or approved by the UFT.
****************************************************************************